# EXHIBIT D



Transcript of **KickHouse Video 2**

*ILKB LLC v. Camac Partners, LLC*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 94426

1                 AUDIO TRANSCRIPTION OF

2                 KICKHOUSE VIDEO 2

3

4

5

6

7                 In the Matter of:

8                     ILKB, LLC

9                         v.

10              Camac Partners, LLC

11

12

13

14

15

16

17

18

19        Gordon Rees Scully Mansukhani, LLP

20               18 Columbia Turnpike

21                    Suite 220

22        Florham Park, New Jersey   07932

1          MR. SHAHINIAN:  Okay.  I think we should get

2     started here.

3          My name is Eric Shahinian.  Thanks, everybody, for

4     joining.

5          We are introducing KickHouse, which is our new

6     concept.  Just a few disclaimers.  This is not an offer

7     to sell a franchise, which would only be done with a

8     valid FDD agreement.  As well, this is being opened up

9     to people who are opening new studios and would be

10    interested in joining our brand or those without a

11    valid franchise agreement in place for their location.

12         I'm here and joined by Jessica Yarmey.  I'm really

13    excited for everybody to meet her.  We searched far and

14    wide to partner with somebody who we felt could really

15    bring vision and direction and a lot of energy to a

16    really exciting brand.  I could not be more excited to

17    be partnering with her.  I think you'll all really

18    enjoy hearing from her.

19         And with that, Jessica?

20         (Pause.)

21         MR. SHAHINIAN:  Can everybody hear me?

22         PARTICIPANTS:  Yes.

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 5 of 75 PageID #: 361

1          MR. SHAHINIAN:  Okay, great.  Sorry about that.

2          So my name is Eric Shahinian.  Thanks, everybody,

3     for joining the call.

4          We're presenting KickHouse.  Just a few

5     disclaimers before we get started.  This is not an

6     offer to sell a franchise, which would only be done

7     with a valid FDD.  In addition, this is open to people

8     who are opening new locations as well as those without

9     a valid franchise agreement.

10         We're really excited to be here and talk about

11    KickHouse.  I'm joined by Jessica Yarmey.  We searched

12    far and wide to partner with somebody who we'd be

13    really excited to do business with.  Jessica represents

14    everything that we wanted in terms of vision, energy,

15    and passion for doing something that both is a great

16    workout for the end customers, as well as something

17    that can develop really unique value to the franchisees

18    and grow a system.

19         So we're really excited to talk about it.  I'll

20    let Jessica take it from here, and thanks for joining.

21         MS. YARMEY:  Right.  Thanks, Eric.

22         Hopefully, you guys can see my screen, working

1    through all the technology issues here.

2         I'm so excited to be connecting with you guys and

3    to have the overwhelmingly positive support from the

4    recording link that we sent out to you guys last week.

5    It's been fun to build this in the background with

6    Eric, and it's been even more fun to release it to the

7    public and to kind of get your feedback on it.

8         So, really, since the last call, we've been

9    working feverishly to get more things done to show you

10   guys.  So what I'm going to start with today is just a

11   quick update on some things that we have done in the

12   last 3 or 4 days and then answer some of the questions

13   that we have received that came in from the time that

14   we sent out the recording link.

15        So we'll try to proactively answer some questions,

16   and then once we go through these slides, we can always

17   open it up for additional questions and really open it

18   up to you guys.  What do you want to know?  You know,

19   what can we kind of address?  From our perspective,

20   where we see this all going.  So, with that, I will

21   dive in here.

22        Obviously, the hottest topic we know with all of

1   you guys is just how we see this coming together from a

2   financial perspective, and we know that there is

3   significant financial burden right now across the

4   board.  We're in COVID times.  So that doesn't help

5   anything.  So Eric and I definitely want to work with

6   you guys to create something that is feasible from a

7   financial perspective.

8       Your financial success would equal our financial

9   success.  So, first and foremost, you guys need to be

10  financially successful.  So just some thoughts that

11  we've kind of bulleted out.

12      Looking right out of the gate, for founding

13  KickHouse members, anyone who signs an FDD by the end

14  of 2020 will receive the option to exercise one

15  additional territory at a nominal franchise fee before

16  the end of 2022.  If you do exercise that option for

17  the additional territory, that location must be opened

18  within 12 months.

19      So we want to obviously get as many locations open

20  as we can, but we also don't want people to be sitting

21  on territory.  So this is kind of like a happy medium,

22  we believe, where you guys can open additional

 1    territories, in addition to any locations that you may

 2    already have open, and then also get them open in a

 3    reasonable amount of time.

 4         We know the hot topic is on the royalty side as

 5    well.  Founding members, right out of the gate, we're

 6    going to give you 30 days royalty free.  Just, again,

 7    to show our commitment to getting you onto solid

 8    footing financially.  Again, your financial success is

 9    before our financial success.

10         So after that 30 days, royalties will be at

11    4 percent through the end of 2020.  So through the end

12    of this year.  The marketing fee will be at 1 percent

13    through the end of 2020.  Ongoing, those would increase

14    to 6 percent and 2 percent, respectively.

15         And then we really want to show you support

16    financially if you do decide to join the KickHouse

17    family.  So every founding member that joins the

18    KickHouse family will be supplied exterior and interior

19    assets up to $12,000.  So we know there's a significant

20    investment to brand, to rebrand, and we want to make

21    sure you guys know and feel that we are equally

22    invested in your success.

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 9 of 75 PageID #: 365

1      Eric, I'll turn it back to you if you want to

2  layer on here.

3      MR. SHAHINIAN:  I think that's well said.  We are

4  very committed to making this a positive relationship,

5  and we are committed to generating the kind of

6  financial support.  So I would say that we feel that

7  this addresses a lot of the key issues, and we're

8  trying to create a win-win here.

9      We will obviously be continually evaluating this,

10  especially with the COVID situation, and as changes

11  need to be necessary, we'd love to get feedback from

12  anybody if there are certain things that we could be

13  doing better or a little bit more aware of the current

14  situation.  So we feel this is a really great start,

15  and it will position everybody in a positive light, but

16  we welcome feedback on it.

17      MS. YARMEY:  When I heard that you guys were

18  asking questions about local marketing, my heart just

19  did a pitter-patter because I love marketing, and I

20  believe so much of the marketing magic happens at the

21  local level.  So I'm going to give you guys a little

22  bit of insight into how I approach local marketing,

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 10 of 75 PageID #: 366

1  even like how it sits next to national marketing.  And

2  then there's obviously more to peel back here, but you

3  can at least kind of see thematically and directionally

4  where we would be going.

5       So I would establish a local preferred vendor

6  program that those vendors have access to approved copy

7  from corporate, approved creative from corporate, but

8  they're running campaigns hyperlocal to your studios.

9  They're working with you to set up hyperlocal campaigns

10  to target the right neighborhoods and the right

11  people.  So this local marketing happens in a very

12  tight radius to your studio.  You know, depending on

13  the territory that you're in, it might be 2 miles away

14  from your studio.  It might be 4 miles away from your

15  studio.

16       But in terms of how the campaigns would be

17  structured, the vendor partners that I already spoke to

18  who are onboard with jumping into this KickHouse

19  project, they are going to charge $350 for the first

20  month of account management, with ongoing months being

21  $500 for additional months of account management.

22  There's no markups in there.  There's no kickbacks in

1   there.

2       I think that's very fair in terms of getting

3   campaigns live and making consistent changes that are

4   necessary to local campaigns.  It's my belief that you

5   can make the local Facebook magic happen for $1,000 a

6   month.  I've heard of people spending more than that.

7   That's totally fine.  But you shouldn't need to spend

8   significantly more than that to get lead volume for

9   your studios locally.

10      I'm sharing two of my vendor contacts here who I

11  already spoke to about this project, and they are

12  already onboard at the rates that I've pasted up

13  above.  And if you choose to not join the KickHouse

14  family, you can certainly jot down their information,

15  and I'm sure they would help you out on an ongoing

16  basis as well, but these two partners are trusted

17  partners of mine that I've worked with for the last

18  3 years, and I know that they do good work.

19      And then in terms of how national marketing sits

20  alongside of local marketing, really the two go

21  together.  We know that national spend will provide air

22  cover for local spend.  So if someone sees your

1   campaigns locally for the first time, they might need

2   to see it two or three more times before they actually

3   are interested and decide to sign on as a lead.

4       If national campaigns are running, that might be

5   the first exposure, and then your local campaigns are

6   more tactical and may be offer-centric.  So we like to

7   have that national layer on, especially to provide

8   brand air cover where we're starting a brand-new brand

9   from scratch.  What is this KickHouse all about?  That

10  will happen at the national level, and then your

11  campaigns locally can really be tactical, getting

12  people into offers, getting people into intro classes.

13      So the national campaigns will be funded by the

14  marketing fund contribution, which we know is starting

15  out low.  This is kind of more a long-term vision.  But

16  the goal is to fairly and equitably support all

17  studios.

18      And then my other personal goal is always having

19  50 percent of the fund going back into media.  So right

20  out of the gate, that's going to be a little bit

21  difficult if we're building a new website and we're

22  building new creative assets and things like that.  But

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1   on an ongoing basis, there's no reason why your

2   marketing fund contribution shouldn't be kicking right

3   back into building business for your studios at the

4   local level.

5       In terms of POS transition, so I know there are a

6   number of different POS providers out there, and this

7   is by no means like an end-all, be-all like we will

8   definitely do this.  But I wanted to provide you some

9   information around WellnessLiving, which is a vendor

10  that has had very strong reviews coming back in terms

11  of the support that they provide to franchisees.

12      And the idea is if you're a franchisee operating

13  on your own, you're paying for a POS platform and an

14  app on your own.  If you are joining a system, there is

15  some cost benefit to joining a system.

16      So this is the pricing outline.  Assuming that

17  there is zero to 100 locations, there would be the

18  professional-grade access to their enterprise solution

19  and then also a white-labeled app that is $100 per

20  month.  So that would be the rate that we would sit at

21  with no annual price increase until we get to 100

22  locations.  And then the goal would be getting over 100

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 14 of 75 PageID #: 370

1    locations, getting over 150 locations, and having the

2    per-month pricing stair-step down from there.

3         The agreement will be at the KickHouse level for

4    simplicity, but the cost is simply going to be passed

5    through.  So there's not going to be a markup there,

6    which I know is a pain point.  You don't want to get

7    hit with additional fees at every turn.  And this would

8    simply be a passthrough fee.

9         I got some questions regarding COVID-19 and how

10   that is going to transition, and there's a lot of

11   unknowns about this.  It seems to change every single

12   day.  But I'll share with you just some high-level

13   thoughts from my end about how this will impact our

14   next 3 months, 6 months, however long this goes on.

15        I definitely believe that this hybrid business

16   model will continue, where our studios will operate as

17   studios, but then we'll also have that need to run

18   ongoing virtual classes to support those members who

19   aren't comfortable coming back into the studios yet.

20   So having a system for offering both virtual and studio

21   is going to be important going forward.

22        And for those of you who have been running

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 15 of 75 PageID #: 371

1   virtual, you know it's a pretty heavy lift.  It's

2   almost more of a lift than it is to run a studio in a

3   way.  So definitely working together, either with

4   neighboring studios or just other studios in the

5   system, to divide and conquer on the virtual classes,

6   trading Zoom links, things like that, that just make it

7   less of a lift across every single individual owner.

8       Some of the information that's coming out right

9   now out of the World Health Organization is really

10  where we initially were focusing on COVID transmission

11  via surfaces and wiping down all equipment and wiping

12  down door handles and everything like that,

13  transferring via water droplets, we're now really

14  looking at this coronavirus as being more airborne and

15  transmitted via airborne.  So really making sure all of

16  the studios have some level of air filtration system in

17  place, where that be Dyson air filters, which we have a

18  connection to and we're working on getting some

19  negotiated pricing out to you guys; fans or even open

20  to the outside, wherever you have doors or windows

21  being able to open to the outside air where possible;

22  or even outdoor classes where possible.

1      So in California, as an example, Governor Newsom

2   just closed down the state again, but he closed it down

3   to all indoor activities.  So where studios can pivot

4   and offer outdoor classes, that's a really good

5   survival tactic, and I wouldn't be surprised if

6   California is one of the first to go in that direction,

7   and then there's other states that have a similar kind

8   of lockdown or move to outdoor only.

9      But then in terms of how the boutique space is

10  positioned versus big box, I definitely believe that

11  there will be members who aren't comfortable coming

12  back into the studio right away.  There's people with

13  varying levels of sensitivity here.  But you're going

14  to gain members who want to work out but aren't

15  comfortable with big box gyms yet.

16      So a boutique is a good option for people where we

17  have the personal workout stations.  Everything is

18  cleaned between every use.  You have 6-foot distance,

19  maybe even more than 6-foot distance depending on your

20  studio layout.  Any sort of contactless check-in.  We

21  have the ability to be cleaner than a big box kind of

22  setup where there's just not the ability to clean

1  everything as thoroughly as it needs to be.

2        So what we're seeing across the country is there's

3  definitely people who aren't coming back in right

4  away.  But there's a lot of new interest in boutique,

5  and then there's high closing rates in boutique right

6  now.  Because those who are raising their hand and

7  saying they're interested in coming in, they are

8  actually closing in on new memberships.

9        In terms of pricing philosophy, apart from local

10  marketing, this is probably my second passion area

11  around the boutique space.  But really looking at

12  recurring revenue being a primary focus of your studio,

13  that needs to be the emphasis.

14        So you're not going to build a brand based on

15  class packs or based on drop-in classes.  You're going

16  to build your brand based on recurring revenue.  You'll

17  build your brand based on fours, eights, unlimited kind

18  of class memberships.  And then we'll look to

19  complement that revenue with drop-in classes.

20        Tiered pricing by market.  So when you're a

21  nationwide brand expanding up into Canada, there's no

22  way to really have a "one size fits all" pricing

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 18 of 75 PageID #: 374

1  model.  So what I would look to roll out would be

2  pricing tiers that could really account for all of the

3  different studios across the country and into Canada.

4       So if we want to be competitively priced in one of

5  four tiers, if there needs to be five tiers or if there

6  needs to be six tiers, there can be additional tiers.

7  But we want to be competitively priced in the fitness

8  marketplace.  So we don't want to be the highest-priced

9  offering, but we also don't want to be near the lowest.

10      So it's my thought that if you're racing to the

11  bottom in terms of your pricing, you're not going to

12  have a sustainable business.  So we want to be

13  competitively priced, and then we want to hold

14  ourselves accountable for delivering that value to our

15  members, which I know you guys believe in as well.

16      So the final point is do not devalue.  So we could

17  do that based on making sure we're providing a strong

18  in-studio experience and we're keeping the value high.

19  We could also do that by not doing things like Groupon

20  and not doing things like "class pass" because those

21  things initially tell people that you are a lower-cost

22  offer or you're a lower-cost studio, and there can

Trustpoint.One   Alderson   www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1    always be a deal at your studio.

2         We don't want to be the place for deals.  We don't

3    want to be Planet Fitness.  We want to be KickHouse.

4    It's going to be exclusive.  It's going to be higher

5    priced.

6         So the initial intro offer is first class free,

7    and that would be the nationwide "always on" kind of

8    offer, but the first class being some sort of kickstart

9    class, which is a 30-minute class versus a full-length

10   class.  So you can get into a 30-minute class for free

11   to try it.  That's what we want to have as our trial

12   offer.

13        And then, ongoing basis, the classes are longer.

14   They're 50 minutes, or they're 60 minutes.  But you

15   have that initial offering free to get people in the

16   door.

17        But we want to keep the per-class value high in

18   the consumer's mind.  If we right out of the gate

19   position ourselves to be a $9 per class, that's where

20   you're going to live in the consumer's mind, and we

21   want to live in a higher-priced place in the consumer's

22   mind because then they'll be more likely to be willing

1   to pay for those memberships on an ongoing basis.

2       I'm a believer in enrollment fees.  The benefit of

3   having an enrollment fee is you can use your enrollment

4   fee to offer discounts.  So you could say save $20 this

5   month.  And the $20 comes off of the enrollment fee

6   versus comes off of membership dues.  So we want to

7   keep dues as whole as possible as much of the time.

8       So to share some upcoming dates.  I've gotten good

9   feedback on having this call as a kind of open

10  discussion or a Q&A kind of call, and I think there

11  will be enough updates again in the next 7 days that

12  we'll have another system updates call next Monday.  On

13  Tuesday, we're looking to have the POS system locked

14  down and begin migrations if necessary.

15      The first week of August having the FDD finalized,

16  operations manual finalized.  Second week of August

17  initial exterior signage orders placed.  Signage takes

18  a while to order, and we want to make sure our signage

19  is ordered in a timely manner.

20      I know there is sensitivity around member

21  communications, and I think there is so much

22  opportunity to make this a huge positive for your

1  members, especially coming out of COVID, where there

2  are so many things that are negative and maybe sad and

3  stressful.  We want this to be celebratory and fun and

4  involve them in this transition process.  So having a

5  member communication plan completed by the second week

6  of August so you can start to talk about this and talk

7  about what it means to be moving your studio into a

8  KickHouse kind of studio.

9       Third week of August POS migration is completed,

10 and then the final week of August the website would be

11 completed.  So that's a pretty aggressive timeline, but

12 we have all the balls in motion to hit those

13 deadlines.  So we feel good about being able to really

14 get this off the ground quickly and also effectively.

15      So, with that, I will open it up to you guys to

16 ask any questions.  You can either chat in your

17 questions, or if you want to *6 and unmute, we can try

18 to do that if people are all kind of staying on mute

19 and we can have one person at a time.

20      I'll start to go through the questions.  So from

21 Silas Mark, "It's good that the marketing is thought

22 through, but what is the product programming

Trustpoint.One  Alderson.    www.trustpoint.one
www.aldersonreporting.com    800.FOR.DEPO
(800.367.3376)

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 22 of 75 PageID #: 378

1  competitiveness for KickHouse?  How do you plan to

2  stand out in the marketplace?  Who is the leader,

3  subject matter expert in KickHouse that brings us this

4  expertise?"

5      So some of that is really going to depend on you

6  guys.  I'll jump back to the slides that we went

7  through on the last call where I kind of outlined some

8  additional class formats, and I think there's a lot of

9  bold that exists in the kickboxing kind of practice

10 right now.  We know it's an effective workout.  We know

11 that there's probably more calories burned in the first

12 30 minutes than there are in most hour-long workouts.

13     So how do we better market results?  How do we

14 better market calorie burn?  I think that's all there.

15 The initial trial offer really is going to be that

16 opportunity to get somebody in the door, get them to

17 experience it for the first time, especially if they

18 haven't done kickboxing in a while.

19     The idea is like let's make kickboxing cool

20 again.  So if you have the vision of what kickboxing

21 is, that it's a little dated, that maybe it's something

22 you did back in the early '90s, like here is the reason

Trustpoint.One  Alderson.        www.trustpoint.one
                                   www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 23 of 75 PageID #: 379

1   why you try it again.  You know, let's get them in.

2   Let's show them that our brand is modernized, that

3   we're taking a fresh look at it.

4        But yeah, in terms of how these classes are going

5   to exactly come to life, there's definitely a need for

6   a programming expert to join the team to build out some

7   of those specifics about what makes this a "best in

8   class" kind of fitness offering.

9        "How do you handle gloves for the free intro

10  class?"

11       So especially in these COVID times where we're not

12  sharing gloves or we're not reusing or repurposing

13  gloves for intro classes, it's an upsell in the

14  studio.  And I think where you guys have maybe been

15  living in a place where we give away a lot early on in

16  our intro classes or we give away a lot for first-time

17  visitors, I would encourage you to visit a first-time

18  -- as a first-time visitor to a brand that you would

19  aspire to be like.

20       So if you're a first-time visitor to Orangetheory

21  or if you're a first-time visitor to SoulCycle, and

22  there is not a lot that's given away when you're a

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 24 of 75 PageID #: 380

1  first-time visitor.  So I think there's opportunity to

2  communicate the fact that because we're in coronavirus

3  time, we're not sharing gloves.  We don't have rental

4  gloves, or we don't have loaner gloves for you.  So

5  there would be the need to purchase gloves upon your

6  first class.

7      But we communicate that in advance, and really,

8  there is maybe an industry standard that you can shop

9  around and see how other brands do it.  But there is

10  often that expectation of an initial purchase.

11      Dennis is asking, "What's your definition of

12  founding member?  Meaning what is the timeframe to

13  become one?"

14      I'll go back to that slide really quickly.  And if

15  you guys can't see my slides anymore, let me know and

16  I'll reshare.  But a founding member is really anyone

17  who is signing an FDD agreement by the end of 2020.

18      And then the follow-up question, "Is the financial

19  assistance for founding member of up to 12K per member,

20  or is that per location?"

21      That would be up to 12K per location.  We want

22  these locations to look phenomenal.  So we want the

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 25 of 75 PageID #: 381

1   signage to be good.  We want the branding to be good.

2   As a marketing person, I believe that every single

3   thing that's in your studios, it tells a story.  And if

4   we're not all telling a consistent story, there's no

5   way we're going to be able to get a brand off the

6   ground with consistency and stand for something.

7        So we want to stand for being that modern

8   kickboxing studio.  We want to stand for a modernized

9   approach to kickboxing.

10        A follow-up question, "Is virtual classes hybrid?

11   Divide and conquer is tough with studios that are

12   open.  Virtual quality goes down.  Can the outline be

13   run by corporate with high-quality, Peloton-like

14   classes?"

15        Yes.  It's been my experience very directly and

16   recently that a highly produced, beautifully produced,

17   Peloton-like virtual offering is doable, but it's

18   competitive right now in that at-home workout space.

19   So if you're looking at a $19 per month virtual

20   offering versus keeping your members engaged at $189 a

21   month kind of membership rate, you've a greater

22   likelihood of being able to keep your dollars per

1   member higher by having a hyperlocal virtual offering

2   with instructors that your members are already familiar

3   with.

4        So even if you maybe divide those numbers in half,

5   you come up with $100 per member per month.  That's

6   very reasonable doing a virtual approach.  And I know

7   it maybe seems counterintuitive.  You would think the

8   higher production, or the Peloton-like classes, would

9   provide more value or would be more valuable to

10  members, but that's not what I have seen very recently.

11       MR. SHAHINIAN:  I would just add to that, that as

12  it relates to that question, our vision is that the

13  infrastructure and guidance will be done at the

14  corporate level.  So I think part of your question was

15  addressing that we think that there is some scale

16  benefit that we have as corporate to really lead the

17  charge on that and build the technology and make sure

18  that it's running smoothly as it relates to that.

19       MS. YARMEY:  Gary is asking, "What is the timeline

20  for marketing copy to be ready so we can run ads?"

21       I am a very strong believer in the power of word

22  choice and the power of copy.  So I write a lot of copy

Trustpoint.One   Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1    in my current role and could write copy for you

2    tomorrow, if need be.

3         Richard asks, "Can you tell us about internal, the

4    internal design?"

5         I believe I described it on our previous call as

6    addition by subtraction, and I very much still believe

7    that to be true.  I don't see phase one of this launch

8    to be or to require significant lift from an internal

9    design perspective.

10        There's not necessarily going to be an architect

11   involved in phase one.  It's very much going to be

12   addition by subtraction, take things down that maybe

13   don't serve us.  Get to a place of blank slate.  Get

14   things clean and white and ready to build from there.

15        I think initial internal design, if we go down a

16   path of architect, you know, you start to add dollars

17   as additional things get built.  So we won't go down

18   that path right away until we get everybody again on

19   solid financial footing.

20        "How would you account for some of the differences

21   in the Canadian market?"

22        So in my recent history, we treat Canada very much

1   the same as our U.S. studios in terms of they use the

2   same preferred vendors.  They work within the same POS

3   system.  They do contribute into a Canadian MFC, and

4   they do get different creative assets whenever there

5   are specific holidays that are Canada-centric versus

6   U.S.

7        So we just had Independence Day.  Canada studios

8   had a different set of assets in support of their

9   Independence Day.

10       So there are some things that need to be versioned

11  differently.  Retail needs to be accounted for

12  differently.  We want to try to avoid shipping costs

13  across the border wherever possible.

14       Todd is asking, "What is the franchise fee for

15  being part of KickHouse?"

16       Eric, I'll let you jump in on that one.

17       MR. SHAHINIAN:  So the franchise fee, we're

18  defining a founding member by somebody who joins us in

19  2020.  The idea is that the initial franchise fee will

20  be a nominal amount.  It's going to be determined under

21  our FDD and with the advice of counsel.  So it can't

22  necessarily be zero, but it will be a nominal amount.

Trustpoint.One   Alderson   www.trustpoint.one
www.aldersonreporting.com   800.FOR.DEPO
(800.367.3376)

1    We're looking for people that want to join us as

2  we're starting up.  We believe that that is something

3  that should be rewarded, and so we're looking to

4  provide a lot of value and hopefully make a return

5  based on the royalty itself.  So anybody that joins in

6  2020, our intent is that it will be a nominal franchise

7  fee.

8    MS. YARMEY:  Marketing questions.  "Will you

9  support a cost per lead model?"

10    I don't know exactly what that refers to, but I

11  very much support tracking marketing performance based

12  on cost per lead.  So in the Facebook space, we

13  typically are looking at a $12 cost per lead.  Right

14  now, we're seeing $6, $5, which is really strong.

15    And then a follow-up comment, "This forces the

16  franchisee headquarters and the marketing teams to row

17  in the same direction.  It also spreads the risk to or

18  across the same areas appropriately."

19    So I'll go to the marketing slide again.  So part

20  of having a preferred vendor program is it gives you,

21  as local owners, the option to choose between different

22  vendor partners.  So I'm not specifically saying you

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 30 of 75 PageID #: 386

1   must contact Justin, or you must contact Andre.  But I

2   know if you did work with Justin, I know what he would

3   do on your behalf.  Or if you did work with Andre, I

4   would know what he would do on your behalf.

5        So it's a nice balance of control and consistency

6   with also choice at the local level.

7        "Do you have any experience from a B2B

8   perspective?  Looking for a polished process and

9   operations to target companies large and small,

10  offering discounts, and locking in with headquarter --

11  wellness contacts at the headquarter level."

12       Yeah.  So you could certainly pursue a corporate

13  wellness program, especially if you have nearby

14  headquarters or corporate offices.  That's always a

15  good path to go down.

16       It's been my experience that corporate wellness

17  leads will represent less than 2 percent of your

18  studio's monthly lead volume.  So make sure there is

19  the other 90 percent locked in first -- those are just

20  going to be bigger buckets -- and then layer on

21  corporate wellness once you have everything dialed in

22  locally.

1         FDD and financial question.  So I'll kick these to

2   you, Eric.  "What is the cost?  Why would anyone commit

3   to 1, 2, or 3 studios in 12 to 24 months while

4   KickHouse is a brand-new and unproven business?"

5         MR. SHAHINIAN:  Sure.

6         MS. YARMEY:  And then, as a follow-up question,

7   "How much capital do you plan on investing personally

8   into this project 1, 3, and 5 years?"

9         MR. SHAHINIAN:  Sure.  So as it relates to why

10  would anyone commit, we understand that we have to show

11  you the value.  That is why we want to have a nominal

12  franchise fee, and that is why we want to have the

13  reductions in near-term royalties, as well as medium-

14  term royalties.  We want to prove it, and we totally

15  recognize that.  And that's the vision in doing that.

16        In terms of giving the opportunity for somebody to

17  have another territory, to us, we view that as an

18  extension of the initial relationship and building

19  loyalty and giving people the opportunity to grow with

20  us, again at a nominal rate.  And I think that's

21  important.  But we totally recognize that we need to

22  prove it before people want to open multiple locations.

1           In terms of the capital that we're looking to

2    invest, it is in the seven figures over time, of which

3    a decent part of that is myself, my personal money, but

4    on behalf of our investment firm.  It's hard to say

5    with a specific amount.  Everything that will be done

6    will be viewed towards what value are we creating to

7    the customers, and what value are we creating to the

8    franchisees?  And if both of those can be met, we, as a

9    franchisor, will be profitable, and it will work over a

10   long period of time.

11          But we're taking a very long-term view, and so we

12   will be very thoughtful about where we're adding

13   capital and what we're doing.  So, for example, the

14   $12,000 in terms of helping with initial branding, to

15   us, that's an investment in the future, and we think

16   that that will be worthwhile for everybody.

17          So it's just taking it step by step.  But we do

18   have the financial resources to try to make this as

19   much of a success as possible.

20          MS. YARMEY:  And then, Eric, the next question

21   from Aaron.  "Thoughts on how undeveloped territories

22   will be handled?  Will they move into KickHouse, or do

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 33 of 75 PageID #: 389

1  we have to pay for more than the first one you

2  mentioned?"

3      MR. SHAHINIAN:  So we -- this call is open to the

4  general public.  So we can't comment on any other

5  locations that people may have.  Just looking

6  holistically, for anybody that joined, we are having

7  that additional location.  If anybody is in a specific

8  situation where they'd like to join us and they also

9  have unopened territories for other brands or what not

10  and anybody that has a desire to grow with us, we'd

11  love to have a conversation and talk about it.

12      But for now, we feel that the most appropriate

13  thing is to offer everybody the opportunity to grow

14  with us with an additional location.

15      MS. YARMEY:  And then Tatyana is asking, "Are you

16  willing to provide legal support for those who might

17  consider going to KickHouse?"

18      MR. SHAHINIAN:  Again, not the forum for this

19  call, but happy to have any discussions offline as it

20  relates to things like that.

21      MS. YARMEY:  Joe and Sophia are asking, "What is

22  the avatar of your client base?"

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1    I think that will probably shift as studios are

2  opened.  But as of right now, we'd be looking at

3  targeting a 40-something-year-old female and maybe

4  showing aspirationally images younger and then also

5  images older and also targeting males to try to get a

6  broader audience into the studios.

7    Richard is asking, "Will we be allowed to run 6-

8  week challenges and use our own agency?"

9    So when I worked with Gold's Gym, we ran an annual

10  Gold's Gym challenge, and it was very successful for

11  us.  And I think what I would look to remove from any

12  challenge would be a guarantee and maybe a rebate, you

13  know, things that would get you maybe into some

14  customer service issues with your members if there is

15  not complete clarity on the agreement.

16    So I think there is more power in running

17  challenges together, especially if you have an

18  incentive attached to those challenges like winner gets

19  $10,000 or what have you.  So doing that together will

20  always be more powerful, but there is certainly the

21  ability to use your own agency and run your own play

22  locally.  But I would then challenge you, why would you

1   want to be a part of a bigger brand?

2        I'll skip over the next question.  Eric, you can

3   read that and maybe respond to Bryce directly.

4        Zenmit is asking, "Why are you starting a new,

5   unproven boutique fitness franchise in the midst of a

6   global pandemic with a challenged and stressed fitness

7   business model?  The industry is saturated, and virtual

8   classes have essentially made fitness a commodity."

9        I love this question, and I entirely disagree with

10  the fact that fitness is a commodity.  I think we have

11  seen through this pandemic that people have access to

12  fitness at their fingertips, and they still aren't

13  doing it.  I have fitness at my fingertips, and through

14  this shutdown, my classes at home are less than

15  stellar.  There is still like a lack of accountability

16  that happens when you're working out in your living

17  room.  There is not the motivation that you get going

18  into a studio.

19        And I think what you're seeing right now in the

20  space is you're seeing big box gyms fail.  You're

21  seeing Gold's Gym file bankruptcy, 24 Hour file

22  bankruptcy, probably more of the big box gyms closing,

1    and a large shift to the boutique space.  So I think

2    it's an amazing opportunity, an amazing time to start a

3    boutique concept where there is a lot of talent out

4    there on the bench.  There is a lot of real estate

5    that's going to start opening up at more reasonable

6    rates than we've seen recently.  And those who lean

7    into the opportunity will really see great reward.

8         Tatyana is asking, "Besides the cost of the signs,

9    is there an average cost to transforming into a

10   KickHouse studio?"

11        I would just say that we believe that the $12,000

12   would cover the initial phase one branding into a

13   KickHouse studio.  I think there probably are other

14   things that are down the road that I would consider to

15   be phase two that don't need to be done day one, or

16   wouldn't need to be done day one.  The idea right now

17   is to get down to like modern minimal and blank slate

18   and build from there.

19        Gregory is asking, "You mentioned offering

20   personal training in the previous video.  What type of

21   classes were you thinking of offering?"

22        I'll probably table that question until we have

1    the programming expert on staff.  I think there's

2    opportunity in the small group training space and the

3    personal training space.

4         Silas Mark is asking, "Can you consider royalty

5    free for 3 months instead of 30 days?"

6         Eric, do you want to jump in on that question?

7         MR. SHAHINIAN.  Yeah.  I will tell you that it is

8    dynamic, and we are very conscious of the situation and

9    constantly evaluating it.  At the moment in time, we

10   feel that given the timeline that we're working with,

11   as well as 30 days post when this all becomes

12   effective, we feel the first 30 days is a meaningful

13   concession, if you will.

14        But it's dynamic.  We view this very much as a

15   symbiotic relationship, and we will only do well if the

16   franchisees do well.  So it is dynamic.  If the

17   situation warrants it, we will adjust as is necessary.

18   We obviously are making meaningful investments in a

19   variety of areas, and so we need to conscious of our

20   own revenue and financial situation in a way that

21   benefits everybody long term.

22        But the best way to answer that is that we're

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 38 of 75 PageID #: 394

1   constantly monitoring it, and we'll adjust it as is

2   appropriate.  But the goal is really to position

3   everybody for success coming out of COVID.

4        MS. YARMEY:  Eric, I will jump over Jeff's

5   question, and you can maybe shoot him a message

6   directly.

7        From Bowie, "What kind of training are you looking

8   at offering for instructors, managers, owners?"

9        So I think some of that would really be fleshed

10  out with a COO or training director in place.  But I

11  believe in training, and I believe in having a

12  structure around ongoing training so that if we are

13  putting our flag in a modern place, that we have a

14  structure for being able to have the ongoing training

15  for the team to make sure everybody is as up ahead as

16  possible.

17       So I think right now there would have to be heavy

18  virtual, but down the road, traveling master trainers,

19  you know, face-to-face meetings I think are all

20  reasonable.

21       "Who do you plan on hiring to be a part of the

22  KickHouse management team?  What expertise will they

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 39 of 75 PageID #: 395

1   have, and how do you envision the ideal team to lead

2   already financial-stressed business owners through

3   this?  We don't all have the financial resources to

4   plow more money into a new franchise with 5-year

5   agreements, buildouts, and battling the elephant in the

6   room."

7        I think that, again, there is amazing talent

8   that's sitting on the bench right now.  So in terms of

9   building a team, there has never been a better time to

10  build a team.  I have worked in fitness for the last

11  8 years, almost 9 years, and there is a lot of people

12  who would really be excited to join this concept and

13  would be anxious to help us build this out.

14       I think there would be heavy virtual right out of

15  the gate, you know, same as the previous question about

16  training.  There would need to be more Zoom meetings

17  than face-to-face meetings, unfortunately.  There

18  wouldn't be a home office initially, in order to -- for

19  your comment about the financial resources, like this

20  just needs to be bootstrapped, virtual, let's get it

21  off the ground.  So we all are committed to being cost

22  conscious while still building out a best-in-class

1   team.

2        "Thoughts on the customer segment.  We always came

3   from a standpoint that kickboxing attracts a blue

4   collar segment, somebody that idolizes female MMA

5   stars, teachers, nurses, weight loss segment.  How

6   would you pivot to a higher segment, white collar

7   workers, and competing with the likes of SoulCycle, a

8   segment that prefers yoga, ballet, et cetera?"

9        I think the SoulCycle people are -- it's not that

10   they prefer yoga, Pilates, ballet, it's that they

11   prefer the experience or the high-value experience of a

12   lot of those kind of studios.  So there are very easy

13   things that you can incorporate into a kickboxing

14   studio that helps it appeal to a broader audience, just

15   keeping the value high, keeping the experience strong.

16        So some yoga studios, as an example, you finish

17   class, and you get a cold eucalyptus towel.  That's not

18   difficult to do operationally, but it gives your brand

19   an air that's a little more SoulCycle than it is blue

20   collar and than it is MMA.  So I think there's small

21   things like that that can really make a big difference.

22        "What about studios that are closed right now due

1   to COVID, and what should the marketing plan be?  What

2   will the cost be for each studio to rebrand?"

3       The marketing plan for a closed studio, if you're

4   running virtual, first virtual class free will work.

5   Keeping people coming into your system, whether it's

6   via virtual or whether it's into the studios.  But you

7   just want to stay relevant.  You want to have a

8   pipeline so that when your studio does reopen, you're

9   not just leaning on new leads, but you have these leads

10  who have come in and started with you virtually.

11      You don't need to have the same level of spend

12  that you would have on an ongoing basis.  Maybe spend

13  is cut in half.  Maybe it's even a $300 spend.  But

14  something that keeps you out there.

15      Again, I've seen cost per leads of $5, $6 right

16  now.  So why wouldn't we try to take advantage of that?

17      And then your follow-up question of "What will the

18  cost for each studio be to rebrand?"

19      We believe it will be within that $12,000 amount.

20      "How will you conduct franchise and instructor

21  training?"

22      Again, I think right out of the gate, it's going

1   to be virtual, unfortunately.  I don't like being

2   virtual just as much as you guys likely don't enjoy

3   being virtual.  So we would try to get face-to-face as

4   quickly as possible, but right out of the gate, it

5   would be virtual.

6       MR. SHAHINIAN:  And I would just add that we've

7   spent time interviewing and going down the path with a

8   few people that would be very helpful for that in terms

9   of the team.

10      MS. YARMEY:  "What is your vision for this brand?

11  I think you said you foresee growing beyond just

12  kickboxing, and I'm curious what kinds of classes you

13  think we could add in the future."

14      So I think if the spirit of the brand is giving

15  members the feeling of power in their lives or the

16  feeling of control in their health, helping them kick

17  their health up a notch, that really can go in a lot of

18  different directions.  I think flexibility is an easy

19  pivot that you guys already do in classes that are

20  kickboxing related.

21      So having a heavier emphasis on flexibility, which

22  is very trendy right now.  Mobility is very trendy

1   right now.  So you're able to easily take advantage of

2   flexibility and mobility.  I think the class name I put

3   together was Kick and Flexibility, but that can

4   obviously change.

5       Space size requirement.  In a typical boutique

6   studio, you're looking at, you know, 22 feet wide.  You

7   can get, you know, that's probably your minimum, and

8   maximum can be whatever size maximum.

9       "How do I contact you online to have that

10  conversation, or offline?"

11      Eric, do you want to chime in and respond with

12  Bryce via chat?

13      MR. SHAHINIAN:  Yeah.  And I'll just take care of

14  the next question from Tim about the range of

15  investment needed to open a KickHouse studio from

16  scratch.

17      So we're in the process of finalizing our FDD

18  document.  So that's not something I think we can

19  disclose at this point.  But I think we're comfortable

20  saying that we believe the $12,000 covers initial

21  branding.  We're trying to be very thoughtful about the

22  costs that are associated here in terms of exterior and

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 44 of 75 PageID #: 400

1   interior signage.

2       And then I think for each studio, it really will

3   depend on the location that you find and what the

4   buildout would be required.  But we're finalizing that

5   information and hope to have it available in the near

6   future.

7       MS. YARMEY:  Scott asks, "Another franchise I know

8   about charges a lot for merchandise we sell in the pro

9   shop and then charges significant royalty percentage on

10  full selling price of retail items sold, which is

11  essentially charging the franchisee twice.  Will

12  KickHouse charge the full royalty and marketing fees on

13  top of retail sales every month?"

14      I haven't worked through exactly how that would

15  function, but like we talked about on the call

16  recording, I mean, it's my vision and it's Eric's that

17  we work with transparency on everything, and we try to

18  frontload as many of the discounts to you guys as

19  possible.

20      So on initial retail orders, right out of the

21  gate, we'll try to get as much of that retail out to

22  you for as little dollars as possible because I believe

1    that's a critical part of the rebrand.  And it'll be a

2    critical part of getting your members like bought into

3    that change as well.

4        MR. SHAHINIAN:  Yeah, and just to take a step

5    back.  I think, as everybody probably can tell at this

6    point, Jessica knows a lot about marketing and driving

7    business, and I think we all recognize that nobody

8    could have a successful franchise location without the

9    revenue.  So that is our foremost goal.

10       Having said that, we feel that transparency in the

11   costs and designing things in a way that are very fair

12   to the franchisee and the franchisor is very important

13   to having loyalty long term.  And so, as you all know,

14   throughout the industry, there's a lot of kickbacks and

15   rebates and undisclosed costs that cause franchisee

16   profitability to deteriorate more rapidly, and so we're

17   very conscious of that.  And the goal is to have none

18   of that in terms of kickbacks and rebates and to just

19   be very transparent about things that make sense.

20       But we view our success to be a function of the

21   franchisee profitability as well as effectively making

22   money on the royalty.  We believe a lot of ancillary

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 46 of 75 PageID #: 402

1   businesses associated with apparel and online, et

2   cetera, those can be areas where we can both benefit as

3   the franchisor and the franchisee, but it needs to be

4   transparent and fair.  So we need to work out what

5   those numbers would look like, but our goal is to

6   really be making money when you make money.

7        MS. YARMEY:  And then, Eric, the next question

8   from Douglas is, "How do you envision the role of the

9   FOA in this business model?"  Do you want to tackle

10  that one as well?

11       MR. SHAHINIAN:  So we believe that an FOA would be

12  very important to have.  It will be a function of how

13  many people we have as franchisees in the next 6 to

14  12 months in terms of how big that group should look

15  like and who should be represented in it.  But we do

16  believe that it would be to everyone's benefit to have

17  that, as well as a few board members that are both

18  external as well as franchise owners.

19       So we're looking at forming that now, and we've

20  talked to a few people over the last several weeks that

21  we think could be good candidates.  So we hope to have

22  a little bit more clarity on that in the near future,

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1   but we believe that it would be very helpful to have

2   that.

3       MS. YARMEY:  Tim is asking, "What is the plan to

4   ramp up support resources for franchisees at

5   headquarters, plans to have field support people in

6   market, not just sitting in the ivory tower of

7   headquarters?"

8       Yeah, I think that's a great callout.  I know that

9   boots on the ground is important.  It's obviously

10  pretty difficult to pull off right now where there is

11  sensitivity around the coronavirus and travel.  But the

12  idea would be to have a scrappy local virtual team at

13  first and then get into those support roles down the

14  road.

15      Nuno is asking, "Can you elaborate if KickHouse

16  will integrate nutrition and remote accountability

17  coaching, one-on-one coaching with a high percentage of

18  automated fulfillment through technology?  The seamless

19  integration of these services are potentially key

20  differentiators to position KickHouse in its own unique

21  subsegment, long-term lifestyle fitness versus just

22  fitness."

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 48 of 75 PageID #: 404

1        Yeah.  I love that you're asking this question

2    because I think if our mission statement is helping our

3    members and our communities kick their health up a

4    notch, that can easily extend into nutrition.  It can

5    easily extend into coaching one-on-one or small group

6    or what have you.  It can go in a lot of different

7    directions.

8        So I think right out of the gate, again, there is

9    just going to be let's get this off the ground.  Let's

10   level set and get into alignment.  But then what we

11   decide to pursue and layer on, there's a lot of

12   opportunity in that space, and nutrition is definitely

13   a part of that.

14       John is asking, "Will there be a board of

15   directors with independent directors and franchisee

16   representation?"

17       Eric, do you want to tackle that one?

18       MR. SHAHINIAN:  Yeah.  I believe I addressed

19   that.  Good question.  But yeah, we believe that it

20   would be beneficial to everybody to have some external

21   board members as well.  So we're interviewing people

22   and trying to finalize that and determining the size.

1   I think the size will be determined by how many people

2   join KickHouse in the near future and medium term.

3       MS. YARMEY:  Douglas is asking, "Do you envision

4   encompassing a nutrition aspect to the business model?"

5       We just talked about that, and I think I'm a big

6   believer in nutrition.  I'm vegetarian, and fitness and

7   nutrition to me has to go together.  So I think that's

8   definitely something that's layered on.

9       It won't likely be layered on day one, just for

10  simplicity's sake and getting it off the ground.  But I

11  think that's definitely an area and a revenue center

12  that we start to go down.

13      Patty is asking, "How can 12,000 cover all the

14  cost?  Bags alone are 5K with everything already

15  branded."

16      Yeah.  So I think we're looking into the options

17  for the bags, and not likely having to replace the

18  entire piece of equipment, but part of the piece of

19  equipment and maybe the rebranding aspect of the piece

20  of equipment.  So we're doing a little bit of homework

21  there, and we'll have an answer on that soon.

22      MR. SHAHINIAN:  Yeah, and just to get back to our

1   earlier point, I mean, we feel that 12,000 is a

2   meaningful investment.  Everybody could run the numbers

3   and see what kind of capital investment that will

4   require on our part, but we want this to be a win-win

5   for everybody.  So if there are things that we've

6   overlooked that are material that we feel we can't --

7   we can't kind of put on the franchisee in terms of cost

8   and would be helpful to do as the franchisor or that we

9   could do more efficiently as the franchisor, we're open

10  to that, or we welcome the feedback.

11      We're currently spending a lot of time trying to

12  figure out what is the best way to do it, and this is

13  what we think is the most reasonable and fair starting

14  point.  But we appreciate and welcome feedback on ways

15  we could make that better.

16      MS. YARMEY:  Chuck is asking, "Is there -- "  Oh,

17  Scott is asking, "Where will KickHouse's headquarters

18  be located?  Is that where most in-person trainings

19  will be held when we can move away from virtual

20  training?"

21      Yeah, I think this is going to be scrappy from day

22  one.  So if everyone is virtual from day one, there

1    will be heavy virtual right out of the gate.  I think

2    there will be the opportunity to have in-person

3    training in different regions as it starts to be more

4    okay to travel.  So, yeah, I think a lot of that is to

5    be determined.

6         Chuck is asking, "Is there a plan to jumpstart

7    marketing and sales during a grand opening?  Can we

8    count on a plan to pump up our membership base by 100,

9    200, and 300 members?  In an initial startup timeframe,

10   how might that work?"

11        So in my history, we start marketing 12 weeks out

12   from a soft open.  By the time we hit soft open, we

13   have 120 members going into soft open weekend, and then

14   175 coming out of soft open weekend.  And you get to

15   that by a layered marketing approach that has probably

16   60 percent of leads coming from Facebook and then leads

17   coming in from other things as well, even down to

18   direct mail, depending on the area that you're in.  It

19   still works in a lot of places.

20        So, yeah, I'm very confident in my club opening

21   plan.

22        Aaron is asking, "How many locations would you

1   need or expect to go forward with the concept?"

2       It's Eric's belief and it's mine that we're going

3   forward with this concept.  If we had three people on

4   the call right now, we might feel differently.  But

5   we've already put a lot of work into this, and we're so

6   close to the finish line, we have to push it over the

7   edge.

8       "And how soon would you be able to get a team

9   together to put together training?  If this takes 3 to

10  4 months, wouldn't it make sense not to charge

11  royalties until you're ready?"

12      And I think that's really the spirit around the

13  initial 30 days of royalty free.  It's just it's going

14  to take 30 days to get some of this sorted out in terms

15  of the details, but it's not going to take 3 or

16  4 months.  There's already a lot of foundation being

17  built.  So our goal would be to have everything ready

18  to go much faster than 3 to 4 months.

19      MR. SHAHINIAN:  Yeah, and I would just add both

20  Jessica and I separately, as well as together in some

21  instances, have had conversations with folks, and we're

22  -- and we have many qualified candidates.

1          As Jessica pointed out, this is a great moment in

2    time.   I know that it's scary for a lot of people, but

3    we both find it really exciting in terms of the

4    opportunities that is presented, and there are a lot of

5    opportunities to get really world-class talent in

6    various areas.   And we both know multiple people that

7    would be very highly qualified, and we hopefully will

8    be able to present them in the near future.

9          So we don't view this as a 3- or 4-month process

10   to get that.

11        MS. YARMEY:   And then Aaron's follow-up question,

12   "Someone commented this isn't an established concept or

13   brand yet.   Could you help me understand the 2 percent

14   marketing fee if we're going to have to pay local

15   vendors?   Is headquarters going to have an in-house

16   online marketing team?"

17        So the marketing fund contribution would be one

18   person right out of the gate, and there is a lot that

19   would be needed, right?   Right out of the gate, we need

20   a website.   We need campaign lead forms.   We need new

21   photography, new videos.

22        So while we want to keep initial costs as low as

1  possible, being a marketer, I can't justify having a

2  zero percent marketing contribution right out of the

3  gate.  We definitely need to be committed to building

4  this brand, and there's just going to be some pieces

5  that are needed early on with that.  So I think having

6  a 1 percent contribution is totally fair.

7      And then is headquarters going to have an in-house

8  online marketing team?  I would build in-house creative

9  for sure.  That would probably be one of my first hires

10 would be a solid graphic designer to just start

11 churning out content.

12     In terms of in-house online marketing team, that's

13 really where I lean on my vendor partners to

14 essentially be a part of my team without paying them to

15 be part of my team to do that same kind of work, to

16 look at global campaigns, to make sure everything is

17 structured well locally.  But they wouldn't be paid

18 employees.

19     Chuck is asking, "Are there multiple revenue

20 streams planned for this brand?  What do you see beyond

21 group fitness classes and pro shop?  What timeframe do

22 you see for these?"

1          So, yeah, I think there's obviously the franchise

2    for sale revenue stream that's planned for our end of

3    the brand, and I think that's really why we want you

4    guys to be financially solid as quickly as possible

5    because we need you to validate for me.  You know, like

6    that's my vision is we're going to sell more of these.

7    So we need to work together to do so.

8          In terms of revenue streams happening at the

9    studio level, if you chose to stay within virtual, like

10   that's an option.  I think there's a lot of boutique

11   studios that use or sell heartrate monitor kind of

12   tracking technology, and that's certainly an

13   opportunity in this space as well.  But the 80 percent

14   of revenue at the studio level will continue to come

15   from the group fitness classes.

16         And Tatyana is asking, "What makes the KickHouse

17   model better than other models that are there?"

18         I guess it would depend on which other models

19   you're looking at.  Like if you're saying what makes it

20   better than other franchises that you could get into?

21   You know, I think, to me, there's a lot of benefit

22   right now to being in boutique fitness.  There is an

1   even stronger benefit to being in boutique fitness with

2   a team that understands boutique fitness and how to

3   make money in boutique fitness.

4        If I'm looking at the competitive landscape

5   between TITLE and CKO and all of those other brands, I

6   probably don't know them well enough to weigh in

7   100 percent.  But I think at least from TITLE's

8   perspective, they maybe haven't evolved as much as they

9   should have.  They don't seem modern anymore.

10       And I think that's part of the game is putting an

11  initial concept together, but then committing to the

12  constant evolution that's needed in the boutique

13  fitness space to remain cool, so to speak.  I think the

14  days of having a Gold's Gym kind of brand and just

15  living off of your brand for 50 years, those days are

16  gone.

17       So if you're going to thrive in boutique, you

18  commit to evolution.  You commit to constant

19  improvement.  You commit to consistently best-in-class

20  operations.  And I think those things, those blocking

21  and tackling kind of elements are what will separate

22  this concept from other concepts.

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 57 of 75 PageID #: 413

1      Todd is asking, "What is the renewal timeframe for

2  each franchisee, 3 years or 5 years?"

3      Eric, do you want to weigh in on that one?

4      MR. SHAHINIAN:  Right now, we're leaning towards

5  3 years.  It's something that is pending the final

6  franchise disclosure document.  So I'll have to punt

7  that question.

8      I think our vision is that we need to be creating

9  a lot of value.  We are not looking to build something

10  to then hold people in.  We feel that we need to create

11  something very powerful, that people will see a lot of

12  value, want to pay the royalty, get the benefit from

13  it, and want to continue with us.  So our preference is

14  to lean toward a shorter timeframe to make people feel

15  like they have that flexibility.

16      Because we really feel that the value long term

17  for us is just really to show you the value and have

18  people stay in.  So that's where we're leaning, subject

19  to the final document, and we're going to make a

20  determination on that.  But most likely shorter rather

21  than longer, but we need long enough, obviously, to

22  have a sustainable business on our end as well.

1      MS. YARMEY:  Aaron is asking, "You mentioned

2   getting KickHouse to the top-right quadrant of your

3   graph in the previous PowerPoint.  Besides superficial

4   appearance upgrades, what other thoughts do you have to

5   getting KickHouse there?"

6      I think you can do a lot of damage with the

7   superficial upgrades, and I think that's really one

8   thing that's maybe missing in a lot of boutique

9   concepts right now.  But like I mentioned with the

10  eucalyptus towel kind of things, like doing small

11  things to make your members feel special goes a really

12  long way.

13     So I think there's the ability to get there

14  without significant dollar investment behind national

15  TV or something that you might traditionally associate

16  with being cool.

17     And Richard is asking, "What would be some

18  examples of cool compared to ILKB?"

19     So, I mean, if I look at the fitness landscape

20  right now, I just recently referenced like some of the

21  old school versus the new school.  Like Gold's Gym, I

22  spent 3 1/2 years at Gold's Gym, and it's what I would

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 59 of 75 PageID #: 415

1    consider to be old school.  It was a brand that was

2    built on a bodybuilding foundation.  It didn't evolve

3    its approach to fitness over time.  It didn't even fast

4    follow trends, but it followed trends, and it followed

5    them too slowly.

6         So I think there is a world of boutique fitness

7    that's very trendy right now.  Like if you look at the

8    SoulCycles of the world or even the Orangetheories of

9    the world, they are cool concepts, and I think a lot of

10   the coolness lives in the marketing and branding, which

11   is obviously the part of the business that I love the

12   most.

13        Todd is asking, "A lot of us have landlord

14   renewals coming up.  Would headquarters be in a

15   position to help us negotiate with our current

16   landlords since this is a new and unproven concept?"

17        I'll give my fast answer, and then, Eric, I know

18   you're passionate here as well.  But I think there's a

19   lot of opportunity in this COVID time to approach

20   landlords about lease updates or lease renewals.  There

21   is no reason that leases should continue at the rate

22   that they were at.

1        We're in a strong, competitive place just having

2    active businesses.  There's a lot of their tenants that

3    are completely out of business.  So, yes, I think we're

4    in a strong position to help you negotiate with your

5    current landlords.

6        Eric, do you want to weigh in?

7        MR. SHAHINIAN:  Yeah.  I would echo similarly, and

8    I've had conversations with some of the people on this

9    call about the landlord situation and have spent a

10   considerable amount of time finding attorneys, et

11   cetera, in terms of resources that would be helpful.

12       We do view that as something that we can really

13   help at the franchisor level, both to instill

14   confidence in the landlords about your ability to be a

15   successful business going forward and be a good tenant

16   for them, as well as just lever the resources that we

17   learned from other negotiations in terms of what's

18   market, especially in COVID, and what's reasonable and

19   how far you can really push on negotiations.

20       So we do believe that that's something that we can

21   help both in terms of just having legal resources to do

22   so, as well as just through our perspective.  So

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 61 of 75 PageID #: 417

1    100 percent we would very much like to help with that.

2         MS. YARMEY:  Awesome.  Tatyana is asking, "Have

3    you talked to vendors for merchandise, gloves, hand

4    wraps, et cetera?  Is there a price point for the cost

5    of gloves?"

6         I don't have a price in for a glove vendor yet,

7    but I know some of you do at the local level.

8         MR. SHAHINIAN:  I do, actually.  I got a quote

9    fairly recently, Jessica.

10        We do.  The price point is probably going to be

11   somewhere in the neighborhood, just preliminarily --

12   don't hold us to this -- we're probably talking like

13   $10 to $15, depending on volume.  Potentially, we could

14   get that lower.

15        Again, it's not something that we're going to be

16   viewing as a revenue center for the franchisor, and so

17   we're trying very hard and have solicited a couple

18   different vendors.  Many of you on the call probably

19   know who the vendors are.  There's not that many of

20   them, but we're kind of going through and trying to get

21   that to a price point.

22        But preliminarily, we see the cost looking

1    probably about $10 to $15 and, again, not something

2    that we would be seeking rebates or kickbacks on.  So

3    that would be something that we would try to do in the

4    most economical way to the franchise.

5         MS. YARMEY:  Gary is asking, "I'm trying to

6    understand when KickHouse will be up and running full

7    steam with ads and classes."

8         So I'll just toggle to the anticipated timeline.

9    So really by the final week of August where the website

10   is finalized, that's really opportunity to be able to

11   market as a system.  The mention of the soft opening of

12   12 weeks is for new studios.  Someone had asked

13   previously about the opening plan.  So opening new

14   studios typically having a 12-week window.

15        For studios that are closed right now, if you get

16   the green light to open, your marketing needs to start

17   immediately if it's not already started.

18        Sal is saying, "Just a comment.  Thank you,

19   Jessica and Eric, for the time tonight.  By now I hope

20   we can all agree that this group of owners is highly

21   experienced and extremely beneficial to helping build

22   this brand from the ground up."

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 63 of 75 PageID #: 419

1       Yeah, I agree, and I think that's part of the

2   opportunity here is like can we work together to build

3   something great?

4       Jeff saying, "How do you plan to sell franchises

5   in each state when you don't have an FDD in place for

6   each state?  When will you have this for every state

7   across the country?"

8       Eric, do you want to weigh in on that?

9       MR. SHAHINIAN:  Sure.  So as we said from the

10  anticipated timeline, and we're going to try really

11  hard to work towards this goal, we anticipate having

12  the relevant documentation in the first week of

13  August.  As you likely know, a lot of states do not

14  require an approval process.  So as long as we have a

15  valid FDD and operations manual, we're good to go in

16  most states.

17      Some states then have an approval process, which

18  ranges in time from, you know, it could be a few days

19  to a few weeks.  So that positions us, I think, in a

20  very good timeframe looking at having that kind of

21  ready to go in all states at some point in August or

22  September.

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1        But again, most states, as you know, do not

2   require an approval process.  So as long as those

3   documents are finalized and ready to go, we should be

4   good to go in those states.

5        MS. YARMEY:  Great.  And then Tim is asking, "What

6   is a reasonable timetable to make the transition from a

7   current fitness franchise to KickHouse?"

8        I think that we understand the urgency that's

9   needed here.  And again, that's why the interior vision

10  is not complicated right now.  It's very much addition

11  by subtraction and getting everything down to neutral

12  and clean.  So I think it's very reasonable to have a

13  30-day window, and the transition is completed in a 30-

14  day window.

15       Eric, do you want to layer on there?

16       MR. SHAHINIAN:  No.  I think that that's also the

17  goal.  I think we're working very diligently to try to

18  work towards a goal that's fair for everybody and

19  presents the best opportunity going forward post

20  COVID.  So we're working diligently on it.

21       And just as it relates to the next question, "Do

22  you foresee any delays selling franchises in Canada?"

Case 1:20-cv-03850-RRM-VMS   Document 1-5   Filed 08/21/20   Page 65 of 75 PageID #: 421

1    We don't see a lot of delays, but obviously, it's

2  a little bit more nuanced.  So we're actually in the

3  process of that right now, and I can give you an update

4  offline after as it relates to Canada.

5    MS. YARMEY:  There are no other questions.  Oh,

6  Peter is asking.  Okay.  "How will the current

7  territories be protected?  What's your decision-making

8  process when signing on new territories?"

9    So I'll jump back to the preliminary slide.  So

10  the idea would be the bonus territories would be

11  provided or chosen based on when you decide to exercise

12  that option.  So the territory wouldn't be given out

13  until the option to exercise the additional territory

14  goes into play.

15    MR. SHAHINIAN:  And I would just add to that.  My

16  investment firm also does a fairly decent amount in

17  real estate, and so I think that we feel very strongly

18  that we need to be adding value in terms of thinking

19  through what are territories and what are territories

20  that would create value for the franchisee and be

21  successful.  We're not interested in just having 1,000

22  locations of which 90 percent aren't profitable and

```
1   aren't driving value and are competing with each

2   other.   That's the last thing we want.

3        So we want to be very thoughtful about that, and

4   that's going to be a process.  So we obviously will

5   have a process where somebody can want -- desire a

6   territory, seek out a territory, but we want to help in

7   that and determine what are going to be successful

8   outcomes as it relates to that.  So we want to do a lot

9   of demographic analysis, et cetera.

10       MS. YARMEY:  All right.  Eric, there's no more

11  questions.  Do you want to wrap us up?

12       MR. SHAHINIAN:  Yeah.  So thanks, everybody, for

13  joining the call.  Thanks again, Jessica.

14       We have another call scheduled, and we'll send

15  around some information to everybody that was on this

16  call about the next call, but thank you for taking the

17  time.  You also know how to reach us.  So please let us

18  know if you have any questions in the meantime, and

19  thank you for hearing about our new concept.

20       MS. YARMEY:  Thank you all.

21       (End of audio.)

22
```

## WORD INDEX

**< $ >**
**$1,000** 9:*5*
**$10** 59:*13* 60:*1*
**$10,000** 32:*19*
**$100** 11:*19* 24:*5*
**$12** 27:*13*
**$12,000** 6:*19*
 30:*14* 34:*11* 39:*19*
 41:*20*
**$15** 59:*13* 60:*1*
**$189** 23:*20*
**$19** 23:*19*
**$20** 18:*4, 5*
**$300** 39:*13*
**$350** 8:*19*
**$5** 27:*14* 39:*15*
**$500** 8:*21*
**$6** 27:*14* 39:*15*
**$9** 17:*19*

**< 0 >**
**07932** 1:*22*

**< 1 >**
**1** 6:*12* 29:*3, 8*
 52:*6*
**1,000** 63:*21*
**1/2** 56:*22*
**100** 11:*7, 21, 22*
 49:*8* 54:*7* 59:*1*
**12** 5:*18* 29:*3*
 44:*14* 49:*11* 60:*12*
**12,000** 47:*13* 48:*1*
**120** 49:*13*
**12K** 22:*19, 21*
**12-week** 60:*14*
**150** 12:*1*
**175** 49:*14*
**18** 1:*20*

**< 2 >**
**2** 1:*2* 6:*14* 8:*13*
 28:*17* 29:*3* 51:*13*
**200** 49:*9*
**2020** 5:*14* 6:*11, 13*
 22:*17* 26:*19* 27:*6*
**2022** 5:*16*
**22** 41:*6*
**220** 1:*21*
**24** 29:*3* 33:*21*

**< 3 >**
**3** 4:*12* 9:*18* 12:*14*
 29:*3, 8* 35:*5* 50:*9,*
 *15, 18* 51:*9* 55:*2, 5*
 56:*22*
**30** 6:*6, 10* 20:*12*
 35:*5, 11, 12* 50:*13,*

**14** 62:*13*
**300** 49:*9*
**30-day** 62:*13*
**30-minute** 17:*9, 10*

**< 4 >**
**4** 4:*12* 6:*11* 8:*14*
 50:*10, 16, 18*
**40-something-year-
 old** 32:*3*
**4-month** 51:*9*

**< 5 >**
**5** 29:*8* 55:*2*
**50** 10:*19* 17:*14*
 54:*15*
**5K** 47:*14*
**5-year** 37:*4*

**< 6 >**
**6** 6:*14* 12:*14*
 19:*17* 32:*7* 44:*13*
**60** 17:*14* 49:*16*
**6-foot** 14:*18, 19*

**< 7 >**
**7** 18:*11*

**< 8 >**
**8** 37:*11*
**80** 53:*13*

**< 9 >**
**9** 37:*11*
**90** 28:*19* 63:*22*
**90s** 20:*22*

**< A >**
**Aaron** 30:*21*
 49:*22* 56:*1*
**Aaron's** 51:*11*
**ability** 14:*21, 22*
 32:*21* 56:*13* 58:*14*
**able** 13:*21* 19:*13*
 23:*5, 22* 36:*14*
 41:*1* 50:*8* 51:*8*
 60:*10*
**access** 8:*6* 11:*18*
 33:*11*
**account** 8:*20, 21*
 16:*2* 25:*20*
**accountability**
 33:*15* 45:*16*
**accountable** 16:*14*
**accounted** 26:*11*
**active** 58:*2*
**activities** 14:*3*
**add** 24:*11* 25:*16*
 40:*6, 13* 50:*19*
 63:*15*

**adding** 30:*12*
 63:*18*
**addition** 3:*7* 6:*1*
 25:*6, 12* 62:*10*
**additional** 4:*17*
 5:*15, 17, 22* 8:*21*
 12:*7* 16:*6* 20:*8*
 25:*17* 31:*7, 14*
 63:*13*
**address** 4:*19*
**addressed** 46:*18*
**addresses** 7:*7*
**addressing** 24:*15*
**adjust** 35:*17* 36:*1*
**ads** 24:*20* 60:*7*
**advance** 22:*7*
**advantage** 39:*16*
 41:*1*
**advice** 26:*21*
**agency** 32:*8, 21*
**aggressive** 19:*11*
**agree** 60:*20* 61:*1*
**agreement** 2:*8, 11*
 3:*9* 12:*3* 22:*17*
 32:*15*
**agreements** 37:*5*
**ahead** 36:*15*
**air** 9:*21* 10:*8*
 13:*16, 17, 21* 38:*19*
**airborne** 13:*14, 15*
**alignment** 46:*10*
**allowed** 32:*7*
**alongside** 9:*20*
**amazing** 34:*2* 37:*7*
**amount** 6:*3* 26:*20,*
 *22* 30:*5* 39:*19*
 58:*10* 63:*16*
**analysis** 64:*9*
**ancillary** 43:*22*
**Andre** 28:*1, 3*
**annual** 11:*21* 32:*9*
**answer** 4:*12, 15*
 35:*22* 47:*21* 57:*17*
**anticipate** 61:*11*
**anticipated** 60:*8*
 61:*10*
**anxious** 37:*13*
**anybody** 7:*12*
 27:*5* 31:*6, 7, 10*
**anymore** 22:*15*
 54:*9*
**apart** 15:*9*
**app** 11:*14, 19*
**apparel** 44:*1*
**appeal** 38:*14*
**appearance** 56:*4*
**appreciate** 48:*14*
**approach** 7:*22*
 23:*9* 24:*6* 49:*19*
 57:*3, 19*

**appropriate** 31:*12*
 36:*2*
**appropriately**
 27:*18*
**approval** 61:*14, 17*
 62:*2*
**approved** 8:*6, 7*
**architect** 25:*10, 16*
**area** 15:*10* 47:*11*
 49:*18*
**areas** 27:*18* 35:*19*
 44:*2* 51:*6*
**asked** 60:*12*
**asking** 7:*18* 22:*11*
 24:*19* 26:*14* 31:*15,*
 *21* 32:*7* 33:*4* 34:*8,*
 *19* 35:*4* 45:*3, 15*
 46:*1, 14* 47:*3, 13*
 48:*16, 17* 49:*6, 22*
 52:*19* 53:*16* 55:*1*
 56:*1, 17* 57:*13*
 59:*2* 60:*5* 62:*5*
 63:*6*
**asks** 25:*3* 42:*7*
**aspect** 47:*4, 19*
**aspirationally** 32:*4*
**aspire** 27:*4*
**assets** 6:*19* 10:*22*
 26:*4, 8*
**assistance** 22:*19*
**associate** 56:*15*
**associated** 41:*22*
 44:*1*
**Assuming** 11:*16*
**at-home** 23:*18*
**attached** 62:*18*
**attorneys** 58:*10*
**attracts** 38:*3*
**audience** 32:*6*
 38:*14*
**AUDIO** 1:*1* 64:*21*
**August** 18:*15, 16*
 19:*6, 9, 10* 60:*9*
 61:*13, 21*
**automated** 45:*18*
**available** 42:*5*
**avatar** 31:*22*
**average** 34:*9*
**avoid** 26:*12*
**aware** 7:*13*
**Awesome** 59:*2*

**< B >**
**B2B** 28:*7*
**back** 7:*1* 8:*2*
 10:*19* 11:*3, 10*
 12:*19* 14:*12* 15:*3*
 20:*6, 22* 22:*14*
 43:*5* 47:*22* 63:*9*
**background** 4:*5*

**Bags** 47:*14, 17*
**balance** 28:*5*
**ballet** 38:*8, 10*
**balls** 19:*12*
**bankruptcy** 33:*21,*
 *22*
**base** 31:*22* 49:*8*
**based** 15:*14, 15, 16,*
 *17* 16:*17* 27:*5, 11*
 63:*11*
**basis** 9:*16* 11:*1*
 17:*13* 18:*1* 39:*12*
**battling** 37:*5*
**be-all** 11:*7*
**beautifully** 23:*16*
**behalf** 28:*3, 4* 30:*4*
**belief** 9:*4* 50:*2*
**believe** 5:*22* 7:*20*
 12:*15* 14:*10* 16:*15*
 23:*2* 25:*5, 6* 27:*2*
 34:*11* 36:*11* 39:*19*
 41:*20* 42:*22* 43:*22*
 44:*11, 16* 45:*1*
 46:*18, 19* 58:*20*
**believer** 18:*2*
 24:*21* 47:*6*
**bench** 34:*4* 37:*8*
**beneficial** 46:*20*
 60:*21*
**benefit** 11:*15* 18:*2*
 24:*16* 44:*2, 16*
 53:*21* 54:*1* 55:*12*
**benefits** 35:*21*
**best** 21:*7* 35:*22*
 48:*12* 62:*19*
**best-in-class** 37:*22*
 54:*19*
**better** 7:*13* 20:*13,*
 *14* 37:*9* 48:*15*
 53:*17, 20*
**beyond** 40:*11*
 52:*20*
**big** 14:*10, 15, 21*
 33:*20, 22* 38:*21*
 44:*14* 47:*5*
**bigger** 28:*20* 33:*1*
**bit** 7:*13, 22* 10:*20*
 44:*22* 47:*20* 63:*2*
**blank** 25:*13* 34:*17*
**blocking** 54:*20*
**blue** 38:*3, 19*
**board** 5:*4* 44:*17*
 46:*14, 21*
**bodybuilding** 57:*2*
**bold** 20:*9*
**bonus** 63:*10*
**boots** 45:*9*
**bootstrapped** 37:*20*
**border** 26:*13*
**bottom** 16:*11*
**bought** 43:*2*

**boutique** 14:*9, 16*
15:*4, 5, 11* 33:*5*
34:*1, 3* 41:*5* 53:*10,*
*22* 54:*1, 2, 3, 12, 17*
56:*8* 57:*6*
**Bowie** 36:*7*
**box** 14:*10, 15, 21*
33:*20, 22*
**brand** 2:*10, 16*
6:*20* 10:*8* 15:*14,*
*16, 17, 21* 21:*2, 18*
23:*5* 33:*1* 38:*18*
40:*10, 14* 51:*13*
52:*4, 20* 53:*3*
54:*14, 15* 57:*1*
60:*22*
**branded** 47:*15*
**branding** 23:*1*
30:*14* 34:*12* 41:*21*
57:*10*
**brand-new** 10:*8*
29:*4*
**brands** 22:*9* 31:*9*
54:*5*
**bring** 2:*15*
**brings** 20:*3*
**broader** 32:*6*
38:*14*
**Bryce** 33:*3* 41:*12*
**buckets** 28:*20*
**build** 4:*5* 15:*14,*
*16, 17* 21:*6* 24:*17*
25:*14* 34:*18* 37:*10,*
*13* 52:*8* 55:*9*
60:*21* 61:*2*
**building** 10:*21, 22*
11:*3* 29:*18* 37:*9,*
*22* 52:*3*
**buildout** 42:*4*
**buildouts** 37:*5*
**built** 25:*17* 50:*17*
57:*2*
**bulleted** 5:*11*
**burden** 5:*3*
**burn** 20:*14*
**burned** 20:*11*
**business** 3:*13*
11:*3* 12:*15* 16:*12*
29:*4* 33:*7* 37:*2*
43:*7* 44:*9* 47:*4*
55:*22* 57:*11* 58:*3,*
*15*
**businesses** 44:*1*
58:*2*

**< C >**
**California** 14:*1, 6*
**call** 3:*3* 4:*8* 18:*9,*
*10, 12* 20:*7* 25:*5*
31:*3, 19* 42:*15*

50:*4* 58:*9* 59:*18*
64:*13, 14, 16*
**callout** 45:*8*
**calorie** 20:*14*
**calories** 20:*11*
**Camac** 1:*10*
**campaign** 51:*20*
**campaigns** 8:*8, 9,*
*16* 9:*3, 4* 10:*1, 4, 5,*
*11, 13* 52:*16*
**Canada** 15:*21*
16:*3* 25:*22* 26:*7*
62:*22* 63:*4*
**Canada-centric**
26:*5*
**Canadian** 25:*21*
26:*3*
**candidates** 44:*21*
50:*22*
**capital** 29:*7* 30:*1,*
*13* 48:*3*
**care** 41:*13*
**cause** 43:*15*
**celebratory** 19:*3*
**center** 47:*11* 59:*16*
**certain** 7:*12*
**certainly** 9:*14*
28:*12* 32:*20* 53:*12*
**cetera** 38:*8* 44:*2*
58:*11* 59:*4* 64:*9*
**challenge** 32:*10, 12,*
*22*
**challenged** 33:*6*
**challenges** 32:*8, 17,*
*18*
**change** 12:*11* 41:*4*
43:*3*
**changes** 7:*10* 9:*3*
**charge** 8:*19* 24:*17*
42:*12* 50:*10*
**charges** 42:*8, 9*
**charging** 42:*11*
**chat** 19:*16* 41:*12*
**check-in** 14:*20*
**chime** 41:*11*
**choice** 24:*22* 28:*6*
**choose** 9:*13* 27:*21*
**chose** 53:*9*
**chosen** 63:*11*
**Chuck** 48:*16* 49:*6*
52:*19*
**churning** 52:*11*
**CKO** 54:*5*
**clarity** 32:*15* 44:*22*
**class** 15:*15, 18*
16:*20* 17:*6, 8, 9, 10,*
*19* 20:*8* 21:*8, 10*
22:*6* 38:*17* 39:*4*
41:*2*
**classes** 10:*12*
12:*18* 13:*5, 22*

14:*4* 15:*15, 19*
17:*13* 21:*4, 13, 16*
23:*10, 14* 24:*8*
33:*8, 14* 34:*21*
40:*12, 19* 52:*21*
53:*15* 60:*7*
**clean** 14:*22* 25:*14*
62:*12*
**cleaned** 14:*18*
**cleaner** 14:*21*
**client** 31:*22*
**close** 50:*6*
**closed** 14:*2* 38:*22*
39:*3* 60:*15*
**closing** 15:*5, 8*
33:*22*
**club** 49:*20*
**coaching** 45:*17*
46:*5*
**cold** 38:*17*
**collar** 38:*4, 6, 20*
**Columbia** 1:*20*
**come** 21:*5* 24:*5*
39:*10* 53:*14*
**comes** 18:*5, 6*
**comfortable** 12:*19*
14:*11, 15* 41:*19*
**coming** 5:*1* 11:*10*
12:*19* 13:*8* 14:*11*
15:*3, 7* 19:*1* 36:*3*
39:*5* 49:*14, 16, 17*
57:*14*
**comment** 27:*15*
31:*4* 37:*19* 60:*18*
**commented** 51:*12*
**commit** 29:*2, 10*
54:*18, 19*
**commitment** 6:*7*
**committed** 7:*4, 5*
37:*21* 52:*3*
**committing** 54:*11*
**commodity** 33:*8, 10*
**communicate** 22:*2,*
*7*
**communication**
19:*5*
**communications**
18:*21*
**communities** 46:*3*
**companies** 28:*9*
**compared** 56:*18*
**competing** 38:*7*
64:*1*
**competitive** 23:*18*
54:*4* 58:*1*
**competitively** 16:*4,*
*7, 13*
**competitiveness**
20:*1*
**complement** 15:*19*
**complete** 32:*15*

**completed** 19:*5, 9,*
*11* 62:*13*
**completely** 58:*3*
**complicated** 62:*10*
**concept** 2:*6* 34:*3*
37:*12* 50:*1, 3*
51:*12* 54:*11, 22*
57:*16* 64:*19*
**concepts** 54:*22*
56:*9* 57:*9*
**concession** 35:*13*
**conduct** 39:*20*
**confidence** 58:*14*
**confident** 49:*20*
**connecting** 4:*2*
**connection** 4:*2*
**conquer** 13:*5*
23:*11*
**conscious** 35:*8, 19*
37:*22* 43:*17*
**consider** 31:*17*
34:*14* 35:*4* 57:*1*
**considerable** 58:*10*
**consistency** 23:*6*
28:*5*
**consistent** 9:*3* 23:*4*
**consistently** 54:*19*
**constant** 54:*12, 18*
**constantly** 35:*9*
36:*1*
**consumer's** 17:*18,*
*20, 21*
**contact** 28:*1* 41:*9*
**contactless** 14:*20*
**contacts** 9:*10*
28:*11*
**content** 52:*11*
**continually** 7:*9*
**continue** 12:*16*
53:*14* 55:*13* 57:*21*
**contribute** 26:*3*
**contribution** 10:*14*
11:*2* 51:*17* 52:*2, 6*
**control** 28:*5* 40:*16*
**conversation** 31:*11*
41:*10*
**conversations**
50:*21* 58:*8*
**COO** 36:*10*
**cool** 20:*19* 54:*13*
56:*16, 18* 57:*9*
**coolness** 57:*10*
**copy** 8:*6* 24:*20, 22*
25:*1*
**coronavirus** 13:*14*
22:*2* 45:*11*
**corporate** 8:*7*
23:*13* 24:*14, 16*
28:*12, 14, 16, 21*
**cost** 11:*15* 12:*4*
27:*9, 12, 13* 29:*2*

34:*8, 9* 37:*21* 39:*2,*
*15, 18* 47:*14* 48:*7*
59:*4, 22*
**costs** 26:*12* 41:*22*
43:*11, 15* 51:*22*
**counsel** 26:*21*
**count** 49:*8*
**counterintuitive**
24:*7*
**country** 15:*2* 16:*3*
61:*7*
**couple** 59:*17*
**cover** 9:*22* 10:*8*
34:*12* 47:*13*
**covers** 41:*20*
**COVID** 5:*4* 7:*10*
13:*10* 19:*1* 21:*11*
36:*3* 39:*1* 57:*19*
58:*6* 62:*20*
**COVID-19** 12:*9*
**create** 5:*6* 7:*8*
55:*10* 63:*20*
**creating** 30:*6, 7*
55:*8*
**creative** 8:*7* 10:*22*
26:*4* 52:*8*
**critical** 43:*1, 2*
**curious** 40:*12*
**current** 7:*13* 25:*1*
57:*15* 58:*5* 62:*7*
63:*6*
**currently** 48:*11*
**customer** 32:*14*
38:*2*
**customers** 3:*16*
30:*7*
**cut** 39:*13*

**< D >**
**damage** 56:*6*
**dated** 20:*21*
**dates** 18:*8*
**day** 12:*12* 26:*7, 9*
34:*15, 16* 47:*9*
48:*21, 22* 62:*14*
**days** 4:*12* 6:*6, 10*
18:*11* 35:*5, 11, 12*
50:*13, 14* 54:*14, 15*
61:*18*
**deadlines** 19:*13*
**deal** 17:*1*
**deals** 17:*2*
**decent** 30:*3* 63:*16*
**decide** 6:*16* 10:*3*
46:*11* 63:*11*
**decision-making**
63:*7*
**defining** 26:*18*
**definitely** 5:*5* 11:*8*
12:*15* 13:*3* 14:*10*

15:3  21:5  46:12
47:8, 11  52:3
**definition**  22:11
**delays**  62:22  63:1
**delivering**  16:14
**demographic**  64:9
**Dennis**  22:11
**depend**  20:5  42:3
53:18
**depending**  8:12
14:19  49:18  59:13
**described**  25:5
**design**  25:4, 9, 15
**designer**  52:10
**designing**  43:11
**desire**  31:10  64:5
**details**  50:15
**deteriorate**  43:16
**determination**
55:20
**determine**  64:7
**determined**  26:20
47:1  49:5
**determining**  46:22
**devalue**  16:16
**develop**  3:17
**dialed**  28:21
**difference**  38:21
**differences**  25:20
**different**  11:6
16:3  26:4, 8  27:21
40:18  46:6  49:3
59:18
**differentiators**
45:20
**differently**  26:11,
12  50:4
**difficult**  10:21
38:18  45:10
**diligently**  62:17, 20
**direct**  49:18
**direction**  2:15
14:6  27:17
**directionally**  8:3
**directions**  40:18
46:7
**directly**  23:15
33:3  36:6
**director**  36:10
**directors**  46:15
**disagree**  33:9
**disclaimers**  2:6
3:5
**disclose**  41:19
**disclosure**  55:6
**discounts**  18:4
28:10  42:18
**discussion**  18:10
**discussions**  31:19
**distance**  14:18, 19
**dive**  4:21

**divide**  13:5  23:11
24:4
**doable**  23:17
**document**  41:18
55:6, 19
**documentation**
61:12
**documents**  62:3
**doing**  3:15  7:13
16:19, 20  24:6
29:15  30:13  32:19
33:13  47:20  56:10
**dollar**  56:14
**dollars**  23:22
25:16  42:22
**door**  13:12  17:16
20:16
**doors**  13:20
**Douglas**  44:8  47:3
**driving**  43:6  64:1
**drop-in**  15:15, 19
**droplets**  13:13
**due**  38:22
**dues**  18:6, 7
**dynamic**  35:8, 14,
16
**Dyson**  13:17

**< E >**
**earlier**  48:1
**early**  20:22  21:15
52:5
**easily**  41:1  46:4, 5
**easy**  38:12  40:18
**echo**  58:7
**economical**  60:4
**edge**  50:7
**effective**  20:10
35:12
**effectively**  19:14
43:21
**efficiently**  48:9
**eights**  15:17
**either**  13:3  19:16
**elaborate**  45:15
**elements**  54:21
**elephant**  37:5
**emphasis**  15:13
40:21
**employees**  52:18
**encompassing**  47:4
**encourage**  21:17
**end-all**  11:7
**energy**  2:15  3:14
**engaged**  23:20
**enjoy**  2:18  40:2
**enrollment**  18:2, 3,
5
**enterprise**  11:18
**entire**  47:18
**entirely**  33:9

**envision**  37:1  44:8
47:3
**equal**  5:8
**equally**  6:21
**equipment**  13:11
47:18, 19, 20
**equitably**  10:16
**Eric**  2:3  3:2, 21
4:6  5:5  7:1
26:16  29:2  30:20
33:2  35:6  36:4
41:11  44:7  46:17
55:3  57:17  58:6
60:19  61:8  62:15
64:10
**Eric's**  42:16  50:2
**especially**  7:10
10:7  19:1  20:17
21:11  28:13  32:17
58:18
**essentially**  33:8
42:11  52:14
**establish**  8:5
**established**  51:12
**estate**  34:4  63:17
**et**  38:8  44:1
58:10  59:4  64:9
**eucalyptus**  38:17
56:10
**evaluating**  7:9
35:9
**everybody**  2:3, 13,
21  3:2  7:15  25:18
30:16  31:13  35:21
36:3, 15  43:5
46:20  48:2, 5
62:18  64:12, 15
**everyone's**  44:16
**evolution**  54:12, 18
**evolve**  57:2
**evolved**  54:8
**exactly**  21:5  27:10
42:14
**example**  14:1
30:13  38:16
**examples**  56:18
**excited**  2:13, 16
3:10, 13, 19  4:2
37:12
**exciting**  2:16  51:3
**exclusive**  17:4
**exercise**  5:14, 16
63:11, 13
**exists**  20:9
**expanding**  15:21
**expect**  50:1
**expectation**  22:10
**experience**  16:18
20:17  23:15  28:7,
16  38:11, 15
**experienced**  60:21

**expert**  20:3  21:6
35:1
**expertise**  20:4
36:22
**exposure**  10:5
**extend**  46:4, 5
**extension**  29:18
**exterior**  6:18
18:17  41:22
**external**  44:18
46:20
**extremely**  60:21

**< F >**
**Facebook**  9:5
27:12  49:16
**face-to-face**  36:19
37:17  40:3
**fact**  22:2  33:10
**fail**  33:20
**fair**  9:2  43:11
44:4  48:13  52:6
62:18
**fairly**  10:16  59:9
63:16
**familiar**  24:2
**family**  6:17, 18
9:14
**fans**  13:19
**far**  2:13  3:12
58:19
**fast**  57:3, 17
**faster**  50:18
**FDD**  2:8  3:7
5:13  18:15  22:17
26:21  29:1  41:17
61:5, 15
**feasible**  5:6
**fee**  5:15  6:12
12:8  18:3, 4, 5
26:14, 17, 19  27:7
29:12  51:14
**feedback**  4:7  7:11,
16  18:9  48:10, 14
**feel**  6:21  7:6, 14
19:13  31:12  35:10,
12  43:10  48:1, 6
50:4  55:10, 14, 16
56:11  63:17
**feeling**  40:15, 16
**fees**  12:7  18:2
42:12
**feet**  41:6
**felt**  2:14
**female**  32:3  38:4
**feverishly**  4:9
**field**  45:5
**figure**  48:12
**figures**  30:2
**file**  33:21

**filters**  13:17
**filtration**  13:16
**final**  16:16  19:10
55:5, 19  60:9
**finalize**  46:22
**finalized**  18:15, 16
60:10  62:3
**finalizing**  41:17
42:4
**financial**  5:2, 3, 7,
8  6:8, 9  7:6  22:18
25:19  29:1  30:18
35:20  37:3, 19
**financially**  5:10
6:8, 16  53:4
**financial-stressed**
37:2
**find**  42:3  51:3
**finding**  58:10
**fine**  9:7
**fingertips**  33:12, 13
**finish**  38:16  50:6
**firm**  30:4  63:16
**first**  5:9  8:19
10:1, 5  14:6  17:6,
8  18:15  20:11, 17
22:6  28:19  31:1
35:12  39:4  45:13
52:9  61:12
**first-time**  21:16, 17,
18, 20, 21  22:1
**fitness**  16:7  17:3
21:8  33:5, 6, 8, 10,
12, 13  37:10  45:21,
22  47:6  52:21
53:15, 22  54:1, 2, 3,
13  56:19  57:3, 6
62:7
**fits**  15:22
**five**  16:5
**flag**  36:13
**fleshed**  36:9
**flexibility**  40:18, 21
41:2, 3  55:15
**Florham**  1:22
**FOA**  44:9, 11
**focus**  15:12
**focusing**  13:10
**folks**  50:21
**follow**  57:4
**followed**  57:4
**follow-up**  12:18
23:10  27:15  29:6
39:17  51:11
**footing**  6:8  25:19
**forces**  27:15
**foremost**  5:9  43:9
**foresee**  40:11
62:22
**formats**  20:8

Trustpoint.One   Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

forming 44:*19*
forms 51:*20*
forum 31:*18*
forward 12:*21*
50:*1, 3* 58:*15*
62:*19*
foundation 50:*16*
57:*2*
founding 5:*12* 6:*5,*
*17* 22:*12, 16, 19*
26:*18*
four 16:*5*
fours 15:*17*
franchise 2:*7, 11*
3:*6, 9* 5:*15* 26:*14,*
*17, 19* 27:*6* 29:*12*
33:*5* 37:*4* 39:*20*
42:*7* 43:*8* 44:*18*
53:*1* 55:*6* 60:*4*
62:*7*
franchisee 11:*12*
27:*16* 42:*11* 43:*12,*
*15, 21* 44:*3* 46:*15*
48:*7* 55:*2* 63:*20*
franchisees 3:*17*
11:*11* 30:*8* 35:*16*
44:*13* 45:*4*
franchises 53:*20*
61:*4* 62:*22*
franchisor 30:*9*
43:*12* 44:*3* 48:*8, 9*
58:*13* 59:*16*
free 6:*6* 17:*6, 10,*
*15* 21:*9* 35:*5* 39:*4*
50:*13*
fresh 21:*3*
frontload 42:*18*
fulfillment 42:*15*
full 42:*10, 12* 60:*6*
full-length 17:*9*
fun 4:*5, 6* 19:*3*
function 42:*15*
43:*20* 44:*12*
fund 10:*14, 19*
11:*2* 51:*17*
funded 10:*13*
future 30:*15*
40:*13* 42:*6* 44:*22*
47:*2* 51:*8*

< G >
gain 14:*14*
game 54:*10*
Gary 24:*19* 60:*5*
gate 5:*12* 6:*5*
10:*20* 17:*18* 37:*15*
39:*22* 40:*4* 42:*21*
46:*8* 49:*1* 51:*18,*
*19* 52:*3*
general 31:*4*
generating 7:*5*

getting 6:*7* 9:*2*
10:*11, 12* 11:*22*
12:*1* 13:*18* 43:*2*
47:*10* 56:*2, 5*
62:*11*
give 6:*6* 7:*21*
21:*15, 16* 57:*17*
63:*3*
given 21:*22* 35:*10*
63:*12*
gives 27:*20* 38:*18*
giving 29:*16, 19*
40:*14*
global 33:*6* 52:*16*
glove 59:*6*
gloves 21:*9, 12, 13*
22:*3, 4, 5* 59:*3, 5*
go 4:*16* 9:*20* 14:*6*
19:*20* 22:*14* 25:*15,*
*17* 27:*19* 28:*15*
40:*17* 46:*6* 47:*7,*
*12* 50:*1, 18* 61:*15,*
*21* 62:*3, 4*
goal 10:*16, 18*
11:*22* 36:*2* 43:*9,*
*17* 44:*5* 50:*17*
61:*11* 62:*17, 18*
goes 12:*14* 23:*12*
56:*11* 63:*14*
going 4:*10, 20* 6:*6*
7:*21* 8:*4, 19* 10:*19,*
*20* 12:*4, 5, 10, 21*
14:*13* 15:*14, 15*
16:*11* 17:*4, 20*
20:*5, 15* 21:*4* 23:*5*
25:*10, 11* 26:*20*
28:*20* 31:*17* 33:*17*
34:*5* 39:*22* 40:*7*
46:*9* 48:*21* 49:*13*
50:*2, 13, 15* 51:*14,*
*15* 52:*4, 7* 53:*6*
54:*17* 55:*19* 58:*15*
59:*10, 15, 20* 61:*10*
62:*19* 64:*4, 7*
Gold's 32:*9, 10*
33:*21* 54:*14* 56:*21,*
*22*
good 9:*18* 14:*4,*
*16* 18:*8* 19:*13, 21*
23:*1* 28:*15* 44:*21*
46:*19* 58:*15* 61:*15,*
*20* 62:*4*
Gordon 1:*19*
gotten 18:*8*
Governor 14:*1*
grand 49:*7*
graph 56:*3*
graphic 52:*10*
great 3:*1, 15* 7:*14*
34:*7* 45:*8* 51:*1*

61:*3* 62:*5*
greater 23:*21*
green 60:*16*
Gregory 34:*19*
ground 19:*14*
23:*6* 37:*21* 45:*9*
46:*9* 47:*10* 60:*22*
group 35:*2* 44:*14*
46:*5* 52:*21* 53:*15*
60:*20*
Groupon 16:*19*
grow 3:*18* 29:*19*
31:*10, 13*
growing 40:*11*
guarantee 32:*12*
guess 53:*18*
guidance 24:*13*
guys 3:*22* 4:*2, 4,*
*10, 18* 5:*1, 6, 9, 22*
6:*21* 7:*17, 21*
13:*19* 16:*15* 19:*15*
20:*6* 21:*14* 22:*15*
40:*2, 19* 42:*18*
53:*4*
Gym 32:*9, 10*
33:*21* 54:*14* 56:*21,*
*22*
gyms 14:*15* 33:*20,*
*22*

< H >
half 24:*4* 39:*13*
hand 15:*6* 59:*3*
handle 21:*9*
handled 30:*22*
handles 13:*12*
happen 9:*5* 10:*10*
happening 53:*8*
happens 7:*20*
8:*11* 33:*16*
happy 5:*21* 31:*19*
hard 30:*4* 59:*17*
61:*11*
headquarter 28:*10,*
*11*
headquarters
27:*16* 28:*14* 45:*5,*
*7* 48:*17* 51:*15*
52:*7* 57:*14*
Health 13:*9* 40:*16,*
*17* 46:*3*
hear 2:*21*
heard 7:*17* 9:*6*
hearing 2:*18* 64:*19*
heart 7:*18*
heartrate 53:*11*
heavier 40:*21*
heavy 13:*1* 36:*17*
37:*14* 49:*1*
held 48:*19*

help 5:*4* 9:*15*
37:*13* 51:*13* 57:*15*
58:*4, 13, 21* 59:*1*
64:*6*
helpful 40:*8* 45:*1*
48:*8* 58:*11*
helping 30:*14*
40:*16* 46:*2* 60:*21*
helps 38:*14*
high 15:*5* 16:*18*
17:*17* 38:*15* 45:*17*
higher 17:*4* 24:*1,*
*8* 38:*6*
higher-priced
17:*21*
highest-priced 16:*8*
high-level 12:*12*
highly 23:*16* 51:*7*
60:*20*
high-quality 23:*13*
high-value 38:*11*
hires 52:*9*
hiring 36:*21*
history 25:*22*
49:*11*
hit 12:*7* 19:*12*
49:*12*
hold 16:*13* 55:*10*
59:*12*
holidays 26:*5*
holistically 31:*6*
home 33:*14* 37:*18*
homework 47:*20*
hope 42:*5* 44:*21*
60:*19*
Hopefully 3:*22*
27:*4* 51:*7*
hot 6:*4*
hottest 4:*22*
Hour 33:*21*
hour-long 20:*12*
huge 18:*22*
hybrid 12:*15*
23:*10*
hyperlocal 8:*8, 9*
24:*1*

< I >
idea 11:*12* 20:*19*
26:*19* 34:*16* 45:*12*
63:*10*
ideal 37:*1*
idolizes 38:*4*
ILKB 1:*8* 56:*18*
images 32:*4, 5*
immediately 60:*17*
impact 12:*13*
important 12:*21*
29:*21* 43:*12* 44:*12*
45:*9*

improvement 54:*19*
incentive 32:*18*
incorporate 38:*13*
increase 6:*13*
11:*21*
Independence 26:*7,*
*9*
independent 46:*15*
individual 13:*7*
indoor 14:*3*
industry 22:*8*
33:*7* 43:*14*
information 9:*14*
11:*9* 13:*8* 42:*5*
64:*15*
infrastructure
24:*13*
in-house 51:*15*
52:*7, 8, 12*
initial 17:*6, 15*
18:*17* 20:*15* 22:*10*
25:*15* 26:*19* 29:*18*
30:*14* 34:*12* 41:*20*
42:*20* 49:*9* 50:*13*
51:*22* 54:*11*
initially 13:*10*
16:*21* 37:*18*
in-person 48:*18*
49:*2*
insight 7:*22*
instances 50:*21*
instill 58:*13*
instructor 39:*20*
instructors 24:*2*
36:*8*
in-studio 16:*18*
integrate 45:*16*
integration 45:*19*
intent 27:*6*
interest 15:*4*
interested 2:*10*
10:*3* 15:*7* 63:*21*
interior 6:*18* 42:*1*
62:*9*
internal 25:*3, 4, 8,*
*15*
interviewing 40:*7*
46:*21*
intro 10:*12* 17:*6*
21:*9, 13, 16*
introducing 2:*5*
invest 30:*2*
invested 6:*22*
investing 29:*7*
investment 6:*20*
30:*4, 15* 41:*15*
48:*2, 3* 56:*14*
63:*16*
investments 35:*18*
involve 19:*4*
involved 25:*11*

**issues** 4:*1* 7:*7*
32:*14*
**items** 42:*10*
**it'll** 43:*1*
**its** 45:*20* 57:*3*
**ivory** 45:*6*

**< J >**
**Jeff** 61:*4*
**Jeff's** 36:*4*
**Jersey** 1:*22*
**Jessica** 2:*12, 19*
3:*11, 13, 20* 43:*6*
50:*20* 51:*1* 59:*9*
60:*19* 64:*13*
**Joe** 31:*21*
**John** 46:*14*
**join** 6:*16* 9:*13*
21:*6* 27:*1* 31:*8*
37:*12* 47:*2*
**joined** 2:*12* 3:*11*
31:*6*
**joining** 2:*4, 10* 3:*3,
20* 11:*14, 15* 64:*13*
**joins** 6:*17* 26:*18*
27:*5*
**jot** 9:*14*
**jump** 20:*6* 26:*16*
35:*6* 36:*4* 63:*9*
**jumping** 8:*18*
**jumpstart** 49:*6*
**justify** 52:*1*
**Justin** 28:*1, 2*

**< K >**
**keep** 17:*17* 18:*7*
23:*22* 51:*22*
**keeping** 16:*18*
23:*20* 38:*15* 39:*5*
**keeps** 39:*14*
**key** 7:*7* 45:*19*
**kick** 29:*1* 40:*16*
41:*3* 46:*3*
**kickbacks** 8:*22*
43:*14, 18* 60:*2*
**kickboxing** 20:*9,
18, 19, 20* 23:*8, 9*
38:*3, 13* 40:*12, 20*
**KICKHOUSE** 1:*2*
2:*5* 3:*4, 11* 5:*13*
6:*16, 18* 8:*18* 9:*13*
10:*9* 12:*3* 17:*3*
19:*8* 20:*1, 3* 26:*15*
29:*4* 30:*22* 31:*17*
34:*10, 13* 36:*22*
41:*15* 42:*12* 45:*15,
20* 47:*2* 53:*16*
56:*2, 5* 60:*6* 62:*7*
**KickHouse's** 48:*17*
**kicking** 11:*2*
**kickstart** 17:*8*

**kind** 4:*7, 19* 5:*11,
21* 7:*5* 8:*3* 10:*15*
14:*7, 21* 15:*17*
17:*7* 18:*9, 10* 19:*8,
18* 20:*7, 9* 21:*8*
23:*21* 36:*7* 38:*12*
48:*3, 7* 52:*15*
53:*11* 54:*14, 21*
56:*10* 59:*20* 61:*20*
**kinds** 40:*12*
**know** 4:*18, 22* 5:*2*
6:*4, 19, 21* 8:*12*
9:*18, 21* 10:*14*
11:*5* 12:*6* 13:*1*
16:*15* 18:*20* 20:*10*
21:*1* 22:*15* 24:*6*
25:*16* 27:*10* 28:*2,
4* 32:*13* 36:*19*
37:*15* 41:*6, 7* 42:*7*
43:*13* 45:*8* 51:*2, 6*
53:*5, 21* 54:*6*
57:*17* 59:*7, 19*
61:*13, 18* 62:*1*
64:*17, 18*
**knows** 43:*6*

**< L >**
**lack** 33:*15*
**landlord** 57:*13*
58:*9*
**landlords** 57:*16, 20*
58:*5, 14*
**landscape** 54:*4*
56:*19*
**large** 28:*9* 34:*1*
**launch** 25:*7*
**layer** 7:*2* 10:*7*
28:*20* 46:*11* 62:*15*
**layered** 47:*8, 9*
49:*15*
**layout** 14:*20*
**lead** 9:*8* 10:*3*
24:*16* 27:*9, 12, 13*
28:*18* 37:*1* 51:*20*
**leader** 20:*2*
**leads** 28:*17* 39:*9,
15* 49:*16*
**lean** 34:*6* 52:*13*
55:*14*
**leaning** 39:*9* 55:*4,
18*
**learned** 58:*17*
**lease** 57:*20*
**leases** 57:*21*
**legal** 31:*16* 58:*21*
**level** 7:*21* 10:*10*
11:*4* 12:*3* 13:*16*
24:*14* 28:*6, 11*
39:*11* 46:*10* 53:*9,
14* 58:*13* 59:*7*

**levels** 14:*13*
**lever** 58:*16*
**life** 21:*5*
**lifestyle** 45:*21*
**lift** 13:*1, 2, 7* 25:*8*
**light** 7:*15* 60:*16*
**likelihood** 23:*22*
**likes** 38:*7*
**line** 50:*6*
**link** 4:*4, 14*
**links** 13:*6*
**little** 7:*13, 21*
10:*20* 20:*21* 38:*19*
42:*22* 44:*22* 47:*20*
63:*2*
**live** 9:*3* 17:*20, 21*
**lives** 40:*15* 57:*10*
**living** 21:*15* 33:*16*
54:*15*
**LLC** 1:*8, 10*
**LLP** 1:*19*
**loaner** 22:*4*
**local** 7:*18, 21, 22*
8:*5, 11* 9:*4, 5, 20,
22* 10:*5* 11:*4* 15:*9*
27:*21* 28:*6* 45:*12*
51:*14* 59:*7*
**locally** 9:*9* 10:*1,
11* 28:*22* 32:*22*
52:*17*
**located** 48:*18*
**location** 2:*11* 5:*17*
22:*20, 21* 31:*7, 14*
42:*3* 43:*8*
**locations** 3:*8* 5:*19*
6:*1* 11:*17, 22* 12:*1*
22:*22* 29:*22* 31:*5*
49:*22* 63:*22*
**lockdown** 14:*8*
**locked** 18:*13* 28:*19*
**locking** 28:*10*
**long** 12:*14* 30:*10*
35:*21* 43:*13* 55:*16,
21* 56:*12* 61:*14*
62:*2*
**longer** 17:*13* 55:*21*
**long-term** 10:*15*
30:*11* 45:*21*
**look** 15:*18* 16:*1*
21:*3* 22:*22* 32:*11*
44:*5, 14* 52:*16*
56:*19* 57:*7*
**Looking** 5:*12*
13:*14* 15:*11* 18:*13*
23:*19* 27:*1, 3, 13*
28:*8* 30:*1* 31:*5*
32:*2* 36:*7* 41:*6*
44:*19* 47:*16* 53:*19*
54:*4* 55:*9* 59:*22*
61:*20*
**loss** 38:*5*

**lot** 2:*15* 7:*7*
12:*10* 15:*4* 20:*8*
21:*15, 16, 22* 24:*22*
27:*4* 34:*3, 4* 37:*11*
38:*12* 40:*17* 42:*8*
43:*6, 14, 22* 46:*6,
11* 48:*11* 49:*4, 19*
50:*5, 16* 51:*2, 4, 18*
53:*10, 21* 55:*9, 11*
56:*6, 8* 57:*9, 13, 19*
58:*2* 61:*13* 63:*1*
64:*8*
**love** 7:*11, 19*
31:*11* 33:*9* 46:*1*
57:*11*
**low** 10:*15* 51:*22*
**lower** 59:*14*
**lower-cost** 16:*21,
22*
**lowest** 16:*9*
**loyalty** 29:*19*
43:*13*

**< M >**
**magic** 7:*20* 9:*5*
**mail** 49:*18*
**making** 7:*4* 9:*3*
13:*15* 16:*17* 35:*18*
43:*21* 44:*6*
**males** 32:*5*
**management** 8:*20,
21* 36:*22*
**managers** 36:*8*
**manner** 18:*19*
**Mansukhani** 1:*19*
**manual** 18:*16*
61:*15*
**Mark** 19:*21* 35:*4*
**market** 15:*20*
20:*13, 14* 25:*21*
45:*6* 58:*18* 60:*11*
**marketer** 52:*1*
**marketing** 6:*12*
7:*18, 19, 20, 22* 8:*1,
11* 9:*19, 20* 10:*14*
11:*2* 15:*10* 19:*21*
23:*2* 24:*20* 27:*8,
11, 16, 19* 39:*1, 3*
42:*12* 43:*6* 49:*7,
11, 15* 51:*14, 16, 17*
52:*2, 8, 12* 57:*10*
60:*16*
**marketplace** 16:*8*
20:*2*
**markup** 12:*5*
**markups** 8:*22*
**master** 36:*18*
**material** 48:*6*
**Matter** 1:*7* 20:*3*
**maximum** 41:*8*

**mean** 42:*16* 48:*1*
56:*19*
**Meaning** 22:*12*
**meaningful** 35:*12,
18* 48:*2*
**means** 11:*7* 19:*7*
**media** 10:*19*
**medium** 5:*21*
29:*13* 47:*2*
**meet** 2:*13*
**meetings** 36:*19*
37:*16, 17*
**member** 6:*17*
18:*20* 19:*5* 22:*12,
16, 19* 24:*1, 5*
26:*18*
**members** 5:*13* 6:*5*
12:*18* 14:*11, 14*
16:*15* 19:*1* 23:*20*
24:*2, 10* 32:*14*
40:*15* 43:*2* 44:*17*
46:*3, 21* 49:*9, 13*
56:*11*
**membership** 18:*6*
23:*21* 49:*8*
**memberships** 15:*8,
18* 18:*1*
**mention** 60:*11*
**mentioned** 31:*2*
34:*19* 56:*1, 9*
**merchandise** 42:*8*
59:*3*
**message** 36:*5*
**met** 30:*8*
**MFC** 26:*3*
**midst** 33:*5*
**migration** 19:*9*
**migrations** 18:*14*
**miles** 8:*13, 14*
**mind** 17:*18, 20, 22*
**mine** 9:*17* 50:*2*
**minimal** 34:*17*
**minimum** 41:*7*
**minutes** 17:*14*
20:*12*
**missing** 56:*8*
**mission** 46:*2*
**MMA** 38:*4, 20*
**Mobility** 40:*22*
41:*2*
**model** 12:*16* 16:*1*
27:*9* 33:*7* 44:*9*
47:*4* 53:*17*
**models** 53:*17, 18*
**modern** 23:*7*
34:*17* 36:*13* 54:*9*
**modernized** 21:*2*
23:*8*
**moment** 35:*9* 51:*1*
**Monday** 18:*12*

Trustpoint.One   Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

money 30:3 37:4
43:22 44:6 54:3
monitor 53:11
monitoring 36:1
month 8:20 9:6
11:20 18:5 23:19,
21 24:5 42:13
monthly 28:18
months 5:18 8:20,
21 12:14 29:3
35:5 44:14 50:10,
16, 18
motion 19:12
motivation 33:17
move 14:8 30:22
48:19
moving 19:7
multiple 29:22
51:6 52:19
mute 59:18

< N >
name 2:3 3:2
41:2
national 8:1 9:19,
21 10:4, 7, 10, 13
56:14
nationwide 15:21
17:7
near 16:9 42:5
44:22 47:2 51:8
nearby 28:13
near-term 29:13
necessarily 25:10
26:22
necessary 7:11
9:4 18:14 35:17
need 5:9 7:11 9:7
10:1 12:17 21:5
22:5 25:2 26:10
29:21 34:15, 16
35:19 37:16 39:11
44:4 50:1 51:19,
20 52:3 53:5, 7
55:8, 10, 21 63:18
needed 41:15
51:19 52:5 54:12
62:9
needs 15:1, 13
16:5, 6 26:11
37:20 44:3 60:16
negative 19:2
negotiate 57:15
58:4
negotiated 13:19
negotiations 58:17,
19
neighborhood
59:11
neighborhoods

8:10
neighboring 13:4
neutral 62:11
never 37:9
New 1:22 2:5, 9
3:8 10:21, 22 15:4,
8 33:4 37:4 39:9
51:20, 21 56:21
57:16 60:12, 13
63:8 64:19
Newsom 14:1
nice 28:5
nominal 5:15
26:20, 22 27:6
29:11, 20
notch 40:17 46:4
nuanced 63:2
number 11:6
numbers 24:4
44:5 48:2
Nuno 45:15
nurses 38:5
nutrition 45:16
46:4, 12 47:4, 6, 7

< O >
Obviously 4:22
5:19 7:9 8:2
35:18 41:4 45:9
53:1 55:21 57:11
63:1 64:4
offer 2:6 3:6
14:4 16:22 17:6, 8,
12 18:4 20:15
31:13
offer-centric 10:6
offering 12:20
16:9 17:15 21:8
23:17, 20 24:1
28:10 34:19, 21
36:8
offers 10:12
office 37:18
offices 28:14
offline 31:19
41:10 63:4
Oh 48:16 63:5
Okay 2:1 3:1
49:4 63:6
old 56:21 57:1
older 32:5
onboard 8:18 9:12
once 4:16 28:21
one-on-one 45:17
46:5
Ongoing 6:13
8:20 9:15 11:1
12:18 17:13 18:1
36:12, 14 39:12
online 41:9 44:1
51:16 52:8, 12

open 3:7 4:17
5:19, 22 6:2 13:19,
21 18:9 19:15
23:12 29:22 31:3
41:15 48:9 49:12,
13, 14 60:16
opened 2:8 5:17
32:2
opening 2:9 3:8
34:5 49:7, 20
60:11, 13
operate 12:16
operating 11:12
operationally 38:18
operations 18:16
28:9 54:20 61:15
opportunities 51:4,
5
opportunity 18:22
20:16 22:1 29:16,
19 31:13 34:2, 7
35:2 46:12 49:2
53:13 57:19 60:10
61:2 62:19
option 5:14, 16
14:16 27:21 53:10
63:12, 13
options 47:16
Orangetheories
57:8
Orangetheory
21:20
order 18:18 37:18
ordered 18:19
orders 18:17 42:20
Organization 13:9
outcomes 64:8
outdoor 13:22
14:4, 8
outline 11:16
23:12
outlined 20:7
outside 13:20, 21
overlooked 48:6
overwhelmingly
4:3
owner 13:7
owners 27:21
36:8 37:2 44:18
60:20

< P >
packs 15:15
paid 52:17
pain 12:6
pandemic 33:6, 11
Park 1:22
part 24:14 26:15
27:19 30:3 33:1
36:21 43:1, 2
46:13 47:18 48:4

52:14, 15 54:10
57:11 61:1
PARTICIPANTS
2:22
partner 2:14 3:12
partnering 2:17
Partners 1:10
8:17 9:16, 17
27:22 52:13
pass 16:20
passed 12:4
passion 3:15 15:10
passionate 57:18
passthrough 12:8
pasted 9:12
path 25:16, 18
28:15 40:7
Patty 47:13
Pause 2:20
pay 18:1 31:1
51:14 55:12
paying 11:13
52:14
peel 8:2
Peloton-like 23:13,
17 24:8
pending 55:5
people 2:9 3:7
5:20 8:11 9:6
10:12 14:12, 16
15:3 16:21 17:15
19:18 27:1 29:19,
22 31:5 33:11
37:11 38:9 39:5
40:8 44:13, 20
45:5 46:21 47:1
50:3 51:2, 6 55:10,
11, 14, 18 58:8
percent 6:11, 12,
14 10:19 28:17, 19
49:16 51:13 52:2,
6 53:13 54:7 59:1
63:22
percentage 42:9
45:17
per-class 17:17
performance 27:11
period 30:10
per-month 12:2
person 19:23 23:2
51:18
personal 10:18
14:17 30:3 34:20
35:3
personally 29:7
perspective 4:19
5:2, 7 25:9 28:8
54:8 58:22
Peter 63:6
phase 25:7, 11

34:12, 15
phenomenal 22:22
philosophy 15:9
photography 51:21
piece 47:18, 19
pieces 52:4
Pilates 38:10
pipeline 39:8
pitter-patter 7:19
pivot 14:3 38:6
40:19
place 2:11 13:17
17:2, 21 21:15
25:13 36:10, 13
58:1 61:5
placed 18:17
places 49:19
plan 19:5 20:1
29:7 36:21 39:1, 3
45:3 49:6, 8, 21
60:13 61:4
Planet 17:3
planned 52:20
53:2
plans 45:5
platform 11:13
play 32:21 63:14
please 64:17
plow 37:4
point 12:6 16:16
41:19 43:6 48:1,
14 59:4, 10, 21
61:21
pointed 51:1
polished 28:8
POS 11:5, 6, 13
18:13 19:9 26:2
position 7:15
17:19 36:2 45:20
57:15 58:4
positioned 14:10
positions 61:19
positive 4:3 7:4,
15 18:22
possible 13:21, 22
18:7 26:13 30:19
36:16 40:4 42:19,
22 52:1 53:4
post 35:11 62:19
potentially 45:19
59:13
power 24:21, 22
32:16 40:15
powerful 32:20
55:11
PowerPoint 56:3
practice 20:9
prefer 38:10, 11
preference 55:13
preferred 8:5

26:2  27:20
**prefers**  38:8
**preliminarily**
  59:11, 22
**preliminary**  63:9
**present**  51:8
**presented**  51:4
**presenting**  3:4
**presents**  62:19
**pretty**  13:1  19:11
  45:10
**previous**  25:5
  34:20  37:15  56:3
**previously**  60:13
**price**  11:21  42:10
  59:4, 6, 10, 21
**priced**  16:4, 7, 13
  17:5
**pricing**  11:16
  12:2  13:19  15:9,
  20, 22  16:2, 11
**primary**  15:12
**pro**  42:8  52:21
**proactively**  4:15
**probably**  15:10
  20:11  32:1  33:22
  34:13, 22  41:7
  43:5  49:15  52:9
  54:6  59:10, 12, 18
  60:1
**process**  19:4  28:8
  41:17  51:9  61:14,
  17  62:2  63:3, 8
  64:4, 5
**produced**  23:16
**product**  19:22
**production**  24:8
**professional-grade**
  11:18
**profitability**  43:16,
  21
**profitable**  30:9
  63:22
**program**  8:6
  27:20  28:13
**programming**
  19:22  21:6  35:1
**project**  8:19  9:11
  29:8
**protected**  63:7
**prove**  29:14, 22
**provide**  9:21  10:7
  11:8, 11  24:9  27:4
  31:16
**provided**  63:11
**providers**  11:6
**providing**  16:17
**public**  4:7  31:4
**pull**  45:10
**pump**  49:8

**punt**  55:6
**purchase**  22:5, 10
**pursue**  28:12
  46:11
**push**  50:6  58:19
**put**  41:2  48:7
  50:5, 9
**putting**  36:13
  54:10

< Q >
**Q&A**  18:10
**quadrant**  56:2
**qualified**  50:22
  51:7
**quality**  23:12
**question**  22:18
  23:10  24:12, 14
  29:1, 6  30:20  33:2,
  9  34:22  35:6  36:5
  37:15  39:17  41:14
  44:7  46:1, 19
  51:11  55:7  62:21
**questions**  4:12, 15,
  17  7:18  12:9
  19:16, 17, 20  27:8
  63:5  64:11, 18
**quick**  4:11
**quickly**  19:14
  22:14  40:4  53:4
**quote**  59:8

< R >
**racing**  16:10
**radius**  8:12
**raising**  15:6
**ramp**  45:4
**ran**  32:9
**range**  41:14
**ranges**  61:18
**rapidly**  43:16
**rate**  11:20  23:21
  29:20  57:21
**rates**  9:12  15:5
  34:6
**reach**  64:17
**read**  33:3
**ready**  24:20  25:14
  50:11, 17  61:21
  62:3
**real**  34:4  63:17
**really**  2:12, 14, 16,
  17  3:10, 13, 17, 19
  4:8, 17  6:15  7:14
  9:20  10:11  13:9,
  13, 15  14:4  15:11,
  22  16:2  19:13
  20:5, 15  22:7, 14,
  16  24:16  27:14
  34:7  36:2, 9  37:12
  38:21  40:17  42:2

44:6  50:12  51:3, 5
  52:13  53:3  55:16,
  17  56:7, 11  58:12,
  19  60:9, 10  61:10
**reason**  11:1  20:22
  57:21
**reasonable**  6:3
  24:6  34:5  36:20
  48:13  58:18  62:6,
  12
**rebate**  32:12
**rebates**  43:15, 18
  60:2
**rebrand**  6:20  39:2,
  18  43:1
**rebranding**  47:19
**receive**  5:14
**received**  4:13
**recognize**  29:15, 21
  43:7
**recording**  4:4, 14
  42:16
**recurring**  15:12, 16
**reductions**  29:13
**Rees**  1:19
**referenced**  56:20
**refers**  27:10
**regarding**  12:9
**regions**  49:3
**related**  40:20
**relates**  24:12, 18
  29:9  31:20  62:21
  63:4  64:8
**relationship**  7:4
  29:18  35:15
**release**  4:6
**relevant**  39:7
  61:12
**remain**  54:13
**remote**  45:16
**remove**  32:11
**renewal**  55:1
**renewals**  57:14, 20
**rental**  22:3
**reopen**  39:8
**replace**  47:17
**represent**  28:17
**representation**
  46:16
**represented**  44:15
**represents**  3:13
**repurposing**  21:12
**require**  25:8  48:4
  61:14  62:2
**required**  42:4
**requirement**  41:5
**reshare**  22:16
**resources**  30:18
  37:3, 19  45:4
  58:11, 16, 21
**respectively**  6:14

**respond**  33:3
  41:11
**results**  20:13
**Retail**  26:11
  42:10, 13, 20, 21
**return**  27:4
**reusing**  21:12
**revenue**  15:12, 16,
  19  35:20  43:9
  47:11  52:19  53:2,
  8, 14  59:16
**reviews**  11:10
**reward**  34:7
**rewarded**  27:3
**Richard**  25:3  32:7
  56:17
**Right**  3:21  5:3, 12
  6:5  8:10  10:19
  11:2  13:8  14:12
  15:3, 5  17:18
  20:10  23:18  25:18
  27:13  32:2  33:19
  34:16  36:17  37:8,
  14  38:22  39:15, 22
  40:4, 22  41:1
  42:20  45:10  46:8
  49:1  50:4  51:18,
  19  52:2  53:22
  55:4  56:9, 20  57:7
  60:15  62:10  63:3
  64:10
**risk**  27:17
**road**  34:14  36:18
  45:14
**role**  25:1  44:8
**roles**  45:13
**roll**  16:1
**room**  33:17  37:6
**row**  27:16
**royalties**  6:10
  29:13, 14  50:11
**royalty**  6:4, 6
  27:5  35:4  42:9, 12
  43:22  50:13  55:12
**run**  12:17  13:2
  23:13  24:20  32:7,
  21  48:2
**running**  8:8  10:4
  12:22  24:18  32:16
  39:4  60:6

< S >
**sad**  19:2
**sake**  47:10
**Sal**  60:18
**sale**  53:2
**sales**  42:13  49:7
**saturated**  33:7
**save**  18:4

**saying**  15:7  27:22
  41:20  53:19  60:18
  61:4
**scale**  24:15
**scary**  51:2
**scheduled**  64:14
**school**  56:21  57:1
**Scott**  42:7  48:17
**scrappy**  45:12
  48:21
**scratch**  10:9  41:16
**screen**  3:22
**Scully**  1:19
**seamless**  45:18
**searched**  2:13  3:11
**second**  15:10
  18:16  19:5
**see**  3:22  4:20  5:1
  8:3  10:22  22:9, 15
  25:7  34:7  48:3
  52:20, 22  55:11
  59:22  63:1
**seeing**  15:2  27:14
  33:19, 20, 21
**seek**  64:6
**seeking**  60:2
**seen**  24:10  33:11
  34:6  39:15
**sees**  9:22
**segment**  38:2, 4, 5,
  6, 8
**sell**  2:7  3:6  42:8
  53:6, 11  61:4
**selling**  42:10  62:22
**send**  64:14
**sense**  41:9  50:10
**sensitivity**  14:13
  18:20  45:11
**sent**  4:4, 14
**separate**  54:21
**separately**  50:20
**September**  61:22
**serve**  25:13
**service**  32:14
**services**  45:19
**set**  8:9  26:8  46:10
**setup**  14:22
**seven**  30:2
**SHAHINIAN**  2:1,
  3, 21  3:1, 2  7:3
  24:11  26:17  29:5,
  9  31:3, 18  35:7
  40:6  41:13  43:4
  44:11  46:18  47:22
  50:19  55:4  58:7
  59:8  61:9  62:16
  63:15  64:12
**share**  12:12  18:8
**sharing**  9:10
  21:12  22:3

**shift** 32:*1* 34:*1*

**shipping** 26:*12*

**shoot** 36:*5*

**shop** 22:*8* 42:*9*
52:*21*

**shorter** 55:*14, 20*

**show** 4:*9* 6:*7, 15*
21:*2* 29:*10* 55:*17*

**showing** 32:*4*

**shutdown** 33:*14*

**side** 6:*4*

**sign** 10:*3*

**signage** 18:*17, 18*
23:*1* 42:*1*

**significant** 5:*3*
6:*19* 25:*8* 42:*9*
56:*14*

**significantly** 9:*8*

**signing** 22:*17* 63:*8*

**signs** 5:*13* 34:*8*

**Silas** 19:*21* 35:*4*

**similar** 14:*7*

**similarly** 58:*7*

**simplicity** 12:*4*

**simplicity's** 47:*10*

**simply** 12:*4, 8*

**single** 12:*11* 13:*7*
23:*2*

**sit** 11:*20*

**sits** 8:*1* 9:*19*

**sitting** 5:*20* 37:*8*
45:*6*

**situation** 7:*10, 14*
31:*8* 35:*8, 17, 20*
58:*9*

**six** 16:*6*

**size** 15:*22* 41:*5, 8*
46:*22* 47:*1*

**skip** 33:*2*

**slate** 25:*13* 34:*17*

**slide** 22:*14* 27:*19*
63:*9*

**slides** 4:*16* 20:*6*
22:*15*

**slowly** 57:*5*

**small** 28:*9* 35:*2*
38:*20* 46:*5* 56:*10*

**smoothly** 24:*18*

**soft** 49:*12, 13, 14*
60:*11*

**sold** 42:*10*

**solicited** 59:*17*

**solid** 6:*7* 25:*19*
52:*10* 53:*4*

**solution** 11:*8*

**somebody** 2:*14*
3:*12* 20:*16* 26:*18*
29:*16* 38:*4* 64:*5*

**soon** 47:*21* 50:*8*

**Sophia** 31:*21*

**Sorry** 3:*1*

**sort** 14:*20* 17:*8*

**sorted** 50:*14*

**SoulCycle** 21:*21*
38:*7, 9, 19*

**SoulCycles** 57:*8*

**space** 14:*9* 15:*11*
23:*18* 27:*12* 33:*20*
34:*1* 35:*2, 3* 41:*5*
46:*12* 53:*13* 54:*13*

**speak** 54:*13*

**special** 56:*11*

**specific** 26:*5* 30:*5*
31:*7*

**specifically** 27:*22*

**specifics** 21:*7*

**spend** 9:*7, 21, 22*
39:*11, 12, 13*

**spending** 9:*6*
48:*11*

**spent** 40:*7* 56:*22*
58:*9*

**spirit** 40:*14* 50:*12*

**spoke** 8:*17* 9:*11*

**spreads** 27:*17*

**staff** 35:*1*

**stair-step** 12:*2*

**stand** 20:*2* 23:*6, 7,
8*

**standard** 22:*8*

**standpoint** 38:*3*

**stars** 38:*5*

**start** 4:*10* 7:*14*
19:*6, 20* 25:*16*
34:*2, 5* 47:*12*
49:*11* 52:*10* 60:*16*

**started** 2:*2* 3:*5*
39:*10* 60:*17*

**starting** 10:*8, 14*
27:*2* 33:*4* 48:*13*

**starts** 49:*3*

**startup** 49:*9*

**state** 14:*2* 61:*5, 6*

**statement** 46:*2*

**states** 14:*7* 61:*13,
16, 17, 21* 62:*1, 4*

**stations** 14:*17*

**stay** 39:*7* 53:*9*
55:*18*

**staying** 19:*18*

**steam** 60:*7*

**stellar** 33:*15*

**step** 30:*17* 43:*4*

**story** 23:*3, 4*

**stream** 53:*2*

**streams** 52:*20*
53:*8*

**stressed** 33:*6*

**stressful** 19:*3*

**strong** 11:*10*
16:*17* 24:*21* 27:*14*
38:*15* 58:*1, 4*

**stronger** 54:*1*

**strongly** 63:*17*

**structure** 36:*12, 14*

**structured** 8:*17*
52:*17*

**studio** 8:*12, 14, 15*
12:*20* 13:*2* 14:*12,
20* 15:*12* 16:*22*
17:*1* 19:*7, 8* 21:*14*
23:*8* 33:*18* 34:*10,
13* 38:*14* 39:*2, 3, 8,
18* 41:*6, 15* 42:*2*
53:*9, 14*

**studios** 2:*9* 8:*8*
9:*9* 10:*17* 11:*3*
12:*16, 17, 19* 13:*4,
16* 14:*3* 16:*3* 23:*3,
11* 26:*1, 7* 29:*3*
32:*1, 6* 38:*12, 16,
22* 39:*6* 53:*11*
60:*12, 14, 15*

**studio's** 28:*18*

**subject** 20:*3* 55:*18*

**subsegment** 45:*2*

**subtraction** 25:*6,
12* 62:*11*

**success** 5:*8, 9* 6:*8,
9, 22* 30:*19* 36:*3*
43:*20*

**successful** 5:*10*
32:*10* 43:*8* 58:*15*
63:*21* 64:*7*

**Suite** 1:*21*

**superficial** 56:*3, 7*

**supplied** 6:*18*

**support** 4:*3* 6:*15*
7:*6* 10:*16* 11:*11*
12:*18* 26:*8* 27:*9,
11* 31:*16* 45:*4, 5,
13*

**sure** 6:*21* 9:*15*
13:*15* 16:*17* 18:*18*
24:*17* 28:*18* 29:*5,
9* 36:*15* 52:*9, 16*
61:*9*

**surfaces** 13:*11*

**surprised** 14:*5*

**survival** 14:*5*

**sustainable** 16:*12*
55:*22*

**symbiotic** 35:*15*

**system** 3:*18* 11:*14,
15* 12:*20* 13:*5, 16*
18:*12, 13* 26:*3*
39:*5* 60:*11*

**< T >**

**table** 34:*22*

**tackle** 44:*9* 46:*17*

**tackling** 54:*21*

**tactic** 14:*5*

**tactical** 10:*6, 11*

**take** 3:*20* 25:*12*
39:*16* 41:*1, 13*
43:*4* 50:*14, 15*

**takes** 18:*17* 50:*9*

**talent** 34:*3* 37:*7*
51:*5*

**talk** 3:*10, 19* 19:*6*
31:*11*

**talked** 42:*15*
44:*20* 47:*5* 59:*3*

**talking** 59:*12*

**target** 8:*10* 28:*9*

**targeting** 32:*3, 5*

**Tatyana** 31:*15*
34:*8* 53:*16* 59:*2*

**teachers** 38:*5*

**team** 21:*6* 36:*15,
22* 37:*1, 9, 10* 38:*1*
40:*9* 45:*12* 50:*8*
51:*16* 52:*8, 12, 14,
15* 54:*2*

**teams** 27:*16*

**technology** 4:*1*
24:*17* 45:*18* 53:*12*

**tell** 16:*21* 25:*3*
35:*7* 43:*5*

**telling** 23:*4*

**tells** 23:*3*

**tenant** 58:*15*

**tenants** 58:*2*

**term** 29:*14* 35:*21*
43:*13* 47:*2* 55:*16*

**terms** 3:*14* 8:*16*
9:*2, 19* 11:*5, 10*
14:*9* 15:*9* 16:*11*
21:*4* 26:*1* 29:*16*
30:*1, 14* 37:*8* 40:*8*
41:*22* 43:*18* 44:*14*
48:*7* 50:*14* 51:*3*
52:*12* 53:*8* 58:*11,
17, 21* 63:*18*

**territories** 6:*1*
30:*21* 31:*9* 63:*7, 8,
10, 19*

**territory** 5:*15, 17,
21* 8:*13* 29:*17*
63:*12, 13* 64:*6*

**Thank** 60:*18*
64:*16, 19, 20*

**Thanks** 2:*3* 3:*2,
20, 21* 64:*12, 13*

**thematically** 8:*3*

**thing** 23:*3* 31:*13*
56:*8* 64:*2*

**things** 4:*9, 11*
7:*12* 10:*22* 13:*6*

**16:*19, 20, 21*  19:*2*
25:*12, 14, 17*  26:*10*
31:*20*  32:*13*  34:*14*
38:*13, 21*  43:*11, 19*
48:*5*  49:*17*  54:*20*
56:*10, 11*

**think** 2:*1, 17*  7:*3*
9:*2*  18:*10, 21*  20:*8,
14*  21:*14*  22:*1*
24:*7, 14, 15*  25:*15*
29:*20*  30:*15*  32:*1,
11, 16*  33:*10, 19*
34:*1, 13*  35:*1*  36:*9,
17, 19*  37:*7, 14*
38:*9, 20*  39:*22*
40:*11, 13, 14, 18*
41:*2, 18, 19*  42:*2*
43:*5, 7*  44:*21*  45:*8*
46:*2, 8*  47:*1, 5, 7,
11, 16*  48:*13, 21*
49:*1, 4*  50:*12*  52:*5*
53:*1, 3, 10, 21*  54:*7,
10, 13, 20*  55:*8*
56:*6, 7, 13*  57:*6, 9,
18*  58:*3*  61:*1, 19*
62:*8, 12, 16, 17*
63:*17*

**thinking** 34:*21*
63:*18*

**Third** 19:*9*

**thoroughly** 15:*1*

**thought** 16:*10*
19:*21*

**thoughtful** 30:*12*
41:*21*  64:*3*

**thoughts** 5:*10*
12:*13*  30:*21*  38:*2*
56:*4*

**three** 10:*2*  50:*3*

**thrive** 54:*17*

**Tiered** 15:*20*

**tiers** 16:*2, 5, 6*

**tight** 8:*12*

**Tim** 41:*14*  45:*3*
62:*5*

**time** 4:*13*  6:*3*
10:*1*  18:*7*  19:*19*
20:*17*  22:*3*  30:*2,
10*  34:*2*  35:*9*  37:*9*
40:*7*  48:*11*  49:*12*
51:*2*  57:*3, 19*
58:*10*  60:*19*  61:*18*
64:*17*

**timeframe** 22:*12*
49:*9*  52:*21*  55:*1,
14*  61:*20*

**timeline** 19:*11*
24:*19*  35:*10*  60:*8*
61:*10*

**timely** 18:*19*

**times** 5:4 10:2 21:11
**timetable** 62:6
**TITLE** 54:5
**TITLE's** 54:7
**today** 4:10
**Todd** 26:14 55:1 57:13
**toggle** 60:8
**tomorrow** 25:2
**tonight** 60:19
**top** 42:13
**topic** 4:22 6:4
**top-right** 56:2
**totally** 9:7 29:14, 21 52:6
**tough** 23:11
**towel** 38:17 56:10
**tower** 45:6
**tracking** 27:11 53:12
**trading** 13:6
**traditionally** 56:15
**trainers** 36:18
**training** 34:20 35:2, 3 36:7, 10, 11, 12, 14 37:16 39:21 48:20 49:3 50:9
**trainings** 48:18
**TRANSCRIPTION** 1:1
**transferring** 13:13
**transforming** 34:9
**transition** 11:5 12:10 19:4 62:6, 13
**transmission** 13:10
**transmitted** 13:15
**transparency** 42:17 43:10
**transparent** 43:19 44:4
**travel** 45:11 49:4
**traveling** 36:18
**treat** 25:22
**trends** 57:4
**trendy** 40:22 57:7
**trial** 17:11 20:15
**true** 25:7
**trusted** 9:16
**try** 4:15 17:11 19:17 21:1 26:12 30:18 32:5 39:16 40:3 42:17, 21 60:3 61:10 62:17
**trying** 7:8 41:21 46:22 48:11 59:17, 20 60:5
**Tuesday** 18:13
**turn** 7:1 12:7

**Turnpike** 1:20
**TV** 56:15
**twice** 42:11
**two** 9:10, 16, 20 10:2 34:15
**type** 34:20
**typical** 41:5
**typically** 27:13 60:14

< U >
**U.S** 26:1, 6
**understand** 29:10 51:13 60:6 62:8
**understands** 54:2
**undeveloped** 32:20
**undisclosed** 43:15
**unfortunately** 37:17 40:1
**unique** 3:17 45:20
**unknowns** 12:11
**unlimited** 15:17
**unmute** 19:17
**unopened** 31:9
**unproven** 29:4 33:5 57:16
**upcoming** 18:8
**update** 4:11 63:3
**updates** 18:11, 12 57:20
**upgrades** 56:4, 7
**upsell** 21:13
**urgency** 62:8
**use** 14:18 18:3 26:1 32:8, 21 53:11

< V >
**valid** 2:8, 11 3:7, 9 61:15
**validate** 53:5
**valuable** 24:9
**value** 3:17 16:14, 18 17:17 24:9 27:4 29:11 30:6, 7 38:15 55:9, 12, 16, 17 63:18, 20 64:1
**variety** 35:19
**various** 51:6
**varying** 14:13
**vegetarian** 47:6
**vendor** 8:5, 17 9:10 11:9 27:20, 22 52:13 59:6
**vendors** 8:6 26:2 51:15 59:3, 18, 19
**versioned** 26:10
**versus** 14:10 17:9 18:6 23:20 26:5 45:21 56:21

**VIDEO** 1:2 34:20
**videos** 15:21
**view** 29:17 30:11 35:14 43:20 51:9 58:12
**viewed** 30:6
**viewing** 59:16
**virtual** 12:18, 20 13:1, 5 23:10, 12, 17, 19 24:1, 6 33:7 36:18 37:14, 20 39:4, 6 40:1, 2, 3, 5 45:12 48:19, 22 49:1 53:9
**virtually** 39:10
**vision** 2:15 3:14 10:15 20:20 24:12 29:15 40:10 42:16 53:6 55:8 62:9
**visit** 21:17
**visitor** 21:18, 20, 21 22:1
**visitors** 21:17
**volume** 9:8 28:18 59:13

< W >
**want** 4:18 5:5, 19, 20 6:15, 20 7:1 12:6 14:14 16:4, 7, 8, 9, 12, 13 17:2, 3, 11, 17, 21 18:6, 18 19:3, 17 22:21, 22 23:1, 7, 8 26:12 27:1 29:11, 12, 14, 22 33:1 35:6 39:7 41:11 44:9 46:17 48:4 51:22 53:3 55:3, 12, 13 58:6 61:8 62:15 64:2, 3, 5, 6, 8, 11
**wanted** 3:14 11:8
**warrants** 35:17
**water** 13:13
**way** 13:3 15:22 23:5 35:20, 22 43:11 48:12 56:12 60:4
**ways** 48:14
**website** 10:21 19:10 51:20 60:9
**week** 4:4 18:15, 16 19:5, 9, 10 32:8 60:9 61:12
**weekend** 49:13, 14
**weeks** 44:20 49:11 60:12 61:19
**weigh** 54:6 55:3 58:6 61:8
**weight** 38:5

**welcome** 7:16 48:10, 14
**well** 2:8 3:8, 16 6:5 7:3 9:16 16:15 29:13 35:11, 15, 16 43:3, 21 44:10, 17, 18 46:21 49:17 50:20 52:17 53:13 54:6 55:22 57:18 58:16, 22
**wellness** 28:11, 13, 16, 21
**WellnessLiving** 11:9
**went** 20:6
**We're** 3:4, 10, 19 5:4 6:5 7:7 10:8, 21 13:13, 18 15:2 16:17, 18 18:13 21:3, 11, 12 22:2, 3 23:4, 5 26:17 27:1, 2, 3, 14 30:1, 11, 12, 13 35:10, 22 41:17, 19, 21 42:4 43:16 44:19 46:21 47:16, 20 48:9, 11 50:2, 5, 21 51:14 53:6 55:4, 18, 19 58:1, 3 59:12, 15, 17, 20 61:10, 15 62:17, 20 63:2, 21
**we've** 4:8 5:11 34:6 40:6 44:19 48:5 50:5
**white** 25:14 38:6
**white-labeled** 11:19
**wide** 2:14 3:12 41:6
**willing** 17:22 31:16
**window** 60:14 62:13, 14
**windows** 13:20
**winner** 32:18
**win-win** 7:8 48:4
**wiping** 13:11
**word** 24:21
**work** 5:5 9:18 14:14 26:2 28:2, 3 30:9 39:4 42:17 44:4 49:10 50:5 52:15 53:7 61:2, 11 62:18
**worked** 9:17 32:9 37:10 42:14
**workers** 38:7
**working** 3:22 4:9 8:9 13:3, 18 33:16 35:10 62:17, 20
**workout** 3:16

**14:**17 20:10 23:18
**workouts** 20:12
**works** 49:19
**World** 13:9 57:6, 8, 9
**world-class** 51:5
**worthwhile** 30:16
**wrap** 64:11
**wraps** 59:4
**write** 24:22 25:1

< Y >
**Yarmey** 2:12 3:11, 21 7:17 24:19 27:8 29:6 30:20 31:15, 21 36:4 40:10 42:7 44:7 45:3 47:3 48:16 51:11 56:1 59:2 60:5 62:5 63:5 64:10, 20
**yeah** 21:4 28:12 35:7 41:13 43:4 45:8 46:1, 18, 19 47:16, 22 48:21 49:4, 20 50:19 53:1 58:7 61:1 64:12
**year** 6:12
**years** 9:18 29:8 37:11 54:15 55:2, 5 56:22
**yoga** 38:8, 10, 16
**younger** 32:4

< Z >
**Zenmit** 33:4
**zero** 11:17 26:22 52:2
**Zoom** 13:6 37:16

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)