# EXHIBIT E



Transcript of **KickHouse Video 3-8-20**

*ILKB LLC v. Camac Partners, LLC*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 94418

1                AUDIO TRANSCRIPTION OF

2               KICKHOUSE VIDEO 3 8-3-20

3

4

5

6

7                  In the Matter of:

8                    ILKB, LLC

9                       v.

10               Camac Partners, LLC

11

12

13

14

15

16

17

18

19          Gordon Rees Scully Mansukhani, LLP

20              18 Columbia Turnpike

21                   Suite 220

22         Florham Park, New Jersey  07932

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 4 of 49 PageID #: 435

 1        (Turn signal sounds.)

 2        FEMALE SPEAKER:  Loudest turn signal ever.

 3        MS. YARMEY:  I thought that was my thinking for a

 4   moment.

 5        MR. SHAHINIAN:  All right.  Well, thanks, everybody,

 6   for joining.  We're having a quick update call on Monday

 7   evening for KickHouse.

 8        Just a quick disclaimer.  This is not an offer to

 9   sell a franchise, and it's not directed to anybody that

10   would have a franchise in a jurisdiction that would

11   require an FDD.  Until we do have a valid FDD, we'll

12   only be selling to people in those jurisdictions.

13        With that, we have a few exciting announcements

14   Jessica and Chris will be discussing for KickHouse.

15   Thanks for joining.

16        MS. YARMEY:  Thanks, Eric.

17        Last week's call, we told you we wouldn't have a

18   Monday call this week.  We changed on our mind on that

19   just because we've made a lot of progress on a lot of

20   different things in just a few days' time.  So we

21   wanted to give you guys kind of the latest and greatest

22   from this end, plus we still are getting a lot of

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 5 of 49 PageID #: 436

 1   different questions, starting to get into some of the

 2   nitty-gritty things about KickHouse.  And so we want to

 3   just keep the conversation going with you guys and give

 4   you really like everything that's happening down to the

 5   minute here with the KickHouse team.

 6        So the team is actually one of our most important

 7   updates.  I am happy to introduce to you guys Chris

 8   Griebe.  He is joining the KickHouse team as our COO,

 9   and he has amazing experience that I think is going to

10   be a great asset to our company because he has been in

11   the fitness industry for more than 20 years.  And in

12   his latest role with WTS, he worked across a lot of

13   different brands.

14        So where some of you might be getting sick of me

15   saying, "At Club Pilates, we do it this way.  At Club

16   Pilates, we do it this way," Chris is going to be my

17   balance out in terms of like are there best practices

18   in the industry that I'm not aware of because we don't

19   do it that way?  He's going to kind of be that person

20   that can really share best practices from a lot of

21   different concepts, whether it's health clubs at a

22   resort, whether it's at a hotel.  Like there's a lot of

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1   different background he's bringing to the team.

2       But I'm not the best person to give that intro,

3   so, Chris, why don't you tell them a little bit more

4   about yourself?

5       MR. GRIEBE:   Thank you so much, Jessica and Eric.

6       And I'm really excited to be part of this team,

7   jumping in with both feet and having many conversations

8   over the last few months with Eric and Jessica and just

9   excited to kick things off, as early as middle of last

10   week, really digging into the operations.

11       So my background has all been about organizational

12   leadership and operational efficiencies, like Jessica

13   mentioned, from large commercial health club chains to

14   small boutique fitness centers, hospitality, health

15   club, anything out there as far as fitness for almost

16   30 years now in the industry.   So bringing kind of that

17   experience and a different lens from not only national,

18   but international trends.   And analysis of business

19   technology is a big part of what I do currently as

20   well.

21       So excited to be part of this team.   My whole

22   focus is around the operations and programming.   So, so

Case 1:20-cv-03850-RRM-VMS    Document 1-6    Filed 08/21/20    Page 7 of 49 PageID #: 438

1  coming up and creating and launching incredible content

2  in programming as well as systematic organization

3  support for all the franchisees.  So very excited to

4  play a significant role and a level of support in

5  rolling this concept out across the nation and beyond.

6      So thanks, Jessica, for having me on tonight.  I'm

7  looking forward to speaking with many of you.

8      In addition to myself, secondarily kind of

9  exciting news, as I have been wrapping my arms around

10  the next layer behind the brand, which would be the

11  programming as well as sales, I've brought along

12  somebody that I've worked with for almost 10 years in

13  the industry here also, by the way, in Denver, where

14  I'm located, and Gwen Dannenbaum is an exceptional

15  world-class group fitness instructor and Muay Thai

16  kickboxing and boxing instructor, as well as yoga.

17      But what I think I'm most excited about, Gwen's

18  perspective not only coming from the kickboxing and

19  fighting background, but also her ability to take new

20  trends and intertwine them within the kickboxing

21  brand.  So she's really excited about what's Jessica

22  has outlined on previous calls with regards to

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 8 of 49 PageID #: 439

1  additional cardio, flexibility, kind of integrating

2  different concepts within the method as well and

3  putting that together in a really concise training

4  package that we can deliver across the institution.

5      So you're going to see a lot more and hear a lot

6  more from her as we go through the slide presentation

7  around what we're putting together for what we're aptly

8  calling "the KickHouse academy" to get everybody

9  trained.

10     MS. YARMEY:  Yeah.  And what I love about Gwen is

11  she obviously gives us like street cred in terms of the

12  athletic background and all of the certifications that

13  she has.  But I said to Chris, I was like, she's like

14  the six-pack.  It's too much.  We're kind of trying to

15  be more accessible.

16     And then he sent me the picture of her as a mom,

17  like with her daughter, and I think she's really going

18  to be able to like help us be more accessible and

19  branch out into getting additional people into the

20  studio.  So I think she's going to be a great addition

21  to the team.

22     MR. GRIEBE:  So, with that, her and I, she takes a

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 9 of 49 PageID #: 440

1   real holistic approach, right?  It's not just about

2   kickboxing and fitness.  You saw her nutrition

3   certification on there, wellness, yoga instructor, very

4   holistic, and that's our approach, too.  So for her and

5   I, what we've been working on the last few weeks is

6   really outlining kind of really three phases.

7        One is defining the philosophy, really planting

8   our flag with who the KickHouse brand is as far as a

9   differentiator in the market.  What do the programs

10  look like?  Number two, coming up, obviously, with

11  those classes and those formats.  Then number three,

12  how do we instruct the trainers, and what does that

13  KickHouse academy look like?

14       So, again, very high level, more to come on that.

15  But we're really excited about releasing a philosophy

16  that's really around a balanced body program.  She's

17  educating me on traditional kickboxing might be

18  dominant on one side, and you've got to balance that

19  out for general population.

20       Looking at the instructor expression.  How much

21  free will does the instructor have during these

22  programs, and how much of it is programmed?  Looking at

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 10 of 49 PageID #: 441

 1   code of ethics and the integrity of the instructor and

 2   that compassionate, ethical instructor that's really in

 3   it for the right reasons.  And then leveling out

 4   trainers so we have Level 1, Level 2, or Level 3 master

 5   trainers that we can educate and train and certify to

 6   be able to teach a multitude of classes.

 7        And then, as Jessica has always alluded to in all

 8   these presentations, really looking at refreshing that

 9   content.  And now in this digital, virtual way, we can

10   express a lot of the changes in the updates from a

11   content perspective, leaving the core whole, but

12   modifying a little bit to really focus on the retention

13   of the members and our guests and getting them excited

14   to keep coming back to KickHouse.  Really excited about

15   her ideas around that.

16        And all of this we're putting together quite

17   rapidly and looking at giving our first KickHouse

18   instructor training on Saturday, August 22nd here in

19   Denver.  So really excited about putting that

20   curriculum together.

21        MS. YARMEY:  Yeah.  And I think there is some

22   concern that the programming isn't going to be there,

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 11 of 49 PageID #: 412

1    or it's not going to be completed, or it might not have

2    enough variation in it.  And with our pilot studio

3    opening on the 28th, we have firm dates to hit to make

4    sure that gets done.

5         So we're putting dates on the calendar, and we're

6    committing to those dates.  As always, I'll show you

7    the timeline at the very end of the call so you can see

8    where everything is.  But so far, we're hitting

9    everything, which is great.  And mark your calendars

10   for instructor training.

11        So, yeah, the team has grown substantially in the

12   past 7 days.  So you guys all know Eric.  You know how

13   to reach him.  I'm giving you an additional way to

14   reach him.  He has a new email address.  You have my

15   contact information, Chris's, Gwen's.

16        And April is a graphic designer who is based here

17   in Dallas, who is going to be helping us out with some

18   of the rebranding projects that are needed right out of

19   the gate, some of the in-studio assets and some of the

20   social media assets, et cetera.  So there's a lot of

21   new faces and new email addresses in the mix.

22        As owners are committing to the KickHouse concept,

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 12 of 49 PageID #: 443

1    the convention I'm setting each owner up with is first

2    name, last name @thekickhouse.com.  And then the studio

3    email convention is studio name @thekickhouse.com.

4         A quick update on WellnessLiving.  I wanted to

5    really speak to this because we really looked at a

6    couple of different options here in the POS space.  I

7    think most of you guys know at Club Pilates, I use

8    ClubReady.  So WellnessLiving is not my primary POS

9    language.  But in looking at their platform, it's very

10   visual, and it's very easy and intuitive to use in

11   terms of how their dashboards are able to be configured

12   and set up for different users.

13        Their reporting is really customizable and also

14   can be very visual in nature, not just reporting out

15   Excel sheets.  There is definitely a benefit to using

16   their booking tool.  We can book.  We can schedule.  We

17   can have multiple classes running at the same time.  We

18   can have the different durations of classes happening

19   in our same schedule.

20        And we can show a physical map of our studio, and

21   you can book a bag.  And I know there's probably a

22   variety of opinions on book a bag, but book a bag at

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 13 of 49 PageID #: 444

1    this point with all of the coronavirus sensitivity is

2    something that people are looking for and concerned

3    with.  So they want to know are they in the middle of

4    the room, or are they on the edge of the room?  They

5    want to know how close they are to the front door or,

6    you know, so be it.

7        So I think that's a good piece of functionality

8    that the tool offers, and it's also just going to bring

9    us into that modern space, which we know we want to

10   step into.

11       They do a FitVID integration, which is really just

12   helping us plug our Zoom content into the POS platform

13   so that we can track attendance in our Zoom classes,

14   and we can really seamlessly get that virtual content

15   out to our members.  So that's really important in our

16   current landscape as well.  And their API is open for

17   website build and for Facebook integration.

18       So we talked last week about the importance of

19   everything going through Facebook, 50 percent of our

20   lead volume coming through Facebook, and our website is

21   going to have the ability to book a class.  So we want

22   that ability to seamlessly get in and out of classes

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 14 of 49 PageID #: 445

1    via the website.

2         So that tool, WellnessLiving, it does check all of

3    those boxes.  I think it's going to be a really solid

4    tool for us, and it's in a place today that it will

5    continue to evolve into an even better place.  So I

6    think they are a great partner as we exist today, and

7    then I think they're going to be able to grow with us

8    as we really grow this concept into more and more

9    locations.

10        So I've linked the training call recording there.

11   If we end up sending the slides out as a PDF, you'll be

12   able to click the link there.  If you don't get the PDF

13   and you just got the call recording, send me a note,

14   and I will email you the call recording just so you can

15   go back and listen in on it.

16        I pasted the pricing there.  That's the same

17   pricing that I presented to you guys 2 weeks ago.  So

18   that's assuming we have anywhere between zero and 100

19   locations.  So this is like our enterprise pricing, and

20   they're going to provide FitVID as the add-on so we can

21   continue our virtual classes.

22        In terms of getting started with WellnessLiving, I

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 15 of 49 PageID #: 446

1   have pasted the instructions there at the bottom.  You

2   need to send an email to data@wellnessliving to really

3   jumpstart that process.  And then the set-up there

4   takes about 4 to 6 weeks.  So I know that's a pretty

5   big window, and we're definitely leaning on them to be

6   more toward the 4 side than the 6 side.

7        I have gotten so many questions about our sales

8   process, and I thought it was a good opportunity to hit

9   pause and really dive into the sales piece.  We spoke a

10  lot about marketing last week, and obviously, sales is

11  the next piece of the puzzle.

12       And for me to be getting questions about sales at

13  this point is amazing.  Like the fact that we're

14  3 weeks in to building this concept and we're already

15  down to these nitty-gritty things like in the sales

16  process, how are we doing this, how are we doing this?

17  I think it just speaks volumes about all of your

18  commitment to really diving into this and making sure

19  it's sound and really helping me dive into this and

20  making sure it's sound.

21       So I'm excited to just kind of walk you through

22  from my perspective kind of where I'm going to be

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 16 of 49 PageID #: 447

1   looking to move things from a sales perspective.

2   Obviously, that starts with like what are you guys

3   currently doing now in your studios.  And I think there

4   is a lot of variation to maybe what we're doing in the

5   studios right now, but I tried to boil it down to a

6   kind of simplified model, and there are certainly

7   pieces of this that I probably don't have right.

8   You'll have to forgive me.

9        But if we look at our entry points into our

10  concept, we have usually it's either a 6-week challenge

11  ad, or it might be a Web special, or it could be like a

12  walk-in.  And so with each of these different pathways

13  to starting a conversation with our brand, we have

14  conversion points that are really after the initial

15  outreach or the initial touchpoint.

16       So if you guys are strong owners, you likely know

17  your conversion points and your percentages.  Like so

18  what percentage of people walk in and then participate

19  in a class?  Like you know your percentages there.  So

20  I'm just leaving those open for you to mentally fill in

21  with your own local information.

22       So with each of these, we get people into the

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 17 of 49 PageID #: 448

1   studio, and so if they're coming in, you could see the

2   duration of time.  So if we have someone who's coming

3   in for the 6-week challenge, they're in for 6 weeks.

4   If there are 3 classes, maybe it's a week or 2.  Five

5   classes might be a little bit longer.  If we've sold

6   someone who's a walk-in on a monthly membership, like

7   let's hope they're in day one and then they continue on

8   for a bit of time.

9        The problem with this structure is once you clear

10  those fairly short windows, you're essentially in a

11  second sell opportunity, or a second sell window.  And

12  so, again, you as owners, you probably know your

13  percentages here.  What percentage go through the 6-

14  week challenge and stay?  I would think that's high.

15  What percentage go through three classes and stay?

16  That might be lower.

17       Again, you know your percentages here.  But it's

18  essentially a second -- it's a second sell for your

19  team to get them into a monthly membership.  So the

20  other dynamic here and the reason I put the little

21  rough calendar lines in place is where is your money

22  being collected in the studio?

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 18 of 49 PageID #: 449

 1          So I think part of the reason why we're loving our

 2     6-week challenges is we're collecting dollars up

 3     front.  That's a large dollar sign, and that's week

 4     one.  Whereas some of our other offerings, if you are

 5     converting a three-class or a five-class, your dollars

 6     aren't hitting until at least a few weeks into the

 7     process.  If we're at walk-ins, okay, maybe our dollars

 8     are starting really early on.

 9          So that's really high level.  But if you notice

10     the top and the bottom, now I'm going to show you the

11     next slide, and you can see that there's not really

12     much changing at the top and the bottom.  So the top,

13     if we keep our 6-week challenge ads happening at the

14     local level, we know our walk-ins and other

15     miscellaneous things will continue to happen.  We know

16     we have these kind of conversion windows.

17          So, again, you know your percentages up here, I

18     can project our percentages here, and you know your

19     percentages down here.  You see the local options.  I'm

20     bridging it between two different offer types.

21          So everything that's below that initial first

22     line, which largely stays the same in these two models,

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 19 of 49 PageID #: 450

1    everything below that shifts to going to a first class

2    free.  So the benefit of doing that is that first sell,

3    that initial sell is I'll call it easy because it's

4    free.  So there's a very low barrier to entry to get

5    someone to that first class.

6         And then we know once we're clear of that first

7    class, we have that second sell opportunity or that

8    second sell window.  And then from that second sell,

9    what are we sending people into?

10        So our ideal set-up is we're setting people into

11   monthly recurring memberships either at four classes or

12   eight classes or unlimited classes.  Maybe we're

13   selling into a paid-in-full.  And you can see an

14   approximate breakdown of where our members would

15   ideally land.  Maybe there's ongoing selling that moves

16   people from fours to eights, eights to unlimiteds, like

17   we have those upsells there.

18        But then I'll also on this model show you where

19   the dollars hit your studio.  So part of the benefit of

20   moving from, let's say, a Web special to a first class

21   free is that whoever you convert from that first class,

22   that's pretty immediate dollars into your studio.  So

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 20 of 49 PageID #: 451

1   if my spacing was even a little bit better, your

2   dollars might hit that week one, or they might hit that

3   week two.

4        So it's my belief, and I know it's Chris's as

5   well, like our goal with making any kind of adjustment

6   to the sales process is going to be to make more money

7   in the studios.  We're not going to change things to

8   have it perform not as well for you guys.

9        So I know my slides are really cluttered, but I

10  hope this has kind of given you maybe a little bit more

11  detail or nitty-gritty into what I would be proposing

12  from a sales perceptive.

13       Chris, do you want to layer anything on there?

14       MR. GRIEBE:  No.  I think just what we spoke about

15  before as well, Jessica.  This really aligns with the

16  commercial sales model as well, you know, of many more

17  steps in between commercial sales for commercial

18  clubs.  But essentially, we'll talk in the next few

19  slides here with regards to breakdown of leads and

20  prospects into joiners.

21       But driving them through experiencing that class

22  for free and pushing them into a four, eight, or

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 21 of 49 PageID #: 452

1   unlimited and having that opportunity to get them

2   engaged that way shortens that cycle significantly.  So

3   --

4       MS. YARMEY:  So some philosophy points here.

5   Number one, and we've spoken about this before in prior

6   calls, but I'm just bulleting it out here in plain

7   text.  Just removing the friction for someone to come

8   into the studio.  So the upfront purchase, it's not

9   only like not industry standard anymore, but it is a

10  barrier to entry for people, especially if they are

11  more cost sensitive.

12      So we want to remove as many barriers as possible

13  and maybe give alternate options to get into the

14  studios.  So if it's first class free or maybe it's

15  booking the first class as a full-length paid class on

16  the website, we want to make it as easy as possible for

17  people to come into the studio and spend money with us.

18      And then we want to have the variety of EFT

19  memberships or recurring monthly memberships to

20  accommodate goals.  And I know the monthly recurring is

21  a hot topic, and I'll tell you the way that we

22  structure it at Club Pilates is we have a 3-month,

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 22 of 49 PageID #: 453

1    basically like a 3-month upfront commitment, and then

2    after the 3 months, then it goes into the auto-

3    recurring.  So we're getting basically like a 3-month

4    commitment, and then it hits recurring month to month.

5         So it's not a month-to-month agreement right out

6    of the gate, but it can very much be presented and sold

7    as a month-to-month kind of membership.

8         So why are we looking at EFT or monthly

9    recurring?  The goal is just to provide stable and

10   predictable revenue for the studios.  So it's very

11   difficult when you're consistently leaning on paid-in-

12   full memberships to predict where your revenue is going

13   to be in a certain window of time.

14        It's also difficult to get through seasonality

15   when we have different paid-in-full options.  So I'll

16   say like EFT will set you free because it just gives

17   you a predictable revenue stream that you can start to

18   model off of, and you don't have to pull the paid-in-

19   full card unless you absolutely have to.  And then that

20   paid-in-full card carries more weight when you do throw

21   it down on the table, if that makes sense from a

22   marketing perspective.

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 23 of 49 PageID #: 454

1            I gave you guys these numbers last week, but in

2    terms of like dialing in the -- last week was dialing

3    in the studio operations.  This week, we're talking

4    about dialing in the studio sales process.  So making

5    sure your team is executing 100 activities per day.

6            So what is an activity?  It could be a phone

7    call.  It could be a text message.  It could be an

8    email out to somebody.  But we have to have those

9    activities happening to make sure the leads are getting

10   booked into classes, to make sure the leads are showing

11   up for those classes, et cetera.

12           So the leads booked into classes, that percentage

13   I gave you last week.  The lead conversion target,

14   detect about 20 to 25 percent.  And then a consult

15   conversion target is there.

16           So I know you guys want a whole lot more detail

17   here, and I don't have all of the detail built out

18   yet.  But I'm giving you just like the next step in the

19   process, and then you can see in the bottom-right

20   corner our first-ever sales training we're going to

21   have on the 25th of August.  And so we'll make that

22   virtual in some capacity so that some of the early

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 24 of 49 PageID #: 455

 1   birds who are coming in as founding members can have

 2   the latest and greatest sales and marketing information

 3   from Chris and I at the end of this month.

 4        So to give you just a little bit more information,

 5   I started out by talking about sales, and I said it was

 6   like we "got sales" like as if we "got milk."  But like

 7   let's think about this G-O-T kind of acronym.  If G is

 8   our goal, like we have to start our sales process with

 9   the prospect that we're speaking to.  What is their

10   goal?

11        And so some of what we've maybe like fallen to is

12   selling -- we basically assume we know what we're

13   selling to someone, and we push them down that path,

14   like maybe it's more of a weight loss path.

15        There is definitely an opportunity with joining

16   the KickHouse concept that we're going to reach a

17   broader type of person maybe than what we've been

18   reaching historically with our marketing efforts.  So

19   the first step in the sales process is always starting

20   with the prospect.  What is your goal?  What have you

21   been doing at home during this coronavirus time?

22        Have you been doing online workouts?  Like have

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 25 of 49 PageID #: 456

1  you just been running?  Like what are you trying to

2  do?  Why are you interested in coming in to KickHouse?

3       And then we want to know their objection.  So is

4  their objection time based?  Is their objection price

5  based?  Is their objection coronavirus based?  There's

6  a lot of things that are happening right now that we

7  need to be aware of on a one-by-one-by-one, on a

8  person-by-person basis.

9       And then T is the type of membership that we're

10  trying to sell them.  And so if we have all of this

11  information in every prospect record, we can easily

12  trade people in and out of our sales process, and

13  everybody picks up at the exact same place regardless

14  of if they're talking to me, or if they jump on the

15  phone and they reach Chris at the studio.

16       So I think having some like common language

17  established and having it be very prospect-centric

18  language established is going to be a really good first

19  step for us.

20       So I gave you the numbers in percentage form last

21  week, and we had a couple of questions about those

22  numbers.  So I'm just going to break it down for you

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 26 of 49 PageID #: 457

1   more so by counts here.  So if we're assuming we have

2   100 leads and we know 70 percent of those leads will

3   book into intro classes, then we also know it's going

4   to take about 6 activities to book a person into a

5   class.  So if we're thinking those 70 classes, that

6   might take 420 tasks.

7        So we need to start thinking about how many tasks

8   are we asking our teams to do, and are we just holding

9   our teams accountable for the bottom line, or are we

10   holding them accountable for every step in the sales

11   process?  And do you, as an owner, have visibility into

12   all of the numbers throughout the sales process?

13        So if 60 percent of people who are booked into

14   classes, if 60 percent of them show, then we know we

15   have 42 shows, and we know we're at about that 20 to

16   25 percent overall lead count join.  So 60 percent of

17   the people who show for the class or they come to the

18   studio, 60 percent of them are going to join.

19        So, again, these are what I refer to as KPIs that

20   we would try to get the system moved toward.  And then

21   you probably know your numbers locally.  Like maybe

22   your numbers are stronger than this.  At which point

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 27 of 49 PageID #: 458

1    like good job, good for you, like let's share best

2    practices and figure out like let's share that magic

3    across the whole system.

4         So I think we have to look at our sales process as

5    like half art, half science.  We have to be really

6    empathetic with how we sell, but then we also have to

7    be very connected to our numbers at the local level as

8    well as at the national level.

9         So one of the questions you guys asked me last

10   week, you asked me about pricing tiers, and I figured

11   at the risk of totally blowing up the chat box that I

12   would share with you guys some ideas of where we could

13   land in terms of our pricing tiers.  Now, when we

14   talked about our tiers last time, I said like we might

15   start with four tiers.  We might start with five

16   tiers.  We might start with six tiers.

17        Like our tiers can go up from here.  What we want

18   to really look at is getting aligned as markets,

19   getting aligned maybe with where we currently are

20   sitting with our pricing and how closely are we aligned

21   within these tiers.  I think you guys are pretty close,

22   and it really just the devil is in the details, right?

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 28 of 49 PageID #: 459

1   Like is your unlimited pricing $20 different?

2        So I fully am understanding that I'm putting this

3   out there as a starting place and a conversation

4   starter, and we'll probably land someplace a little bit

5   different.  We might end up having another tier at the

6   higher end of this.  Maybe my New Yorkers are losing

7   their minds right now, and they're already mapping out

8   the tier six for me.

9        Which is fine.  I want to really just kind of put

10  this out there as something to chew on and think

11  about.  And as you're thinking about your pricing and

12  how you might be priced maybe coming out of COVID as

13  well, we can always think about like what our current

14  pricing is and maybe stepping down in order to get fast

15  interest when the studio reopens, knowing that we have

16  New Year's around the corner.

17       And at the turn of the new year, it's always an

18  opportunity to increase your prices at a new year.  So

19  I see all of the chats coming in, and I can't wait to

20  dive into this.

21       So to give you guys just an updated timeline,

22  nothing much has really changed at the top part of this

1   month.  We're still right on track with all of these

2   items.

3       The website, we just had a great call today with

4   our Web developer.  We're on track there.  I'm adding

5   in these two critical dates that we just added in and

6   talked to you guys about in the slides, August 22nd,

7   the first-ever instructor training.  Maybe I should

8   have added a third exclamation point there.  And then

9   the first-ever sales training right after that.

10      So a lot of moving pieces, a lot of tight

11  deadlines, but everything is chugging right along.

12      So I'm going to go ahead and open it up for

13  questions.  I'm going to look at everything that has

14  been chatted in about the pricing tiers.  I'll start

15  from the top, though.

16      Nuno comments, "Great to see she's a Precision

17  Nutrition Level 1 coach.  Nutrition will be a critical

18  differentiator."

19      We totally agree.  We think there's a great

20  opportunity to really have the complete solution when

21  it comes to maybe weight loss.  You know, that's really

22  a niche that you guys are already in is like the

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 30 of 49 PageID #: 461

1   fitness side of weight loss, but really leaning into

2   the nutrition piece there.

3        Richard is saying, "You could use the 6-week

4   challenge to sell an annual membership on day one and

5   include the challenge for free."

6        Yeah, I've heard of people doing that, and I think

7   that's a great option as well.  I believe maybe in

8   getting people in with the intro offer and then having

9   the menu of things that you could sell someone when

10  they walk in.  So I think there's a lot of opportunity

11  to start to adjust our sales process when we walk away

12  from the Web specials.

13       He is saying, "We had a problem with free class

14  offers actually showing up.  Without any investment,

15  there's a low show rate."

16       So I know that we can get to a 70 percent show

17  rate with a sales process, with a confirmation kind of

18  process.  So I can understand why there might be

19  history with low shows, but yeah, we definitely want to

20  get people in to try it.

21       Chuck is asking, "Is there any opportunity for

22  people to buy a membership before they take a class?"

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 31 of 49 PageID #: 462

 1          I actually just spoke with the Web developer

 2      today, and we can certainly make a membership option

 3      sellable on the website.  In my Club Pilates history --

 4      you guys probably have like bingo boards or side bets

 5      at this point, like how many times am I going to say

 6      "in Club Pilates."  But I'll answer this, and then I'll

 7      kick it to Chris, and he can provide his perspective

 8      from the rest of the industry.

 9          We specifically don't put membership prices on our

10      website because we want to sell based on value versus

11      selling based on price.  So when you just have a price

12      on your website, your team doesn't have the opportunity

13      to tell someone why kickboxing would be a great fitness

14      solution for them based on their specific goals.

15          It's a very one-directional conversation versus if

16      you're face-to-face with someone, we have their goals

17      as our starting place.  Then you really have the

18      opportunity to customize what you're selling to the

19      person versus just seeing what might seem like a high

20      price.  They even haven't tried the class.  Is it

21      really worth that much?

22          So I believe that there is a benefit to not

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 32 of 49 PageID #: 463

1  showing prices on the website, but Chris, I'll kick it

2  over to you.  You can layer on.

3      MR. GRIEBE:  Yeah.  I do agree with that.  We've

4  even seen in the industry, unfortunately, even if you

5  have the ability to join online, people take it up to

6  that level of joining just to get the price and then

7  bounce out.  So we are looking at some -- you know,

8  Jessica and I talked about this and looking at whether

9  it's WellnessLiving or some additional plug-ins to be

10  able to join online.

11      It's very commonly asked now.  Obviously, with

12  this COVID environment to minimize that contact and

13  being able to sign up in that touchless environment.

14  So I think there's a balancing act between giving too

15  much and too much pricing, but then also having the

16  opportunity to have an online membership and being able

17  to sign up for that.

18      MS. YARMEY:  Bryce is saying, "This plan is bad-

19  ass.  It's like a membership selling garden that I get

20  to grow and harvest."

21      I love that analogy because that's exactly what

22  we're going for is like if we can get someone in the

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 33 of 49 PageID #: 464

1    door, what are we able to sell them?   And that will

2    range from four classes to unlimited to do they get a

3    startup package of retail gear when they walk out?

4         So, yeah, I love that analogy.

5         John says, "What do we do about gloves with the

6    free class?  What about charging for the gloves and

7    they get a free class might be better than a free

8    class, but they have to buy the gloves to take the

9    class."

10        So I think we're in an interesting time where we

11   aren't able to do anything with loaner gloves.  So I'll

12   tell you about an experience that I had going to a

13   concept recently where I booked into the class online,

14   and someone from the studio called me just to confirm

15   the class.  And they said, "Hey, just as an FYI, we're

16   not doing loaner gloves at this time just because of

17   the coronavirus," and I said, "I completely

18   understand."

19        And she said, "But we do have gloves here for sale

20   at the studio."  And I said, "Great.  How much are

21   they?"  Sixty to 100 dollars.

22        So where I'm saying like I want to help you guys

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 34 of 49 PageID #: 465

 1  make money, like there's money to be made on the

 2  membership side, and then also on the gear side being

 3  able to purchase or sell gloves at this point in this

 4  COVID time, like there's a real opportunity there.  And

 5  I think we need to get our teams out of the Web special

 6  mindset, and we need to really just commit to this

 7  experience is valuable.  People will pay to participate

 8  at our studio.

 9      Drew kind of chimed in with John, "I think that's

10  appealing to many prospects.  It could be an upsell

11  option, leading prior to taking the free class."

12      Yep, totally agree.

13      "With automation, we can reduce the 420 tasks

14  significantly to get people scheduled.  Most will

15  schedule on their own if we make it easy for them."

16      Totally.  I am a believer in like mixing

17  automation with personalization.  I think our sales

18  process, again, needs to be centered around the

19  individual.  So if we have the keynotes about the

20  person, like what are their goals?  What membership are

21  we trying to sell them on?  Those kind of things

22  combine to make the sales process amazing.

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 35 of 49 PageID #: 466

1        But no, I do not count blasted communications in

2   my tasks.  I want your salespeople selling.

3        Nuno says, "Strongly agree with Dennis.

4   Automation is critical."

5        Todd says, "The best way to schedule a call for

6   interested owners?"

7        You can reach out to Eric at one of his many email

8   addresses.

9        Bryce is saying, "If anyone on the call wants to

10   know about what the process has been like to convert

11   two locations, I'm happy to jump on a call."

12        Thank you.  That's awesome.  I continue to be

13   really blown away by the support for this concept and

14   all of the questions that you guys have.  I think it's

15   great that you are in it and thinking through it to

16   that degree.

17        I think having Chris onboard now as well, like we

18   have more brain power really diving through all of

19   these little details.  So every week, it's just going

20   to get tighter and tighter.

21        Kevin says, "We always answer direct Facebook

22   messages with the price so we're not seen as evasive."

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 36 of 49 PageID #: 467

```
 1        Yeah.  There's more and more consumers who are

 2   moving toward wanting to get prices via text or wanting

 3   to get prices via Facebook Messenger.  And yeah, it's

 4   hard to avoid that, and I think it really is it just

 5   depends on the person.

 6        If it seems like that person who just wants to see

 7   if it's going to fit in under their budget, you know,

 8   you send the price, and you likely don't hear from them

 9   again.  You know, how many people do you hear from

10   after you tell them exactly how much it is?

11        So that's all the questions that you guys have --

12   oh, Kevin has one more question.  "We always answer --"

13   Oh, "They always seem to appreciate it."

14        Yeah, and that's awesome.  If you guys have things

15   that are working for you.  I mean, my goal is not to

16   fix things that aren't broken.  I'm here to fix things

17   that are broken.  So we'll work together to identify

18   like all of those different buckets.

19        MR. GRIEBE:  And I think, Jessica, it's going to

20   be an integral part of that sales process and the sales

21   manuals for anybody involved in selling is there's such

22   a wide array now to sell.  So I've mapped out those
```

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 37 of 49 PageID #: 468

1  kind of key points around the membership options and

2  fee structures, sales training, sales cycle that the

3  prospecting and that lead generation and management is

4  absolutely key.  And then just tracking and

5  communication.

6      So I really stress jumping on, if you haven't done

7  so already, that link from WellnessLiving.  They go

8  into a lot of the automation, but also some of the

9  tracking and ability to dig into the prospects through

10  WellnessLiving.  It's a really important tool to drive

11  sales for sure.

12      MS. YARMEY:  And then Chuck asked one final

13  question, and I'm just jumping back up to the slide,

14  just to visually make the point because I have like a

15  visual mind.  But at every one of these brackets, this

16  is a time where your team has to sell.  And so if we're

17  selling, we're still -- we're getting somebody into

18  that first class.  That still is like a sell that needs

19  to happen.

20      And then after that class, there's a sell that

21  needs to get someone into one of these memberships.  So

22  the problem with class packs is that you hit more of

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 38 of 49 PageID #: 469

 1    those resell moments faster.  So your team consistently

 2    needs to resell someone, or your marketing needs to

 3    consistently resell someone on rejoining your studio.

 4    So we would much prefer to have members in recurring

 5    memberships that, again, could be that predictable

 6    revenue stream.

 7         Now if some of you are currently running class

 8    packs, you know, there's going to be a lot of

 9    grandfathering that is happening as we're making these

10    transitions.  It never goes well when you rip a band-

11    aid off.  So if your team is comfortable with class

12    packs, and that's like been their historical sweet

13    spot, you know, I think that's fine to stay with for

14    right now.

15         And then it'll really be on my plate and on

16    Chris's to show you guys the numbers as studios do

17    convert, like here is the revenue increases that we see

18    when we move away from class packs.  Or here are all

19    the numbers that we're seeing along the way.  And I

20    think one of the things that gets me most excited about

21    this is I think all of the owners who are coming in as

22    founding owners are really open to like building this

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 39 of 49 PageID #: 470

1   together and sharing the numbers that they're seeing

2   and sharing learnings across other ownership groups.

3        So I think that's going to be the fun part is, you

4   know, let's tweak something and see what happens.

5   Let's make another tweak, see what happens.  Like share

6   all that learning across the system.

7        So I think there's a lot of positive pieces that

8   are already in place.  And like I said, if it's a

9   positive piece, let's leave it.

10       All right.  We have one more question.  From

11  Noelle, "Will it be part of the KickHouse strategy to

12  continue to promote our studio VIP groups on Facebook?"

13       So in this COVID time, I think a lot of studios

14  created the VIP member groups on Facebook, and I think

15  there's a lot of value to having them, where you can

16  communicate out even like discounts to partner

17  companies.  You can obviously communicate out links,

18  you know, if you're using Facebook versus converting

19  into WellnessLiving.

20       So I think the painful part of member groups is

21  always just maintaining another social channel.  So

22  when you create a new Twitter account, you have to

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 40 of 49 PageID #: 471

1   manage your Twitter account.  When you create a new

2   Facebook group, you have to manage that Facebook

3   group.  And the expectation is that you're very quickly

4   managing the Facebook group, and your response times

5   are fast, and you're always positive.

6        So if you have a team that can handle that, that

7   extension of your social media platforms, by all means,

8   continue to go down that path.  I think it makes

9   members feel special, and I think it being a private

10  group, at least what I've seen in my experience, it

11  allows your members to feel more comfortable, maybe

12  sharing even more like personal parts of their

13  journey.  Like, "Here's something that I made for

14  dinner," you know, to go back to the nutrition side of

15  it.

16       So, yeah, I think it's -- I've seen it be really

17  successful at studios.

18       Drew is saying, "Can we address retention

19  strategies on a future call?"

20       Yes.  "This is one area amongst many where the

21  other brand did not have any real strategy, yet we all

22  know the least expensive way to maintain your business

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 41 of 49 PageID #: 472

1    is with an existing member base."

2         Yes.  So we'll definitely use that as a jumping

3    off point maybe for another call next week.  I can tell

4    you that at Club Pilates, we retain members for an

5    average of 11 months.  And I think that comes from a

6    variety of pieces.

7         It comes from instructor quality.  It comes from

8    class variety, and it comes from marketing and member

9    engagement things like the VIP groups on Facebook, like

10   the fun activities in the studios.  So I think there's

11   a couple different pieces that play into that.  But

12   again, I love the fact that you're already thinking to

13   that step and to that degree of detail about this

14   transition.

15        MR. GRIEBE:  Yeah, and it has been kind of a

16   thread that's woven through everything I'm looking at

17   from the sales prospecting as well as the programming.

18   So talking to Gwen about, you know, refreshing content

19   every 8 to 12 weeks for that reason.  That's a big box

20   to check for retention.

21        You know, different incentive programs to keep

22   people coming back through programming, as well as

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 42 of 49 PageID #: 473

1   customer service and training and those things, along

2   with that thread of marketing.  But retention, I know

3   we talked about that, Bryce, before.  That's my whole

4   world as well.  So I'm really excited to talk more

5   about retention strategies because it's much easier, as

6   we know, to retain a member than to get a new one.

7       So excited to talk about that.  It's a great --

8   great segue for next time.

9       MS. YARMEY:  And then if you guys have any final

10  questions for Chris?  I know you just met him, but you

11  can pick his brain about anything in his background or

12  anything that he's passionate about in the fitness

13  space.

14      MR. GRIEBE:  Anytime.  You've got my email now.

15  So I was going to say I'd offer up if you want to reach

16  out to me directly, we can set up some time and kind of

17  talk through where we're moving in the direction of the

18  program.  So from the class types to formats to

19  training, what that looks like not only in COVID era,

20  but post.  So we've taken all that into consideration.

21      And happy to talk about the experience from coast

22  to coast with my roles in the past and how I really

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 43 of 49 PageID #: 474

1    think it's going to be an incredible opportunity to

2    drive retention, drive membership, drive revenues for

3    KickHouse.

4         So really excited to be part of this and moving

5    very, very quickly, which I love to do.  This is great.

6         MS. YARMEY:  All right.  Eric, any final closing

7    remarks?

8         MR. SHAHINIAN:  Thanks, everybody, for joining.

9    We're really excited, and we'll talk to you soon.

10        (End of audio.)

11

12

13

14

15

16

17

18

19

20

21

22

## WORD INDEX

**< $ >**
**$20** 26:1

**< 0 >**
**07932** 1:22

**< 1 >**
**1** 8:4 27:17
**10** 5:12
**100** 12:18 21:5
24:2 31:21
**11** 39:5
**12** 39:19
**18** 1:20

**< 2 >**
**2** 8:4 12:17 15:4
**20** 3:11 21:14
24:15
**220** 1:21
**22nd** 8:18 27:6
**25** 21:14 24:16
**25th** 21:21
**28th** 9:3

**< 3 >**
**3** 1:2 8:4 13:14
15:4 20:2
**30** 4:16
**3-month** 19:22
20:1, 3

**< 4 >**
**4** 13:4, 6
**42** 24:15
**420** 24:6 32:13

**< 5 >**
**50** 11:19

**< 6 >**
**6** 13:4, 6 15:3, 13
24:4
**60** 24:13, 14, 16, 18
**6-week** 14:10 15:3
16:2, 13 28:3

**< 7 >**
**7** 9:12
**70** 24:2, 5 28:16

**< 8 >**
**8** 39:19
**8-3-20** 1:2

**< A >**
**ability** 5:19 11:21,
22 30:5 35:9

**able** 6:18 8:6
10:11 12:7, 12
30:10, 13, 16 31:1,
11 32:3
**absolutely** 20:19
35:4
**academy** 6:8 7:13
**accessible** 6:15, 18
**accommodate**
19:20
**account** 37:22
38:1
**accountable** 24:9,
10
**acronym** 22:7
**act** 30:14
**activities** 21:5, 9
24:4 39:10
**activity** 21:6
**ad** 14:11
**added** 27:5, 8
**adding** 27:4
**addition** 5:8 6:20
**additional** 6:1, 19
9:13 30:9
**add-on** 12:20
**address** 9:14 38:18
**addresses** 9:21
33:8
**adjust** 28:11
**adjustment** 18:5
**ads** 16:13
**ago** 12:17
**agree** 27:19 30:3
32:12 33:3
**agreement** 20:5
**ahead** 27:12
**aid** 36:11
**aligned** 25:18, 19,
20
**aligns** 18:15
**allows** 38:11
**alluded** 8:7
**alternate** 19:13
**amazing** 3:9
13:13 32:22
**analogy** 30:21
31:4
**analysis** 4:18
**announcements**
2:13
**annual** 28:4
**answer** 29:6
33:21 34:12
**anybody** 2:9 34:21
**anymore** 19:9
**Anytime** 40:14
**API** 11:16
**appealing** 32:10
**appreciate** 34:13

**approach** 7:1, 4
**approximate** 17:14
**April** 9:16
**aptly** 6:7
**area** 38:20
**arms** 5:9
**array** 34:22
**art** 25:5
**asked** 25:9, 10
30:11 35:12
**asking** 24:8 28:21
**ass** 30:19
**asset** 3:10
**assets** 9:19, 20
**assume** 22:12
**assuming** 12:18
24:1
**athletic** 6:12
**attendance** 11:13
**AUDIO** 1:1 41:10
**August** 8:18
21:21 27:6
**auto** 20:2
**automation** 32:13,
17 33:4 35:8
**average** 39:5
**avoid** 34:4
**aware** 3:18 23:7
**awesome** 33:12
34:14

**< B >**
**back** 8:14 12:15
35:13 38:14 39:22
**background** 4:1,
11 5:19 6:12
40:11
**bad** 30:18
**bag** 10:21, 22
**balance** 3:17 7:18
**balanced** 7:16
**balancing** 30:14
**band** 36:16
**barrier** 17:4 19:10
**barriers** 19:12
**base** 39:1
**based** 9:16 23:4, 5
29:10, 11, 14
**basically** 20:1, 3
22:12
**basis** 23:8
**belief** 18:4
**believe** 28:7 29:22
**believer** 32:16
**benefit** 10:15 17:2,
19 29:22
**best** 3:17, 20 4:2
25:1 33:5
**bets** 29:4
**better** 12:5 18:1

31:7
**beyond** 5:5
**big** 4:19 13:5
39:19
**bingo** 29:4
**birds** 22:1
**bit** 4:3 8:12 15:5,
8 18:1, 10 22:4
26:4
**blasted** 33:1
**blowing** 25:11
**blown** 33:13
**boards** 29:4
**body** 7:16
**boil** 14:5
**book** 10:16, 21, 22
11:21 24:3, 4
**booked** 21:10, 12
24:13 31:13
**booking** 10:16
19:15
**bottom** 13:1
16:10, 12 24:9
**bottom-right** 21:19
**bounce** 30:7
**boutique** 4:14
**box** 25:11 39:19
**boxes** 12:3
**boxing** 5:16
**brackets** 35:15
**brain** 33:18 40:11
**branch** 6:19
**brand** 5:10, 21
7:8 14:13 38:21
**brands** 3:13
**break** 23:22
**breakdown** 17:14
18:19
**bridging** 16:20
**bring** 11:8
**bringing** 4:1, 16
**broader** 22:17
**broken** 34:16, 17
**brought** 5:11
**Bryce** 30:18 33:9
40:3
**buckets** 34:18
**budget** 34:7
**build** 11:17
**building** 13:14
36:22
**built** 21:17
**bulleting** 19:6
**business** 4:18
38:22
**buy** 28:22 31:8

**< C >**
**calendar** 9:5 15:21
**calendars** 9:9

**call** 2:6, 17, 18 9:7
12:10, 13, 14 17:3
21:7 27:3 33:5, 9,
11 38:19 39:3
**called** 31:14
**calling** 6:8
**calls** 5:22 19:6
**Camac** 1:10
**capacity** 21:22
**card** 20:19, 20
**cardio** 6:1
**carries** 20:20
**centered** 32:18
**centers** 4:14
**certain** 20:13
**certainly** 14:6 29:2
**certification** 7:3
**certifications** 6:12
**certify** 8:5
**cetera** 9:20 21:11
**chains** 4:13
**challenge** 14:10
15:3, 14 16:13
28:4, 5
**challenges** 16:2
**change** 18:7
**changed** 2:18
26:22
**changes** 8:10
**changing** 16:12
**channel** 37:21
**charging** 31:6
**chat** 25:11
**chats** 26:19
**chatted** 27:14
**check** 12:2 39:20
**chew** 26:10
**chimed** 32:9
**Chris** 2:14 3:7, 16
4:3 6:13 18:13
22:3 23:15 29:7
30:1 33:17 40:10
**Chris's** 9:15 18:4
36:16
**Chuck** 28:21
35:12
**chugging** 27:11
**class** 11:21 14:19
17:1, 5, 7, 20, 21
18:21 19:14, 15
24:5, 17 28:13, 22
29:20 31:6, 7, 8, 9,
13, 15 32:11 35:18,
20, 22 36:7, 11, 18
39:8 40:18
**classes** 7:11 8:6
10:17, 18 11:13, 22
12:21 15:4, 5, 15
17:11, 12 21:10, 11,
12 24:3, 5, 14 31:2

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 45 of 49 PageID #: 476

clear 15:9 17:6
click 12:12
close 11:5 25:21
closely 25:20
closing 41:6
Club 3:15 4:13,
15 10:7 19:22
29:3, 6 39:4
ClubReady 10:8
clubs 3:21 18:18
cluttered 18:9
coach 27:17
coast 40:21, 22
code 8:1
collected 15:22
collecting 16:2
Columbia 1:20
combine 32:22
come 7:14 19:7,
17 24:17
comes 27:21 39:5,
7, 8
comfortable 36:11
38:11
coming 5:1, 18
7:10 8:14 11:20
15:1, 2 22:1 23:2
26:12, 19 36:21
39:22
comments 27:16
commercial 4:13
18:16, 17
commit 32:6
commitment 13:18
20:1, 4
committing 9:6, 22
common 23:16
commonly 30:11
communicate
37:16, 17
communication
35:5
communications
33:1
companies 37:17
company 3:10
compassionate 8:2
complete 27:20
completed 9:1
completely 31:17
concept 5:5 9:22
12:8 13:14 14:10
22:16 31:13 33:13
concepts 3:21 6:2
concern 8:22
concerned 11:2
concise 6:3
configured 10:11
confirm 31:14
confirmation 28:17

connected 25:7
consideration 40:20
consistently 20:11
36:1, 3
consult 21:14
consumers 34:1
contact 9:15 30:12
content 5:1 8:9,
11 11:12, 14 39:18
continue 12:5, 21
15:7 16:15 33:12
37:12 38:8
convention 10:1, 3
conversation 3:3
14:13 26:3 29:15
conversations 4:7
conversion 14:14,
17 16:16 21:13, 15
convert 17:21
33:10 36:17
converting 16:5
37:18
COO 3:8
core 8:11
corner 21:20
26:16
coronavirus 11:1
22:21 23:5 31:17
cost 19:11
count 24:16 33:1
counts 24:1
couple 10:6 23:21
39:11
COVID 26:12
30:12 32:4 37:13
40:19
create 37:22 38:1
created 37:14
creating 5:1
cred 6:11
critical 27:5, 17
33:4
current 11:16
26:13
currently 4:19
14:3 25:19 36:7
curriculum 8:20
customer 40:1
customizable 10:13
customize 29:18
cycle 19:2 35:2

< D >
Dallas 9:17
Dannenbaum 5:14
dashboards 10:11

data@wellnessliving
13:2
dates 9:3, 5, 6 27:5
daughter 6:17

day 15:7 21:5
28:4
days 2:20 9:12
deadlines 27:11
defining 7:7
definitely 10:15
13:5 22:15 28:19
39:2
degree 33:16
39:13
deliver 6:4
Dennis 33:3
Denver 5:13 8:19
depends 34:5
designer 9:16
detail 18:11 21:16,
17 39:13
details 25:22 33:19
detect 21:14
developer 27:4
29:1
devil 25:22
dialing 21:2, 4
different 2:20 3:1,
13, 21 4:1, 17 6:2
10:6, 12, 18 14:12
16:20 20:15 26:1,
5 34:18 39:11, 21
differentiator 7:9
27:18
difficult 20:11, 14
dig 35:9
digging 4:10
digital 8:9
dinner 38:14
direct 33:21
directed 2:9
direction 40:17
directly 40:16
disclaimer 2:8
discounts 37:16
discussing 2:14
dive 13:9, 19 26:20
diving 13:18 33:18
doing 13:16 14:3,
4 17:2 22:21, 22
28:6 31:16
dollar 16:3
dollars 16:2, 5, 7
17:19, 22 18:2
31:21
dominant 7:18
door 11:5 31:1
Drew 32:9 38:18
drive 35:10 41:2
driving 18:21
duration 15:2
durations 10:18
dynamic 15:20

< E >

early 4:9 16:8
21:22
easier 40:5
easily 23:11
easy 10:10 17:3
19:16 32:15
edge 11:4
educate 8:5
educating 7:17
efficiencies 4:12
efforts 22:18
EFT 19:18 20:8,
16
eight 17:12 18:22
eights 17:16
either 14:10 17:11
email 9:14, 21
10:3 12:14 13:2
21:8 33:7 40:14
empathetic 25:6
engaged 19:2
engagement 39:9
enterprise 12:19
entry 14:9 17:4
19:10
environment 30:12,
13
era 40:19
Eric 2:16 4:5, 8
9:12 33:7 41:6
especially 19:10
essentially 15:10,
18 18:18
established 23:17,
18
et 9:20 21:11
ethical 8:2
ethics 8:1
evasive 33:22
evening 2:7
everybody 2:5 6:8
23:13 41:8
evolve 12:5
exact 23:13
exactly 30:21
34:10
Excel 10:15
exceptional 5:14
excited 4:6, 9, 21
5:3, 17, 21 7:15
8:13, 14, 19 13:21
36:20 40:4, 7 41:4,
9
exciting 2:13 5:9
exclamation 27:8
executing 21:5
exist 12:6
existing 39:1
expectation 38:3
expensive 38:22

experience 3:9
4:17 31:12 32:7
38:10 40:21
experiencing 18:21
express 8:10
expression 7:20
extension 38:7

< F >
Facebook 11:17,
19, 20 33:21 34:3
37:12, 14, 18 38:2,
4 39:9
faces 9:21
face-to-face 29:16
fact 13:13 39:12
fairly 15:10
fallen 22:11
far 4:15 7:8 9:8
fast 26:14 38:5
faster 36:1
FDD 2:11
fee 35:2
feel 38:9, 11
feet 4:7
FEMALE 2:2
fighting 5:19
figure 25:2
figured 25:10
fill 14:20
final 35:12 40:9
41:6
fine 26:9 36:13
firm 9:3
first 8:17 10:1
16:21 17:1, 2, 5, 6,
20, 21 19:14, 15
22:19 23:18 35:18
first-ever 21:20
27:7, 9
fit 34:7
fitness 3:11 4:14,
15 5:15 7:2 28:1
29:13 40:12
FitVID 11:11
12:20
Five 15:4 25:15
five-class 16:5
fix 34:16
flag 7:8
flexibility 6:1
Florham 1:22
focus 4:22 8:12
forgive 14:8
form 23:20
formats 7:11
40:18
forward 5:7
founding 22:1
36:22

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 46 of 49 PageID #: 477

**four** 17:*11* 18:*22*
  25:*15* 31:*2*
**fours** 17:*16*
**franchise** 2:*9, 10*
**franchisees** 5:*3*
**free** 7:*21* 17:*2, 4,
  21* 18:*22* 19:*14*
  20:*16* 28:*5, 13*
  31:*6, 7* 32:*11*
**friction** 19:*7*
**front** 11:*5* 16:*3*
**full** 20:*12, 19*
**full-length** 19:*15*
**fully** 26:*2*
**fun** 37:*3* 39:*10*
**functionality** 11:*7*
**future** 38:*19*
**FYI** 31:*15*

**< G >**
**garden** 30:*19*
**gate** 9:*19* 20:*6*
**gear** 31:*3* 32:*2*
**general** 7:*19*
**generation** 35:*3*
**getting** 2:*22* 3:*14*
  6:*19* 8:*13* 12:*22*
  13:*12* 20:*3* 21:*9*
  25:*18, 19* 28:*8*
  35:*17*
**give** 2:*21* 3:*3* 4:*2*
  19:*13* 22:*4* 26:*21*
**given** 18:*10*
**gives** 6:*11* 20:*16*
**giving** 8:*17* 9:*13*
  21:*18* 30:*14*
**gloves** 31:*5, 6, 8,
  11, 16, 19* 32:*3*
**go** 6:*6* 12:*15*
  15:*13, 15* 25:*17*
  27:*12* 35:*7* 38:*8,
  14*
**goal** 18:*5* 20:*9*
  22:*8, 10, 20* 34:*15*
**goals** 19:*20* 29:*14,
  16* 32:*20*
**goes** 20:*2* 36:*10*
**going** 3:*3, 9, 16, 19*
  6:*5, 17, 20* 8:*22*
  9:*1, 17* 11:*8, 19, 21*
  12:*3, 7, 20* 13:*22*
  16:*10* 17:*1* 18:*6, 7*
  20:*12* 21:*20* 22:*16*
  23:*18, 22* 24:*3, 18*
  27:*12, 13* 29:*5*
  30:*22* 31:*12* 33:*19*
  34:*7, 19* 36:*8* 37:*3*
  40:*15* 41:*1*
**good** 11:*7* 13:*8*
  23:*18* 25:*1*

**Gordon** 1:*19*
**G-O-T** 22:*7*
**gotten** 13:*7*
**grandfathering**
  36:*9*
**graphic** 9:*16*
**great** 3:*10* 6:*20*
  9:*9* 12:*6* 27:*3, 16,
  19* 28:*7* 29:*13*
  31:*20* 33:*15* 40:*7,
  8* 41:*5*
**greatest** 2:*21* 22:*2*
**Griebe** 3:*8* 4:*5*
  6:*22* 18:*14* 30:*3*
  34:*19* 39:*15* 40:*14*
**group** 5:*15* 38:*2,
  3, 4, 10*
**groups** 37:*2, 12, 14,
  20* 39:*9*
**grow** 12:*7, 8* 30:*20*
**grown** 9:*11*
**guests** 8:*13*
**guys** 2:*21* 3:*3, 7*
  9:*12* 10:*7* 12:*17*
  14:*2, 16* 18:*8* 21:*1,
  16* 25:*9, 12, 21*
  26:*21* 27:*6, 22*
  29:*4* 31:*22* 33:*14*
  34:*11, 14* 36:*16*
  40:*9*
**Gwen** 5:*14* 6:*10*
  39:*18*
**Gwen's** 5:*17* 9:*15*

**< H >**
**half** 25:*5*
**handle** 38:*6*
**happen** 16:*15*
  35:*19*
**happening** 3:*4*
  10:*18* 16:*13* 21:*9*
  23:*6* 36:*9*
**happens** 37:*4, 5*
**happy** 3:*7* 33:*11*
  40:*21*
**hard** 34:*4*
**harvest** 30:*20*
**health** 3:*21* 4:*13,
  14*
**hear** 6:*5* 34:*8, 9*
**heard** 28:*6*
**help** 6:*18* 31:*22*
**helping** 9:*17*
  11:*12* 13:*19*
**Hey** 31:*15*
**high** 7:*14* 15:*14*
  16:*9* 29:*19*
**higher** 26:*6*
**historical** 36:*12*
**historically** 22:*18*
**history** 28:*19* 29:*3*

**hit** 9:*3* 13:*8*
  17:*19* 18:*2* 35:*22*
**hits** 20:*4*
**hitting** 9:*8* 16:*6*
**holding** 24:*8, 10*
**holistic** 7:*1, 4*
**home** 22:*5*
**hope** 15:*7* 18:*10*
**hospitality** 4:*14*
**hot** 19:*21*
**hotel** 3:*22*

**< I >**
**ideal** 17:*10*
**ideally** 17:*15*
**ideas** 8:*15* 25:*12*
**identify** 34:*17*
**ILKB** 1:*8*
**immediate** 17:*22*
**importance** 11:*18*
**important** 3:*6*
  11:*15* 35:*10*
**incentive** 39:*21*
**include** 28:*5*
**increase** 26:*17*
**increases** 36:*17*
**incredible** 5:*1* 41:*1*
**individual** 32:*19*
**industry** 3:*11, 18*
  4:*16* 5:*13* 19:*9*
  29:*8* 30:*4*
**information** 9:*15*
  14:*21* 22:*2, 4*
  23:*11*
**initial** 14:*14, 15*
  16:*21* 17:*3*
**institution** 6:*4*
**instruct** 7:*12*
**instructions** 13:*1*
**instructor** 5:*15, 16*
  7:*3, 20, 21* 8:*1, 2,
  18* 9:*10* 27:*7* 39:*7*
**in-studio** 9:*19*
**integral** 34:*20*
**integrating** 6:*1*
**integration** 11:*11,
  17*
**integrity** 8:*1*
**interest** 26:*15*
**interested** 23:*2*
  33:*6*
**interesting** 31:*10*
**international** 4:*18*
**intertwine** 5:*20*
**intro** 4:*2* 24:*3*
  28:*8*
**introduce** 3:*7*
**intuitive** 10:*10*
**investment** 28:*14*
**involved** 34:*21*

**items** 27:*2*
**it'll** 36:*15*

**< J >**
**Jersey** 1:*22*
**Jessica** 2:*14* 4:*5, 8,
  12* 5:*6, 21* 8:*7*
  18:*15* 30:*8* 34:*19*
**job** 25:*1*
**John** 31:*5* 32:*9*
**join** 24:*16, 18*
  30:*5, 10*
**joiners** 18:*20*
**joining** 2:*6, 15* 3:*8*
  22:*15* 30:*6* 41:*8*
**journey** 38:*17*
**jump** 23:*14* 33:*11*
**jumping** 4:*7* 35:*6,
  13* 39:*2*
**jumpstart** 13:*3*
**jurisdiction** 2:*10*
**jurisdictions** 2:*12*

**< K >**
**keep** 3:*3* 8:*14*
  16:*13* 39:*21*
**Kevin** 33:*21* 34:*12*
**key** 35:*1, 4*
**keynotes** 32:*19*
**kick** 4:*9* 29:*7*
  30:*1*
**kickboxing** 5:*16,
  18, 20* 7:*2, 17*
  29:*13*
**KICKHOUSE** 1:*2*
  2:*7, 14* 3:*2, 5, 8*
  6:*8* 7:*8, 13* 8:*14,
  17* 9:*22* 22:*16*
  23:*2* 37:*11* 41:*3*
**kind** 2:*21* 3:*19*
  4:*16* 5:*8* 6:*1, 14*
  7:*6* 13:*21, 22* 14:*6*
  16:*16* 18:*5, 10*
  20:*7* 22:*7* 26:*9*
  28:*17* 32:*9, 21*
  35:*1* 39:*15* 40:*16*
**know** 9:*12* 10:*7,
  21* 11:*3, 5, 6, 9*
  13:*4* 14:*16, 19*
  15:*12, 17* 16:*14, 15,
  17, 18* 17:*6* 18:*4, 9,
  16* 19:*20* 21:*16*
  22:*12* 23:*3* 24:*2, 3,
  14, 15, 21* 27:*21*
  28:*16* 30:*7* 33:*10*
  34:*7, 9* 36:*8, 13*
  37:*4, 18* 38:*14, 22*
  39:*18, 21* 40:*2, 6,
  10*
**knowing** 26:*15*

**KPIs** 24:*19*

**< L >**
**land** 17:*15* 25:*13*
  26:*4*
**landscape** 11:*16*
**language** 10:*9*
  23:*16, 18*
**large** 4:*13* 16:*3*
**largely** 16:*22*
**latest** 2:*21* 3:*12*
  22:*2*
**launching** 5:*1*
**layer** 5:*10* 18:*13*
  30:*2*
**lead** 11:*20* 21:*13*
  24:*16* 35:*3*
**leadership** 4:*12*
**leading** 32:*1*
**leads** 18:*19* 21:*9,
  10, 12* 24:*2*
**leaning** 13:*5*
**learn** 15:*1*
  20:*11* 28:*1*
**learning** 37:*6*
**learnings** 37:*2*
**leave** 37:*9*
**leaving** 8:*11* 14:*20*
**lens** 4:*17*
**level** 5:*4* 7:*14* 8:*4*
  16:*9, 14* 25:*7, 8*
  27:*17* 30:*6*
**leveling** 8:*3*
**line** 16:*22* 24:*9*
**lines** 15:*21*
**link** 12:*12* 35:*7*
**linked** 12:*10*
**links** 37:*17*
**listen** 12:*15*
**little** 4:*3* 8:*12*
  15:*5, 20* 18:*1, 10*
  22:*4* 26:*4* 33:*19*
**LLC** 1:*8, 10*
**LLP** 1:*19*
**loaner** 31:*11, 16*
**local** 14:*21* 16:*14,
  19* 25:*7*
**locally** 24:*21*
**located** 5:*14*
**locations** 12:*9, 19*
  33:*11*
**longer** 15:*5*
**look** 7:*10, 13* 14:*9*
  25:*4, 18* 27:*13*
**looked** 10:*5*
**looking** 5:*7:20,
  22* 8:*8, 17* 10:*9*
  11:*2* 14:*1* 20:*8*
  30:*7, 8* 39:*16*
**looks** 40:*19*
**losing** 26:*6*

**loss** 22:*14* 27:*21*
28:*1*
**lot** 2:*19*, *22* 3:*12*,
*20*, *22* 6:*5* 8:*10*
9:*20* 13:*10* 14:*4*
21:*16* 23:*6* 27:*10*
28:*10* 35:*8* 36:*8*
37:*7*, *13*, *15*
**Loudest** 2:*2*
**love** 6:*10* 30:*21*
31:*4* 39:*12* 41:*5*
**loving** 16:*1*
**low** 17:*4* 28:*15*, *19*
**lower** 15:*16*

**< M >**
**magic** 25:*2*
**maintain** 38:*22*
**maintaining** 37:*21*
**making** 13:*18*, *20*
18:*5* 21:*4* 36:*9*
**manage** 38:*1*, *2*
**management** 35:*3*
**managing** 38:*4*
**Mansukhani** 1:*19*
**manuals** 34:*21*
**map** 10:*20*
**mapped** 34:*22*
**mapping** 26:*7*
**mark** 9:*9*
**market** 7:*9*
**marketing** 13:*10*
20:*22* 22:*2*, *18*
36:*2* 39:*8* 40:*2*
**markets** 25:*18*
**master** 8:*4*
**Matter** 1:*7*
**mean** 34:*15*
**means** 38:*7*
**media** 9:*20* 38:*7*
**member** 37:*14*, *20*
39:*1*, *8* 40:*6*
**members** 8:*13*
11:*15* 17:*14* 22:*1*
36:*4* 38:*9*, *11* 39:*4*
**membership** 15:*6*,
*19* 20:*7* 23:*9* 28:*4*,
*22* 29:*2*, *9* 30:*16*,
*19* 32:*2*, *20* 35:*1*
41:*2*
**memberships**
17:*11* 19:*19* 20:*12*
35:*21* 36:*5*
**mentally** 14:*20*
**mentioned** 4:*13*
**menu** 28:*9*
**message** 21:*7*
**messages** 33:*22*
**Messenger** 34:*3*
**met** 40:*10*

**method** 6:*2*
**middle** 4:*9* 11:*3*
**milk** 22:*6*
**mind** 2:*18* 35:*15*
**minds** 26:*7*
**mindset** 32:*6*
**minimize** 30:*12*
**minute** 3:*5*
**miscellaneous**
16:*15*
**mix** 9:*21*
**mixing** 32:*16*
**model** 14:*6* 17:*18*
18:*16* 20:*18*
**models** 16:*22*
**modern** 11:*9*
**modifying** 8:*12*
**mom** 6:*16*
**moment** 2:*4*
**moments** 36:*1*
**Monday** 2:*6*, *18*
**money** 15:*21* 18:*6*
19:*17* 32:*1*
**month** 20:*4* 22:*3*
27:*1*
**monthly** 15:*6*, *19*
17:*11* 19:*19*, *20*
20:*8*
**months** 4:*8* 20:*2*
39:*5*
**month-to-month**
20:*5*, *7*
**move** 14:*1* 36:*18*
**moved** 24:*20*
**moves** 17:*15*
**moving** 17:*20*
27:*10* 34:*2* 40:*17*
41:*4*
**Muay** 5:*15*
**multiple** 10:*17*
**multitude** 8:*6*

**< N >**
**name** 10:*2*, *3*
**nation** 5:*5*
**national** 4:*17* 25:*8*
**nature** 10:*14*
**need** 13:*2* 23:*7*
24:*7* 32:*5*, *6*
**needed** 9:*18*
**needs** 32:*18* 35:*18*,
*21* 36:*2*
**never** 36:*10*
**New** 1:*22* 5:*19*
9:*14*, *21* 26:*6*, *16*,
*17*, *18* 37:*22* 38:*1*
40:*6*
**news** 5:*9*
**niche** 27:*22*
**nitty-gritty** 3:*2*

13:*15* 18:*11*
**Noelle** 37:*11*
**note** 12:*13*
**notice** 16:*9*
**Number** 7:*10*, *11*
19:*5*
**numbers** 21:*1*
23:*20*, *22* 24:*12*, *21*,
*22* 25:*7* 36:*16*, *19*
37:*1*
**Nuno** 27:*16* 33:*3*
**nutrition** 7:*2*
27:*17* 28:*2* 38:*14*

**< O >**
**objection** 23:*3*, *4*, *5*
**obviously** 6:*11*
7:*10* 13:*10* 14:*2*
30:*11* 37:*17*
**offer** 2:*8* 16:*20*
28:*8* 40:*15*
**offerings** 16:*4*
**offers** 11:*8* 28:*14*
**oh** 34:*12*, *13*
**okay** 16:*7*
**onboard** 33:*17*
**once** 15:*9* 17:*6*
**one-by-one-by-one**
23:*7*
**one-directional**
29:*15*
**ongoing** 17:*15*
**online** 22:*22* 30:*5*,
*10*, *16* 31:*13*
**open** 11:*16* 14:*20*
27:*12* 36:*22*
**opening** 9:*3*
**operational** 4:*12*
**operations** 4:*10*, *22*
21:*3*
**opinions** 10:*22*
**opportunity** 13:*8*
15:*11* 17:*7* 19:*1*
22:*15* 26:*18* 27:*20*
28:*10*, *21* 29:*12*, *18*
30:*16* 32:*4* 41:*1*
**option** 28:*7* 29:*2*
32:*11*
**options** 10:*6*
16:*19* 19:*13* 20:*15*
35:*1*
**order** 26:*14*
**organization** 5:*2*
**organizational** 4:*11*
**outlined** 5:*22*
**outlining** 7:*6*
**outreach** 14:*15*
**overall** 24:*16*
**owner** 10:*1* 24:*11*

**owners** 9:*22*
14:*16* 15:*12* 33:*6*
36:*21*, *22*
**ownership** 37:*2*

**< P >**
**package** 6:*4* 31:*3*
**packs** 35:*22* 36:*8*,
*12*, *18*
**paid** 19:*15*
**paid-in** 20:*11*, *18*
**paid-in-full** 17:*13*
20:*15*, *20*
**painful** 37:*20*
**Park** 1:*22*
**part** 4:*6*, *19*, *21*
16:*1* 17:*19* 26:*22*
34:*20* 37:*3*, *11*, *20*
41:*4*
**participate** 14:*18*
32:*7*
**partner** 12:*6* 37:*16*
**Partners** 1:*10*
**parts** 38:*12*
**passionate** 40:*12*
**pasted** 12:*16* 13:*1*
**path** 22:*13*, *14*
38:*8*
**pathways** 14:*12*
**pause** 13:*9*
**pay** 32:*7*
**PDF** 12:*11*, *12*
**people** 2:*12* 6:*19*
11:*2* 14:*18*, *22*
17:*9*, *10*, *16* 19:*10*,
*17* 23:*12* 24:*13*, *17*
28:*6*, *8*, *20*, *22* 30:*5*
32:*7*, *14* 34:*9*
39:*22*
**percent** 11:*19*
21:*14* 24:*2*, *13*, *14*,
*16*, *18* 28:*16*
**percentage** 14:*18*
15:*13*, *15* 21:*12*
23:*20*
**percentages** 14:*17*,
*19* 15:*13*, *17* 16:*17*,
*18*, *19*
**perceptive** 18:*12*
**perform** 18:*8*
**person** 3:*19* 4:*2*
22:*17* 24:*4* 29:*19*
32:*20* 34:*5*, *6*
**personal** 38:*12*
**personalization**
32:*17*
**person-by-person**
23:*8*
**perspective** 5:*18*
8:*11* 13:*22* 14:*1*

**20:*22* 29:*7***
**phases** 7:*6*
**philosophy** 7:*7*, *15*
19:*4*
**phone** 21:*6* 23:*15*
**physical** 10:*20*
**pick** 40:*11*
**picks** 23:*13*
**picture** 6:*16*
**piece** 11:*7* 13:*9*,
*11* 28:*2* 37:*9*
**pieces** 14:*7* 27:*10*
37:*7* 39:*6*, *11*
**Pilates** 3:*15*, *16*
10:*7* 19:*22* 29:*3*, *6*
39:*4*
**pilot** 9:*2*
**place** 12:*4*, *5*
15:*21* 23:*13* 26:*3*
29:*17* 37:*8*
**plain** 19:*6*
**plan** 30:*18*
**planting** 7:*7*
**plate** 36:*15*
**platform** 10:*9*
11:*12*
**platforms** 38:*7*
**play** 5:*4* 39:*11*
**plug** 11:*12*
**plug-ins** 30:*9*
**plus** 2:*22*
**point** 11:*1* 13:*13*
24:*22* 27:*8* 29:*5*
32:*3* 35:*14* 39:*3*
**points** 14:*9*, *14*, *17*
19:*4* 35:*1*
**population** 7:*19*
**POS** 10:*6*, *8* 11:*12*
**positive** 37:*7*, *9*
38:*5*
**possible** 19:*12*, *16*
**post** 40:*20*
**power** 33:*18*
**practices** 3:*17*, *20*
25:*2*
**Precision** 27:*16*
**predict** 20:*12*
**predictable** 20:*10*,
*17* 36:*5*
**prefer** 36:*4*
**presentation** 6:*6*
**presentations** 8:*8*
**presented** 12:*17*
20:*6*
**pretty** 13:*4* 17:*22*
25:*21*
**previous** 5:*22*
**price** 23:*4* 29:*11*,
*20* 33:*6* 33:*22*
34:*8*
**priced** 26:*12*

Case 1:20-cv-03850-RRM-VMS   Document 1-6   Filed 08/21/20   Page 48 of 49 PageID #: 479

**prices** 26:*18* 29:*9* 30:*1* 34:*2, 3*
**pricing** 12:*16, 17, 19* 25:*10, 13, 20* 26:*1, 11, 14* 27:*14* 30:*15*
**primary** 10:*8*
**prior** 19:*5* 32:*11*
**private** 38:*9*
**probably** 10:*21* 14:*7* 15:*12* 24:*21* 26:*4* 29:*4*
**problem** 15:*9* 28:*13* 35:*22*
**process** 13:*3, 8, 16* 16:*7* 18:*6* 21:*4, 19* 22:*8, 19* 23:*12* 24:*11, 12* 25:*4* 28:*11, 17, 18* 32:*18, 22* 33:*10* 34:*20*
**program** 7:*16* 40:*18*
**programmed** 7:*22*
**programming** 4:*22* 5:*2, 11* 8:*22* 39:*17, 22*
**programs** 7:*9, 22* 39:*21*
**progress** 2:*19*
**project** 16:*18*
**projects** 9:*18*
**promote** 37:*12*
**proposing** 18:*11*
**prospect** 22:*9, 20* 23:*11*
**prospect-centric** 23:*17*
**prospecting** 35:*3* 39:*17*
**prospects** 18:*20* 32:*10* 35:*9*
**provide** 12:*20* 20:*9* 29:*7*
**pull** 20:*18*
**purchase** 19:*8* 32:*3*
**push** 22:*13*
**pushing** 18:*22*
**put** 15:*20* 26:*9* 29:*9*
**putting** 6:*3, 7* 8:*16, 19* 9:*5* 26:*2*
**puzzle** 13:*11*

**< Q >**
**quality** 39:*7*
**question** 34:*12* 35:*13* 37:*10*
**questions** 3:*1* 13:*7, 12* 23:*21* 25:*9*

27:*13* 33:*14* 34:*11* 40:*10*
**quick** 2:*6, 8* 10:*4*
**quickly** 38:*3* 41:*5*
**quite** 8:*16*

**< R >**
**range** 31:*2*
**rapidly** 8:*17*
**rate** 28:*15, 17*
**reach** 9:*13, 14* 22:*16* 23:*15* 33:*7* 40:*15*
**reaching** 22:*18*
**real** 7:*1* 32:*4* 38:*21*
**really** 3:*4, 20* 4:*6, 10* 5:*21* 6:*3, 17* 7:*6, 7, 15, 16* 8:*2, 8, 12, 14, 19* 10:*5, 13* 11:*11, 14, 15* 12:*3, 8* 13:*2, 9, 18, 19* 14:*14* 16:*8, 9, 11* 18:*9, 15* 23:*18* 25:*5, 18, 22* 26:*9, 22* 27:*20, 21* 28:*1* 29:*17, 21* 32:*6* 33:*13, 18* 34:*4* 35:*6, 10* 36:*15, 22* 38:*16* 40:*4, 22* 41:*4, 9*
**reason** 15:*20* 16:*1* 39:*19*
**reasons** 8:*3*
**rebranding** 9:*18*
**record** 23:*11*
**recording** 12:*10, 13, 14*
**recurring** 17:*11* 19:*19, 20* 20:*3, 4, 9* 36:*4*
**reduce** 32:*13*
**Rees** 1:*19*
**refer** 24:*19*
**refreshing** 8:*8* 39:*18*
**regardless** 23:*13*
**regards** 5:*22* 18:*19*
**rejoining** 36:*3*
**releasing** 7:*15*
**remarks** 41:*7*
**remove** 19:*12*
**removing** 19:*7*
**reopens** 26:*15*
**reporting** 10:*13, 14*
**require** 2:*11*
**resell** 36:*1, 2, 3*
**resort** 3:*22*
**response** 38:*4*
**rest** 29:*8*

**retail** 31:*3*
**retain** 39:*4* 40:*6*
**retention** 8:*12* 38:*18* 39:*20* 40:*2, 5* 41:*2*
**revenue** 20:*10, 12, 17* 36:*6, 17*
**revenues** 41:*2*
**Richard** 28:*3*
**right** 2:*5* 7:*1* 8:*3* 9:*18* 14:*5, 7* 20:*5* 23:*6* 25:*22* 26:*7* 27:*1, 9, 11* 36:*14* 37:*10* 41:*6*
**rip** 36:*10*
**risk** 20:*1*
**role** 3:*12* 5:*4*
**roles** 40:*22*
**rolling** 5:*5*
**room** 11:*4*
**rough** 15:*21*
**running** 10:*17* 23:*1* 36:*7*

**< S >**
**sale** 31:*19*
**sales** 5:*11* 13:*7, 9, 10, 12, 15* 14:*1* 18:*6, 12, 16, 17* 21:*4, 20* 22:*2, 5, 6, 8, 19* 23:*12* 24:*10, 12* 25:*4* 27:*9* 28:*11, 17* 32:*17, 22* 34:*20* 35:*2, 11* 39:*17*
**salespeople** 33:*2*
**Saturday** 8:*18*
**saw** 7:*2*
**saying** 3:*15* 28:*3, 13* 30:*18* 31:*22* 33:*9* 38:*18*
**says** 31:*5* 33:*3, 5, 21*
**schedule** 10:*16, 19* 32:*15* 33:*5*
**scheduled** 32:*14*
**science** 25:*5*
**Scully** 1:*19*
**seamlessly** 11:*14, 22*
**seasonality** 20:*14*
**second** 15:*11, 18* 17:*7, 8*
**secondarily** 5:*8*
**see** 6:*5* 9:*7* 15:*1* 16:*11, 19* 17:*13* 21:*19* 26:*19* 27:*16* 34:*6* 36:*17* 37:*4, 5* **seeing** 29:*19* 36:*19* 37:*1*

**seen** 30:*4* 33:*22* 38:*10, 16*
**segue** 40:*8*
**sell** 2:*9* 15:*11, 18* 17:*2, 3, 7, 8* 23:*10* 25:*6* 28:*4, 9* 29:*10* 31:*1* 32:*3, 21* 34:*22* 35:*16, 18, 20*
**sellable** 29:*3*
**selling** 2:*12* 17:*13, 15* 22:*12, 13* 29:*11, 18* 30:*19* 33:*2* 34:*21* 35:*17*
**send** 12:*13* 13:*2* 34:*8*
**sending** 12:*11* 17:*9*
**sense** 20:*21*
**sensitive** 19:*11*
**sensitivity** 11:*1*
**sent** 6:*16*
**service** 40:*1*
**set** 10:*12* 20:*16* 40:*16*
**setting** 10:*1* 17:*10*
**set-up** 13:*3* 17:*10*
**SHAHINIAN** 2:*5* 41:*8*
**share** 3:*20* 25:*1, 2, 12* 37:*5*
**sharing** 37:*1, 2* 38:*12*
**sheets** 10:*15*
**shifts** 17:*1*
**short** 15:*10*
**shortens** 19:*2*
**show** 9:*6* 10:*20* 16:*10* 17:*18* 24:*14, 17* 35:*15, 16* 36:*16*
**showing** 21:*10* 28:*14* 30:*1*
**shows** 24:*15* 28:*19*
**sick** 3:*14*
**side** 7:*18* 13:*6* 28:*1* 29:*4* 32:*2* 38:*14*
**sign** 16:*3* 30:*13, 17*
**signal** 2:*1, 2*
**significant** 5:*4*
**significantly** 19:*2* 32:*14*
**simplified** 14:*6*
**sitting** 25:*20*
**six** 25:*16* 26:*8*
**six-pack** 6:*14*
**Sixty** 31:*21*
**slide** 6:*6* 16:*11* 35:*13*
**slides** 12:*11* 18:*9, 19* 27:*6*
**small** 4:*14*

**social** 9:*20* 37:*21* 38:*7*
**sold** 15:*5* 20:*6*
**solid** 12:*3*
**solution** 27:*20* 29:*14*
**somebody** 5:*12* 21:*8* 35:*17*
**someplace** 26:*4*
**soon** 41:*9*
**sound** 13:*19, 20*
**sounds** 2:*1*
**space** 10:*6* 11:*9* 40:*13*
**spacing** 18:*1*
**speak** 10:*5*
**SPEAKER** 2:*2*
**speaking** 5:*7* 22:*9*
**speaks** 13:*17*
**special** 14:*11* 17:*20* 32:*5* 38:*9*
**specials** 28:*12*
**specific** 29:*14*
**specifically** 29:*9*
**spend** 19:*17*
**spoke** 13:*9* 18:*14* 29:*1*
**spoken** 19:*5*
**spot** 36:*13*
**stable** 20:*9*
**standard** 19:*9*
**start** 20:*17* 22:*8* 24:*7* 25:*15, 16* 27:*14* 28:*11*
**started** 12:*22* 22:*5*
**starter** 26:*4*
**starting** 3:*1* 14:*13* 16:*8* 22:*19* 26:*3* 29:*17*
**starts** 14:*2*
**startup** 31:*3*
**stay** 15:*14, 15* 36:*13*
**stays** 16:*22*
**step** 11:*10* 21:*18* 22:*19* 23:*19* 24:*10* 39:*13*
**stepping** 26:*14*
**steps** 18:*17*
**strategies** 38:*19* 40:*5*
**strategy** 37:*11* 38:*21*
**stream** 20:*17* 36:*6*
**street** 6:*11*
**stress** 35:*6*
**strong** 14:*16*
**stronger** 24:*22*
**Strongly** 33:*3*
**structure** 15:*9*

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

19:22
**structures** 35:2
**studio** 6:20 9:2
  10:2, 3, 20 15:1, 22
  17:19, 22 19:8, 17
  21:3, 4 23:15
  24:18 26:15 31:14,
  20 32:8 36:3
  37:12
**studios** 14:3, 5
  18:7 19:14 20:10
  36:16 37:13 38:17
  39:10
**substantially** 9:11
**successful** 38:17
**Suite** 1:21
**support** 5:3, 4
  33:13
**sure** 9:4 13:18, 20
  21:5, 9, 10 35:11
**sweet** 36:12
**system** 24:20 25:3
  37:6
**systematic** 5:2

< T >
**table** 20:21
**take** 5:19 24:4, 6
  28:22 30:5 31:8
**taken** 40:20
**takes** 6:22 13:4
**talk** 18:18 40:4, 7,
  17, 21 41:9
**talked** 11:18
  25:14 27:6 30:8
  40:3
**talking** 21:3 22:5
  23:14 39:18
**target** 21:13, 15
**tasks** 24:6, 7
  32:13 33:2
**teach** 8:6
**team** 3:5, 6, 8 4:1,
  6, 21 6:21 9:11
  15:19 21:5 29:12
  35:16 36:1, 11
  38:6
**teams** 24:8, 9 32:5
**technology** 4:19
**tell** 4:3 19:21
  29:13 31:12 34:10
  39:3
**terms** 3:17 6:11
  10:11 12:22 21:2
  25:13
**text** 19:7 21:7
  34:2
**Thai** 5:15
**Thank** 4:5 33:12
**thanks** 2:5, 15, 16
  5:6 41:8

**thekickhouse.com**
  10:2, 3
**things** 2:20 3:2
  4:9 13:15 14:1
  16:15 18:7 23:6
  28:9 32:21 34:14,
  16 36:20 39:9
  40:1
**think** 3:9 5:17
  6:17, 20 8:21 10:7
  11:7 12:3, 6, 7
  13:17 14:3 15:14
  16:1 18:14 22:7
  23:16 25:4, 21
  26:10, 13 27:19
  28:6, 10 30:14
  31:10 32:5, 9, 17
  33:14, 17 34:4, 19
  36:13, 20, 21 37:3,
  7, 13, 14, 20 38:8, 9,
  16 39:5, 10 41:1
**thinking** 2:3 24:5,
  7 26:11 33:15
  39:12
**third** 27:8
**thought** 2:3 13:8
**thread** 39:16 40:2
**three** 7:6, 11 15:15
**three-class** 16:5
**throw** 20:20
**tier** 26:5, 8
**tiers** 25:10, 13, 14,
  15, 16, 17, 21 27:14
**tight** 27:10
**tighter** 33:20
**time** 2:20 10:17
  15:2, 8 20:13
  22:21 23:4 25:14
  31:10, 16 32:4
  35:16 37:13 40:8,
  16
**timeline** 9:7 26:21
**times** 29:5 38:4
**today** 12:4, 6 27:3
  29:2
**Todd** 33:5
**told** 2:17
**tonight** 5:6
**tool** 10:16 11:8
  12:2, 4 35:10
**top** 16:10, 12
  26:22 27:15
**topic** 19:21
**totally** 25:11
  27:19 32:12, 16
**touchless** 30:13
**touchpoint** 14:15
**track** 11:13 27:1, 4
**tracking** 35:4, 9
**trade** 23:12

**traditional** 7:17
**train** 8:5
**trained** 6:9
**trainers** 7:12 8:4,
  5
**training** 6:3 8:18
  9:10 12:10 21:20
  27:7, 9 35:2 40:1,
  19
**TRANSCRIPTION**
  1:1
**transition** 39:14
**transitions** 36:10
**trends** 4:18 5:20
**tried** 14:5 29:20
**try** 24:20 28:20
**trying** 6:14 23:1,
  10 32:21
**Turn** 2:1, 2 26:17
**Turnpike** 1:20
**tweak** 37:4, 5
**Twitter** 37:22 38:1
**two** 7:10 16:20,
  22 18:3 27:5
  33:11
**type** 22:17 23:9
**types** 16:20 40:18

< U >
**understand** 28:18
  31:18
**understanding** 26:2
**unfortunately** 30:4
**unlimited** 17:12
  19:1 26:1 31:2
**unlimiteds** 17:16
**update** 2:6 10:4
**updated** 26:21
**updates** 3:7 8:10
**upfront** 19:8 20:1
**upsell** 32:10
**upsells** 17:17
**use** 10:7, 10 28:3
  39:2
**users** 10:12
**usually** 14:10

< V >
**valid** 2:11
**valuable** 32:7
**value** 29:10 37:15
**variation** 9:2 14:4
**variety** 10:22
  19:18 39:6, 8
**versus** 29:10, 15,
  19 37:18
**VIDEO** 1:2
**VIP** 37:12, 14 39:9
**virtual** 8:9 11:14
  12:21 21:22
**visibility** 24:11

**visual** 10:10, 14
  35:15
**visually** 35:14
**volume** 11:20
**volumes** 13:17

< W >
**wait** 26:19
**walk** 13:21 14:18
  28:10, 11 31:3
**walk-in** 14:12 15:6
**walk-ins** 16:7, 14
**want** 3:2 11:3, 5,
  9, 21 18:13 19:12,
  16, 18 21:16 23:3
  25:17 26:9 28:19
  29:10 31:22 33:2
  40:15
**wanted** 2:21 10:4
**wanting** 34:2
**wants** 33:9 34:6
**way** 3:15, 16, 19
  5:13 8:9 9:13
  19:2, 21 33:5
  36:19 38:22
**Web** 14:11 17:20
  27:4 28:12 29:1
  32:5
**website** 11:17, 20
  12:1 19:16 27:3
  29:3, 10, 12 30:1
**week** 2:18 4:10
  11:18 13:10 15:4,
  14 16:3 18:2, 3
  21:1, 2, 3, 13 23:21
  25:10 33:19 39:3
**weeks** 7:5 12:17
  13:4, 14 15:3 16:6
  39:19
**week's** 2:17
**weight** 20:20
  22:14 27:21 28:1
**Well** 2:5 4:20 5:2,
  11, 16 6:2 11:16
  18:5, 8, 15, 16 25:8
  26:13 28:7 33:17
  36:10 39:17, 22
  40:4
**wellness** 7:3
**WellnessLiving**
  10:4, 8 12:2, 22
  30:9 35:7, 10
  37:19
**We're** 2:6 6:7, 14
  7:15 8:16, 9 9:5, 8
  13:5, 13, 14 14:4
  16:1, 2, 7 17:6, 10,
  12 18:7 20:3 21:3,
  20 22:9, 12, 16
  23:9 24:1, 5, 15
  27:1, 4 30:22

**31**:10, 15 33:22
  35:16, 17 36:9, 19
  40:17 41:9
**we've** 2:19 7:5
  15:5 19:5 22:11,
  17 30:3 40:20
**wide** 34:22
**window** 13:5
  15:11 17:8 20:13
  16:16
**windows** 15:10
  16:16
**work** 34:17
**worked** 3:12 5:12
**working** 7:5 34:15
**workouts** 22:22
**world** 40:4
**world-class** 5:15
**worth** 29:21
**woven** 39:16
**wrapping** 5:9
**WTS** 3:12

< Y >
**YARMEY** 2:3, 16
  6:10 8:21 19:4
  30:18 35:12 40:9
  41:6
**Yeah** 6:10 8:21
  9:11 28:6, 19 30:3
  31:4 34:1, 3, 14
  38:16 39:15
**year** 26:17, 18
**years** 3:11 4:16
  5:12
**Year's** 26:16
**Yep** 32:12
**yoga** 5:16 7:3
**Yorkers** 26:6

< Z >
**zero** 12:18
**Zoom** 11:12, 13