UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILKB, LLC, <br><br> Plaintiff, <br><br> vs <br><br> CAMAC PARTNERS, LLC and KICKHOUSE FITNESS, LLC, JESSICA YARMEY, ERIC SHAHINIAN and DANIEL R. LANIER, <br><br> Defendants. | Civil Action No.: 1:20-cv-03850 <br><br> **NOTICE OF APPEARANCE OF MATTHEW P. GALLO** |

**PLEASE TAKE NOTICE** that Matthew P. Gallo of Gordon Rees Scully Mansukhani LLP enters an appearance on behalf of Plaintiff ILKB, LLC, and requests that all parties serve copies of all papers and pleadings, briefs, orders, correspondence and other papers.

Dated: August 27, 2020

                                              **GORDON REES SCULLY MANSUKHANI, LLP**
                                              *Attorneys for Plaintiff ILKB, LLC*

                                              By:  */s/ Matthew P. Gallo*
                                                        Matthew P. Gallo, Esq.

                                            One Battery Park Plaza, 28th Floor
                                            New York, NY 10004
                                            Tel: (973) 549-2500
                                            Fax: (973) 377-1911
                                            E-Mail: mgallo@grsm.com