# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Bradley Gershel
Tel: 646.346.8034
Fax: 212.223.1942
GershelB@ballardspahr.com

August 31, 2020

*Via ECF*

The Hon. Chief Judge Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *ILKB, LLC v. Camac Partners LLC, et al.*, Civil Action No. 1:20-cv-03850-RRM-VMS

Dear Chief Judge Mauskopf:

We represent Defendants for purposes of this letter and write in response to Plaintiff's letter filed earlier today (ECF No. 14). Although Plaintiff has yet to serve us with their letter and accompanying papers, we have been following the docket and are aware of the submission.

Given that the Court issued its Order to Show Cause *sua sponte*, we take no position on whether the Court has subject matter jurisdiction over Plaintiff's claims. Should the Court, however, consider entering a temporary restraining order against Defendants, Defendants would appreciate the opportunity to meaningfully respond to Plaintiff's motion for injunctive relief (ECF No. 4).

Very truly yours,

BALLARD SPAHR LLP


/s/ Bradley Gershel
Bradley R. Gershel

DMWEST #40475236 v1