UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILKB, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs<br><br>CAMAC PARTNERS, LLC and KICKHOUSE FITNESS, LLC, JESSICA YARMEY, ERIC SHAHINIAN and DANIEL R. LANIER,<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 1:20-cv-03850<br><br>**ACCEPTANCE OF SERVICE** |

I hereby accept service of all documents which have been filed in this case to date (ECF Nos. 1-15) on behalf of Defendants Camac Partners, LLC, Kickhouse Fitness, LLC, Jessica Yarmey, Eric Shahinian, and Daniel Lanier ("Defendants"). I certify that I am authorized to accept service of all such papers on behalf of all Defendants. Service is effective as of September 2, 2020. I further certify that copies of all documents related to the Motion for Temporary Restraining Order and the Summonses and Complaint have been provided to me. By accepting service in this manner, Defendants waive any and all deficiencies, defects, or irregularities in the method or manner of service, but retain any and all other defenses to the above-captioned case.

Dated: 9/2/2020

By: /s/ Maria A. Gall
Maria A. Gall, *pro hac vice*
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2658 Telephone: 702.471.7000 Facsimile: 702.471.7070
gallm@ballardspahr.com

Bradley R. Gershel
1675 Broadway, 19th Floor New York, New York 10019-5820 Telephone: 212.223.0200 Facsimile: 212.223.1942
gershelb@ballardspahr.com

*Attorneys for Defendants*