UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------ x
IKLB LLC,

                Plaintiff,

vs.                                            Case No. 20-cv-3850

CAMAC PARTNERS LLC, *et al.*

                Defendants.
------------------------------------ X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Camac Partners LLC declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Dated: New York, New York           BALLARD SPAHR LLP
       September 8, 2020

                                              */s/*
                                              Bradley R. Gershel
                                              1675 Broadway, 19th Floor
                                              New York, New York 10019
                                              Telephone: 212.223.0200
                                              Facsimile: 212.223.1942
                                              gershelb@ballardspahr.com

                                              *Counsel for Defendants*