PETER SIACHOS
PSIACHOS@GORDONREES.COM
DIRECT DIAL: (973) 549-2532

*Admitted In:  NJ, NY, SC, and DC*



ATTORNEYS AT LAW
18 COLUMBIA TURNPIKE, SUITE 220
FLORHAM PARK, NJ 07932
PHONE: (973) 549-2500
FAX: (973) 377-1911
WWW.GORDONREES.COM

September 11, 2020

**Via ECF**

The Hon. Chief Judge Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**   *ILKB, LLC v. Camac Partners LLC et al.*
              **Civil Action No. 1:20-cv-03850-RRM-VMS**

Dear Chief Judge Mauskopf:

The Parties have agreed to enter into a settlement conference, which is scheduled to occur on Friday, September 18. In order to focus efforts on settlement, the Parties respectfully request a modification of the schedule set by your September 10 minute order, if the case is not able to be settled:

- Plaintiff ILKB shall file any Amended Complaint by September 28;

- Defendants' opposition to the application for injunctive relief, and the motion to dismiss shall be served by October 8;

- Plaintiff's reply in support of its application for injunctive relief and its opposition to the motion to dismiss shall be served by October 15;

- Defendants' reply in support of its motion to dismiss shall be served, and the fully-briefed motion shall be filed, by October 22.

///

///

///

///

The Hon. Chief Judge Roslynn Mauskopf
United States District Court Judge
September 11, 2020
Page 2

The Parties appreciate your consideration of this request.

        Respectfully Yours,

        GORDON & REES LLP

        /S/ Peter G. Siachos

        PETER G. SIACHOS (PS-1107)


        Ballard Spahr

        /S/ Maria Gall

        MARIA GALL