UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILKB, LLC,<br><br>                              Plaintiff,<br><br>vs<br><br>CAMAC PARTNERS, LLC and KICKHOUSE FITNESS, LLC, JESSICA YARMEY, ERIC SHAHINIAN and DANIEL R. LANIER,<br><br>                              Defendants. | Civil Action No.: 1:20-cv-03850<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, that the above-entitled action against Defendants shall be and hereby is dismissed without prejudice and without costs, or disbursements, or attorneys' fees to any party.

| | |
|---|---|
| Date: September 22, 2020 | Date: September 22, 2020 |
| GORDON REES SCULLY MANSUKHANI, LLP | BALLARD SPAHR LLP |
| /s/ Peter G. Siachos, Esq.<br>Peter G. Siachos, Esq.<br>Matthew P. Gallo, Esq.<br>One Battery Park Plaza, 28th Floor<br>New York, NY 10004<br>psiachos@grsm.com<br>mgallo@grsm.com<br>*Counsel for Plaintiff* | /s / Bradley R. Gershel, Esq.<br>Bradley R. Gershel, Esq.<br>1675 Broadway, 19th Floor<br>New York, New York 10019<br>gershelb@ballardspahr.com<br>*Counsel for Defendants* |

**ORDER**

Based on the stipulation of the parties, by and through their attorneys of record, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE and without fees or costs to any party.

Dated this **23** day of **September**, 2020.

*s/Roslynn R. Mauskopf*
Chief Judge, United States District Court EDNY